UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 2:23-cv-0061 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

After this case was severed and transferred from the Fresno Division, ECF No. 2, the undersigned ordered plaintiff to file an affidavit in support of his request to proceed in forma pauperis. ECF No. 5. Plaintiff accordingly filed a motion to proceed in forma pauperis, ECF No. 6, which is pending before the court.

The order at ECF No. 5 was issued in error. Plaintiff has already been granted in forma pauperis status in this matter. ECF No. 2 at 1. Accordingly, the order will be vacated, and the motion stricken.

On August 21, 2023, the undersigned ordered plaintiff to file a first amended complaint and to do so within twenty-one days. ECF No. 9. More than twenty-one days have passed, and

plaintiff has not filed an amended complaint, nor has he responded to the court's order in any way.  Plaintiff will be provided a final opportunity to file an amended complaint.  Plaintiff is cautioned that failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and/or failure to follow court orders.

Accordingly, IT IS HEREBY ORDERED that:

1. The order at ECF No. 5 is VACATED;

2. Plaintiff's application to proceed in forma pauperis, ECF No. 6, is STRICKEN; and

3. Within 30 days from the date of this order, plaintiff shall file a first amended complaint limited to his claims against Mule Creek State Prison defendants.  The first amended complaint must comply with Rule 8 of the Federal Rules of Civil Procedure.  Failure to file an amended complaint within the time provided will result in a recommendation that this case be dismissed.

DATED: September 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2