STANLEY MUNDY BN2899
Name and Prisoner/Booking Number

MULE CREEK STATE PRISON
Place of Confinement

P.O BOX 409060   CU-127
Mailing Address

IONE CA 95640
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

*IMMEDIATE HEARING REQUESTED*
*"JURY TRIAL REQUESTED."*

# FILED

OCT 18 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY WAYNE MUNDY
(Full Name of Plaintiff)                    Plaintiff,   IN PRO SE

v.

(1) PATRICK COVELLO
(Full Name of Defendant)

(2) MULE CREEK STATE PRISON (MCSP)

(3) JEFF MACOMBER

(4) CALIFORNIA DEPT MENT OF CORRECTIONS
(CDCR)                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:23-CV-006i WBS ACP
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☑ Other: 21 USCS§343W; 21 USCS§321; 21 USC§1301
    ADA AMERICANS WITH DISABILITIES ACT, THE REHABILITATION ACT (ADA)

2.  Institution/city where violation occurred: MULE CREEK STATE PRISON

Revised 3/15/2016                                        1.1

5 BILL DAVIDSON
6 CALIFORNIA PRISON INDUSTRY AUTHORITY (CalPIA)
7 B. STACY
8 NATE COSTA
9 NYO HLA.
10 SABREANE HERNANDEZ
11 TESSA GAYNOR
12 MIKE ULLERY
13 H. CRIBARI
14 T. MIRANDA
15 CALIFORNIA CORRECTIONS HEALTH CARE SERVICE (CCHCS)
16 CHIEF S. GATES

## B. DEFENDANTS

1. Name of first Defendant: *PATRICK COVELLO* . The first Defendant is employed as: *WARDEN* at *MULE CREEK STATE PRISON* .
   (Position and Title)                                     (Institution)

2. Name of second Defendant: *MCSP* . The second Defendant is employed as: *POLICY OF CDCR/MCSP* at *MULE CREEK STATE PRISON* .
   (Position and Title)                                     (Institution)

3. Name of third Defendant: *JEFF MACOMBER* . The third Defendant is employed as: *SECRETARY/DIRECTOR* at *CALIFORNIA DEPARTMENT OF CORRECTIONS* .
   (Position and Title)                                     (Institution)

4. Name of fourth Defendant: *CDCR.* . The fourth Defendant is employed as: *POLICY MAKERS* at *STATE ENTITY* .
   (Position and Title)                                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? *3* . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *STANLEY WAYNE MUNDY* v. *CITY AND COUNTY OF SACRAMENTO ET AL*
      2. Court and case number: *2.23-CV-00059-CKD P*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *PENDING.*

   b. Second prior lawsuit:
      1. Parties: *STANLEY WAYNE MUNDY* v. *CDCR AND JEFF MACOMBER ET AL*
      2. Court and case number: *1:22-CV-00401-ADA-SAB*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *PENDING*

   c. Third prior lawsuit:
      1. Parties: *STANLEY WAYNE MUNDY* v. *PAMELA LIPKE ET AL.*
      2. Court and case number: *2:21-CV-00117-CKD P*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *DISMISSED WITHOUT PREJUDICE, HECK RULE.*

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

5. Name of Fifth Defendant Bill Davidson, The Fifth Defendant is employed as; Director of CALPIA, at Folsom Ca. Headquarters.

6. Name of Sixth Defendant CALPIA - The Sixth Defendant is employed as: Policy for packhouse food at Mule Creek State Prison, located in Folsom CA.

7. Name of Seventh Defendant B. Stacy, The Seventh Defendant is employed as: Asst. Warden, Representative at Mule Creek State Prison

8. Name of Eighth Defendant Nate Costa, the Eighth Defendant is employed as: Asst. Warden C Yard. at Mule Creek State Prison

9. Name of Nineth Defendant Nyo Hla. The Ninth Defendant is employed as: Primary Doctor D+S C Yard at Mule Creek State Prison

10. Name of Tenth Defendant Sabreane Hernandez the Tenth Defendant is employed as: RN at C Yard at Mule Creek State Prison.

11. Name of Eleventh Defendant. Teesa Gaynor the Eleventh Defendant Employeons. as Dietitian. RDN at Mule Creek State Prison.

12. Name of Twelveth Defendant Mike Ullery The Twelvth Defendant Employed as Chief Medical Officer at Mule Creek State Prison

13. Name of Thirteeth Defendant. H. Cribari the Thirteenth Defendant Employeed as. at Mule Creek State Prison

14. Name of Fourteenth Defendant T. Miranda the Fourteenth Defendant Employed as ADA Coordinator

15. Name of Fifteenith Defendant California Correctional Health Care Services (CCHCS) Policy Medical Services at Mule Creek State Prison /CDCR.

16. Name of Sixteenth Defendant S. Gates the 16th Defendant is Employeed as. CCHCS. Director at (CCHCS) Headquarters, Elk Grove Ca.

## CLAIM I

1. State the constitutional or other federal civil right that was violated: _BASIC RIGHT TO LIFE, SAFE AND SANI-TARY FOOD, CAUSING SEVERE PROLONGED INJURY, CRUEL AND UNUSUAL PUNISHMENT PROTECTED BY THE 8th AMENDMENT._

2. **Claim I** . Identify the issue involved. Check **only one**. State additional issues in separate claims.

☒ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I   Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_From 4-11-22 to Today Defendants CDCR, J. MACOMBER, PALPIA, B. DAVIDSON, CCHCS, S. GATES, MCSP, P. COVELLO, B. STACY, N. COSTA, N. HLA, S. HERNANDEZ, T. GAYNOR, M. ULERY, H. CALBABI, T. MIRANDA, CREATED or IMPLEMENTED Customs AND POLICIES AT MCSP in THEIR INDIVIDUAL AND OFFICIAL CAPACITIES THEY KNEW WOULD INJURE PLAINTIFF AND VIOLATED. 1) MEDICAL ETHICAL PRACTICES, 2) CDCR, CCHCS POLICY, ☒ ) ADA RIGHTS 4) FEDERALLY MANDATE FOOD SAFETY, PACKAGING AND DELIVERY LAWS. REPEATEDLY DENYING PLAINTIFF, DOCTOR PRESCRIBED AND RECOMMENDED NON SOY DIET AND CARDIAC DIET._

_FROM 4-11-22 TO TODAY ALL DEFENDANTS KNEW PLAINTIFF WAS "EMERGENCY MEDICALLY TRANSFERRED FROM PVSP TO MCSP TO RECIEVE 1) NON SOY, CARDIAC DIET 2) A HIGHER LEVEL OF CARE FOR 3 INJURIES CDCR AND CCHCS DEFENDANTS CAUSED AT PVSP. SEE (EXHIBIT 1.1)_

_FROM 4-11-22 TO TODAY ALL DEFENDANTS HAVE REFUSED TO PROVIDE NON SOY AND CARDIAC DIET AND REFUSE TO ALLOW, AID PLAINTIFF IN OBTAINING SACRAMENTO DOCTOR AND CORRECTIONAL FACILITY RECORDS THAT PROVE PLAINTIFF SERIOUS INJUREY WAS CLINICALLY VERIFIED, PRESCRIBED AND ADMINISTERED VIOLATING CCHCS POLICY, MEDICALLY ETHICAL PRACTICES, FEDERAL AND STATE LAW. SEE (EXHIBIT 1.1-13) in FACT ALL DEFENDANTS, INCLUDING B. STACY ._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_PERMINENT HEART, GASTROINTESTINAL, LIVER, BRAIN DAMAGE, PERMINENT DAMAGE AND DISFIGURATION OF RT KNEE, SHIN. REPEATED, CONTINUOUS PAIN SUFFERING, PERMINENT DAMAGE TO THE DAY TO DAY QUALITY AND LONGEVITY OF LIFE, POSSIBLE PERMINENT DAMAGE TO PLAINTIFFS IMMUNE SYSTEM._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I  ?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I  to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

**3.1**

1  STILL DENY PLAINTIFF HIS MEDICAL RECORDS TODAY, JEOPARDIZING PLAINTIFFS SAFETY SEE
2  (EXHIBITS 1.14-15)
3  DEFENDANTS KNOW THESE RECORDS PROVE THE VIOLATION OF CCHCS POLICY SEE
4  (EXHIBIT 2.1-4) PG 2. SECT(2) TITLED FOOD ALLERGIES AND INTOLERANCES, (SECT A.)
5  "THE PCP OR DESIGNEE (HIA AND DEFENDANTS) SHALL EVALUATE PATIENTS
6  WHO REQUEST A SPECIAL DIET DUE TO CLAIMED FOOD INTOLERANCES OR ALLERGIES
7  IN ORDER TO VERIFY INFORMATION ... VIA VERIFIABLE CLINICAL MEANS AND MAY
8  REQUIRE MEALS BE PROVIDED AS SPECIAL DIETS ...."
9  DEFENDANT KNOW SACRAMENTO DOCTORS PRESCRIBED AND ADMINISTERED THE NON SOY
10 DIET AFTER CLINICALLY VERIFY MY SERIOUS NEED. (1, 14-15)
11 DEFENDANT KNOW PSVP DOCTORS ALSO VERIFIED PLAINTIFFS SEVERE SOY ALLERGY
12 EVIDENCE VERIFIED BY REPEATED SYMPTOMS ON 9/1/23 SEE (EXHIBIT 2.5)
13 DEFENDANTS KNOW CCHCS POLICY SECT(2)(A) 1.2.3 STATE "SERIOUS ALLERGY SYMPTOMS
14 OF ANAPHYLAXIS, EOSINOPHILIC ESOPHAGITIS, HIVES AND INTERCOLITIS REQUIRE
15 DEFENDANT PROVIDE THE NON SOY DIET. DEFENDANT HAVE WITNESSED HUNDREDS OF
16 THESE SYMPTOMS SUFFERED BY PLAINTIFF DURING DEFENDANTS CARE AT MSCP FROM
17 4-11-22 TO TODAY, EXCEPT ANAPHYLAXIS, SEE SOME EXAMPLE (EXHIBIT 3.1-15)
18 DEFENDANT KNOW DAYS AFTER PLAINTIFF ARRIVED AND ASKED FOR THE NON SOY
19 AND CARDIAC DIET PLAINTIFF SUFFERED SEVERE SYMPTOMS OF FACE SWELLING
20 THROWING UP BLOOD FROM SOY ALLERGIC REACTION SEE (EXHIBIT 4.1-4)
21 STILL HIA, HERNANDEZ AND DEFENDANT DENIED REQUIRED CARE.
22 HIA AND HERNANDEZ PUT A ROUTINE PRIORITY REFERRAL TO SEE DIETITIAN
23 GAYNOR DAYS AFTER THIS SEVERE SOY ATTACK SEE (EXHIBIT 4.5) IMMEDIAT-
24 ELY PLAINTIFF, WROTE HIA AND GAYNOR WHO ADMITTED PLAINTIFFS SEVERE
25 SOY ALLERGY YET REFUSED TO FOLLOW CCHCS POLICY AND PROVIDE CARE
26 SEE (EXHIBIT 4.6-7)
27 REPEATEDLY FROM 4-11-22 TO TODAY HIA, AND HERNANDEZ REFUSE TO
28 DOCUMENT PLAINTIFFS SEVERE HIVES, INTERCOLITIS BLEEDING AND

1  FORCED PLAINTIFF TO DOCUMENT SEVERITY OF SYMPTOMS, HAVING TO TAKE THE
2  EXTREME, HUMILIATING MEASURE OF DOCUMENTING INJURIES BY SHOWING
3  CDCR STAFF THE REACTIONS, SEE (EXHIBIT 4,8)
4   I HAVE FILED MULTIPLE GRIEVANCE AT ALL LEVELS TO ALL DEFENDANTS TO
5  TRY TO GET THEM TO INTERVEN IN EVERYGROUND, POLICY, DENIAL OF PLAINT-
6  IFFS SAFETY AND BASIC NEEDS FROM) 4-14-22 TO TODAY WITH NO RELIEF.
7   ON 7-29-22 PLAINTIFF IS FINALLY ALLOWED TO FORMALLY PETITION RDN
8  GAYNOR AGAIN, GAYNOR REFUSE TO CALL SACRAMENTO DOCTORS OR FACILITIES
9  TO OBTAIN CLINICAL PROOF. INSTEAD GAYNOR, LIKE HIA AND HERNANDEZ TOLD
10 ME IF I PERSUED BOTH NON SOY OR CARDIAC DIETS I WOULD BE TRANS-
11 FERED AGAIN SEE (EXHIBIT 5.1-3) GAYNOR ADMITS I HAVE A SEVERE
12 SOY ALLERGY AND PROVIDES CDCR, CCHCS HANDOUTS, SEE (EXHIBIT 5.4-5)
13 GAYNOR ADMITTED THE CARDIA DIET WAS FAR DIFFERENT THAN CDCR STANDARD
14 "HEART HEALTH DIET" STATED CDCR, CCHCS WILL NOT PROVIDE THE NON SOY
15 OR CARDIAC DIETS BECAUSE THEY WOULD HAVE TO BUY, DELIVERY PLAINTIFF
16 "REQUIRED" FOOD. (EXHIBIT 5.6) CCHCS POLICY SHOWS NKSP, PVSP AND
17 MSCP ARE INSTITUTIONS REQUIRED TO PROVIDE THERAPUTIC PRESCRIBED
18 DIET INCLUDING NON SOY AND CARDIA DIETS WHICH CDCR, CCHCS RECIEVE
19 FEDERAL FUNDS TO PROVIDE PLAINTIFFS DIETS AT THOSE INSTITUTION.
20  GAYNOR, HIA, HERNANDEZ, DEFENDANTS HAVE GIVEN PLAINTIFF HANDOUTS
21 STATING INSTEAD OF PROVIDING PLAINTIFF DIETARY CARE PLAINTIFF
22 MUST FOLLOW CDCR, CCHCS POLICY TO AVOID OFFENDING FOODS AND
23 READ LABELS. (SEE EXHIBIT. 5.7-8) REPEATEDLY I HAVE TOLD DEFENDANTS
24 PLAINTIFF CAN NOT FOLLOW THIS POLICY BECAUSE CDCR, CCHCS, CALPIA AND
25 ALL DEFENDANTS DO NOT PUT INGREDIANT OR FOOD ALLERGEN LABELS ON COOKED
26 AND MOST PACKAGED FOOD CALPIA SUPPLIES CAUSING UNKNOWN INGESTION
27 OF SOY AND NO APPROVED CARDAIC DIET INGREDIANTS. DEFENDANT KNOW
28 THAT THIS POLICY VIOLATES FEDERAL FOOD DRUG AND COSMETIC ACT, ROSE.

3.3

1  FOOD ALLERGEN ACT. DOZENS OF OF FOOD SAFETY PACKAGING, SERVING, DELIVERY
2  LAWS AND CCHCS OWN POLICY.

3  DEFENDANTS KNOW PLAINTIFF WAS PRESCRIBED A CARDIAC DIET ON 2/18/22
4  BY CARDIOLOGIST CALLED HAMILTON. (SEE EXHIBIT.6.1-5) THIS DIET HAS BEEN
5  RE PRESCRIBED AND RECOMENDED AT MSSP BY THEIR OWN GASTROINTESTINAL
6  DOCTORS AND TWICE BY THEIR OWN CARDIOLOGIST AS RECENTLY AS 10/3/23
7  SEE (EXHIBIT 6.6-7)

8   THE CARDIAC DIET REQUIRES FISH SERVED 2 TIMES A DAY, 4 TIMES WEEKLY
9  CHICKEN BREAST SERVED 2 TIMES A DAY, 2 TIMES WEEKLY, LEAN MEAT
10  SERVED 2 A DAY 1 TIME A WEEK, NO FRIED. FRESH FRUITS, VEGTABLES HIGH
11  IN ANTIOXIDENTS SERVED WITH ALL MEAL, CONSISTING OF MAINLY DARK GREEN
12  RED, BLUE PURPLE. BRAN CEREAL, PISTACHIOS, CASHEWS, WALNUTS, (WHICH
13  STUDIES SHOW RE-DUCE HEART DISEASE) EGG WHITES, DARK CHOCOLATE
14  AND NO SOY. SEE (EXHIBITS 6.1-5)

15   THIS LAWSUIT SHOWS DEFENDANTS HAVE WITNESSED HUNDREDS OF
16  SEVERE TO MODERATE SYMPTOMS AND SEVERE INJURY TO PLAINTIFF
17  FROM 4-11-22 TO TODAY THAT HAVE CAUSED PLAINTIFF FURTHER INJURY
18  OR WORSENING INJURY AND DEFENDANTS HAVE FORCED PLAINTIFF
19  TO TAKE THIS DRASTIC ACTION TO SECURE THE ADVERSE DENIAL OF THESE
20  RIGHTS AND FURTHER COMPENSATION FOR INJURIES CAUSED BY THE
21  FLAGRENT AND REPEAT VIOLATION OF DOCTORS PRESCRIBED DIETARY
22  CARE. (EXHIBITS 1-10)

23
24
25
26
27
28

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _Prescribed and Recommended Basic and Serious Medical Care, Cruel and Unusual Punishment in violation of the 8th Amendment_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [X] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Defendants CDCR, J. Macomber, CCHCS, S. Gates, MCSP, P. Covello, B. Stacy, N. Costa, M. Ullery, H. Cribari, T. Miranda, S. Hernandez, N. Hia created or implemented customs and policies in their official and individual capacities that violated 1) Medical Ethical Standards 2) CDCR CCHCS policy 3) Federal laws from 4-11-22 and still today. Denying or significantly delaying, doctor prescribed or recommended treatment, diagnosis, and surgeries for 13 serious life threatening conditions causing significant permanent injury, pain and suffering._

_From 4-11-22 defendants knew plaintiff was "Medically Emergency Transferred" from PVSP to MCSP to receive "immediate and a higher level of care and have failed to provide that care (see exhibit 1,1)_

_1) The first injury was significant internal bleeding to plaintiffs gastrointestinal track and colon._

_A) Repeatedly plaintiff told defendants this severe bleeding started in 6/2018 cause from soy, and documented in, Sacramento medical record defendants have withheld (see exhibit 1, 7-15) and still do today._

_B) Repeatedly plaintiff told defendants, especially Hia, Hernandez, Ullery, Gates PVSP, and Bakersfield doctors prescribed immediate follow up care in 8/17/21 (Exhibit 7.1) Requiring scope of plaintiffs stomach to diagnosis injuries._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Permanent Heart, Gastrointestinal, Liver, Brain damage, permanent damage and disfiguration of RT Knee, Shin, Leg, Possible Permanent damage to plaintiffs immune system. Permanent damage to the day to day quality of life and the longevity of plaintiffs life._

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No

   b. Did you submit a request for administrative relief on Claim II? [X] Yes [ ] No

   c. Did you appeal your request for relief on Claim II to the highest level? [X] Yes [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

1  CAUSE BY "SOY" AND CAUTERIZATION OF SEVERE BLEEDING TO PLAINTIFF UPPER AND
2  LOWER COLON (DIVERTICULOSIS AND INTERNAL HEMORRHOIDS) AND ALSO PRE-
3  SCRIBED A G.I. DIET (SEE EXHIBIT 7.2-3) TO THIS DAY THIS CARE HAS NOT
4  BEEN PROVIDED. EVEN THOUGH CDCR OWN GASTROINTESTINAL DOCTOR RE-PRE-
5  SCRIBED THIS CARE IN 6/2023 (SEE EXHIBIT 7.4)
6  ALL DEFENDANTS ARE WELL AWARE THIS BLEEDING IS DANGEROUS AND EXTREMELY
7  SIGNIFICANT SOAKING THROUGH ROLLED UP TOILET TISSUE, UNDERWEAR, EXTRA
8  PAIRS OF SHORTS AND PANTS (SEE EXHIBITS 7.5-8) REPEATEDLY I HAVE
9  INFORMED ALL DEFENDANTS THE SOY CAUSES THIS SIGNIFICANT BLEEDING
10 EVERY TIME I UNKNOWINGLY CONSUME SOY (SEE EXHIBIT 7.9-14) JUST A
11 PARTIAL LIST. ON 4-11-23 I AGAIN ASKED DR HIA FOR THE SCOPE OF MY STOMACH
12 AND COLON CAUTERIZATION PERFORMED ALL AT ONCE HIA WROTE DOWN I ASKED
13 FOR HEART CAUTERIZATION, WHICH I NEVER ASKED FOR AND DON'T KNOW WHAT
14 THAT PROCEDURE IS (SEE EXHIBIT 7.15) WORSE AFTER VISITING THE UROLOGIST
15 FOR SIGNIFICANT URINARY BLEEDING, MRI SHOWED HEPATIC CYSTS WHICH
16 CAN BECOME CANCEROUS IF LEFT UNTREATED. HIA NEVER TOLD ME OF THESE
17 FINDINGS ON 5/23/23 AND TOLD ME "THE MRI SHOWED NOTHING." SEE EXHIBIT
18 7.16) CAUSING PLAINTIFF NOT TO BE ABLE TO TRUST THIS PROVIDER.
19 2) THE SECOND SERIOUS INJURY DEFENDANTS HAVE SIGNIFICANTLY DELAYED OR
20 NOT PROVIDE IS IMMEDIATE RETURN CARE, TREATMENT AND SURGERY TO
21 ONGOING BLOOD INFECTIONS AND DAMAGE TO MY RIGHT LEG FROM REPEATED
22 HIVES.
23 DEFENDANTS KNEW ON 2/2022 PLAINTIFF WAS TO RETURN TO BAKERSFIELD ER
24 WITHIN 3 BUSINESS DAYS. (EXHIBIT 8.1) TO HAVE CT/MRI SCAN OF RT LEG
25 DAMAGE TO EXTREME SWELLING, REPEATED SERIOUS BLOOD INFECTIONS, BLACKENED
26 TISSUE AND POSSIBLE BONE 12/6/21 (SEE EXHIBIT 8-2-3) AND TO APPLY SPECIAL
27 SILVER ALGINATE PADS AND ANTIBIOTIC AND CONTINUED BLOOD CULTURES TO
28 STOP RE-OCCURRING INFECTIONS (SEE EXHIBIT 8.4) DEFENDANT KNEW THESE

4.2

1   PRESCRIPTIONS WERE NEVER FILLED.

2   PLAINTIFF REPEATEDLY REPORTED TO ALL DEFENDANTS AND ESPECIALLY HLA AND HER-

3   NANDEZ FROM 4-11-22- 6-28-22 MY RT KNEE AND SHIN WAS RE-SWELLING AND

4   CAUSING SIGNIFICANT PAIN AND DIFFICULTY TO WALK. DURING THIS TIME JUST

5   LIKE WITH THE HIVES AND INTERNAL BLEEDING HLA AND HERNANDEZ REFUSED

6   TO MEASURE OR PRESCRIBE PRESCRIBED CARE (SEE EXHIBIT 8,5-10)

7   On 6/28/23 I WAS FORCED TO SHOW BLDG 14 OFFICER JENKINS THE SEVERE

8   SWELLING RIGHT AFTER HERNANDEZ REFUSED TO MEASURE MY LEG OR PRO-

9   VIDE PRESCRIBED CARE. JENKINS WAS SO CONCERNED HE IMMEDIATELY

10  WALKED ME OVER TO C YARD CLINIC, WERE THE CLINIC OFFICE AND PILL CALL

11  NURSE IMMEDIATELY BECAME WORRIED, AND STARTED TO MEASURE MY

12  KNEES, DOCUMENT THE DISCOLORING AND INFECTION. HERNANDEZ CAME

13  OUT AND IMMEDIATELY YELLED AT THE OFFICERS AND NURSE AND ORDER-

14  ED THEN NOT TO MEASURE OR DOCUMENT MY INJURY. I ASKED TO MEAS-

15  URE MY KNEES THE RT KNEE WAS 2 INCHES LARGER. I FILED AND

16  OFFICIAL COMPLAINT YET I HAVE BEEN DENIED RESULTS OF THIS IF

17  ANY INVESTIGATION WAS DONE. THAT NURSE DID DOCUMENT THE DIFF-

18  ERENCE LATER (SEE EXHIBIT 8,11) On 7/6/22 I WENT MANDOWN AND

19  WAS TAKEN TO TTA WHERE DR SNOOK NOTATED SIGNIFICANT SWELLING

20  AND DRAIN A LARGE AMOUNT OF INFECTED FLUID FROM MY KNEE.

21  WHICH WAS INFECTED (SEE EXHIBIT 8.12-13) AN MRI SHOWED 2 TEARS

22  IN MY RT KNEE MINISCUS CAUSED BY THE SIGNIFICANT 12/2/21 INFECTION

23  AND THE MULTIPLE RE-OCCURING INFECTIONS AND THAT A FOREIGN 8MM

24  BODY WAS IN MY RIGHT KNEE FROM THE REPEAT RE OCCURING INFECTION

25  THAT HAD CONTINUE FROM 12-2-21 TO 7-6-22. (SEE EXHIBIT 8.14-16)

26  THE MRI ALSO SHOWED SIGNIFICANT CARTILAGE BUILD UP AND TISSUE

27  DAMAGE ON THE LARGE BLACK SPOT ON MY RIGHT SHIN.

28  ULTIMATELY MY SURGERY WAS PROPERLY DONE BUT DEFENDANT MADE PLAINTIFF

4.3

1  TO THE HOSPITAL (SEE EXHIBIT 8,17)
2    ORIGINALLY I HAD BEEN PRESCRIBED TO BE TAKEN BACK FOR FOLLOW UP
3  TREATMENT IN 12/2021 (SEE EXHIBIT 8,2-3) TO PERFORM DIAGNOSICS OF MY
4  BLOOD, HEART, IMMUNE SYSTEM, LYPHADENOPHY, LEUKOCYTOSIS WHICH CARDI-
5  OLOGIST REPEATEDLY HAVE WARNED ALSO CAN CAUSE SERIOUS DAMAGE TO PLAINTIFFS
6  HEART, AND OTHER ORGANS. YET THIS CARE WAS REPEATEDLY DENIED WITH RE-
7  OCCURING SYMPOMS. (SEE EXHIBIT 8,18).
8    FROM 7/6/23 TILL 2/6/23 PLAINTIFF WAS STILL NOT PROVIDED SURGERY. EVEN
9  THOUGH MY SYMPTOMS, PAIN, ABILITY TO WALK WORSENED. DEFENDANTS STATED
10  THIS WAS SURGON FRIEDMANS FAULT YET HIS RN JESSICA REPORTED DR
11  FRIEDMAN WAS OUT 1 MONTH BUT THERE WERE MULTIPLE DATES I COULD
12  HAVE BEEN SEEN. WHEN I WAS TAKEN MRI WERE NOT PROVIDED DELAYING
13  SURGERY AGAIN AND AGAIN. JESSICA, REPORTED SHE NOTIFIED DEFENDANTS
14  THEY HAND NOT PROVIDE FILMS. I REPEATEDLY ASKED HLA, HERNANDEZ TO
15  CALL AND MAKE SURE FILMS WERE THERE. BOTH RESPONDED "ITS NOT
16  OUR JOB TO MAKE SURE THE MRI WERE PROVIDE. WHEN I GRIEVED
17  THESE FAILURES I WAS PUT IN COVID QUARENTINE EVEN WHEN
18  TEST CONFIRMED I DID NOT HAVE COVID. (SEE EXHIBITS 8,19-25)
19    DR FRIEDMAN PRESCRIBED TYCONOL 3 W/CODINE FOR MY EXTREME PAIN
20  CAUSED BY THE DELAY, RESWELLING AND FOREIGN BODY. WHICH I EXPLAINED
21  CODINE YEARS AGO GAVE ME SLIGHT ITCHING BUT NO SERIOUS EFFECTS WHICH
22  HE SAW DOCUMENTED IN MY RECORDS
23    REPEATEDLY HLA IGNORED THESE PRESCRIPTIONS, BECAUSE OF MY MILD 30YR
24  AGO REACTIONS. WHEN I TOLD HIM HIS LOGIC WAS UNREASONABLE TO NOT
25  PROVIDE SERIOUS PAIN RELIEF BECAUSE OF A MILD MAYBE NON-EXISTANT
26  ALLERGY BUT YOU REFUSE TO PROVIDE A DOCUMENTED DIET BECAUSE OF A
27  SEVERE ALLERGY THAT CAUSED MY SUFFERING, HE TOLD ME TO GET OUT. I
28  WILL NOT PROVIDE YOU PAIN RELIEF. " (EXHIBIT 8-19-25)

1   WAIT ALMOST 20 MONTHS FOR AN INJURY THEY CAUSED AND STILL ARE DOING

2   NOTHING ABOUT THE DISCOLORATION OF MY RT LEG ON THE LARGE BLACK SPOT ON

3   PLAINTIFF SHIN, AND NO FOLLOW UP HAS BEEN PROVIDED TO DIAGNOSIS THE POSSIBLE

4   IMMUNE SYSTEM DAMAGE CAUSED BY THE DELAY IN TREATING THE REOCCURING INFECTION.

5      3) THE THIRD INJURY IS FAILURE TO PROVIDE PRESCRIBE CARDIAC TREATMENT, FROM

6   2/2022, CARDIOLOGIST HAMILTON WAS ALSO CONCERNED THAT THE PROLONGED

7   INFECTION AND REPEAT SOY ATTACKS DAMAGED THE INTERIOR WALL, TISSUE, VALUES

8   OF MY HEART AND CARDIOVASCULAR SYSTEM. PRESCRIBE RETURN CARE 2-4

9   WEEK AFTER STENT PLACEMENT TO DIAGNOSE INJURY (SEE EXHIBIT 9.1-4)

10   REPEATEDLY I REPORTED I WAS PRESCRIBED CT SCAN, MRI OF MY HEART,

11   TREADMILL STRESS TEST, 24 HOUR MONITORING TO HLA, HERNANDEZ, AUEARY,

12   GATES AND OTHER DEFENDANTS. AND WORSENING DIZZYNESS, FATIGUE, CHEST

13   PAIN AND PASSING OUT FROM 4-11-22 TO 4/7/23 AND REPEATEDLY DENIED THESE

14   PRESCRIPTION OR DIETS (SEE EXHIBIT 9.5-13). ...

15      IN 4/2023 I WAS GIVEN A FOLLOW UP WITH CDCR CARDIOLOGIST RAMESH

16   DHARAWAT WHO TOLD DEFENDANTS I NEEDED THE FOLLOW UP PROCEDURES

17   REPRESCRIBED THE NON SOY AND CARDIAC DIETS AND INFORMED DEFENDANTS

18   CDCR DIET WAS NOTHING LIKE THE PRESCRIBED CARDIA DIET. STILL DEFEND-

19   ANTS AT ALL LEVELS DENIED THIS CARE WHILE THESE AND OTHER HEALTH

20   PROBLEMS INCREASED SEE (EXHIBITS 9.14-17) FINALLY I AGAIN SAW MY

21   CARDIOLOGIST FROM CDCR WHO AGAIN PRESCRIBES DIETS AND DIAGNOSIS TREAT

22   MENT ON 8/14/23. AS LUCK WOULD HAVE IT PCP HLA AND HERNANDEZ WERE

23   ON VACATION, DR. A MIN FILED IN SEE THE DIETARY PRESCRIPTION AND

24   PRESCRIPTIONS FOR DIAGOSTIC TREATMENT, SAYS "WHY WAS THIS NOT

25   FOLLOWED BACK IN 2022, ORDER TREATMENT. WHICH NOW IS STARTING

26   TO BE PROVIDED. SEE (EXHIBIT 9.17) CDCR, CCHCS CUSTOM IS TO PRO-

27   TECT ALL PCPS WEATHER OR NOT THEY FOLLOW POLICY, VIOLATE MEDICAL ETHICAL

28   STANDARD AND HAS REPEATEDLY CAUSE PLAINTIFF SIGNIFICANT AND

4.5

1  UNNESSABARY PAIN AND SUFFERING. STILL BECAUSE OF DEFENDANTS POLICIES
2  PLAINTIFF STILL HAS NOT RECIEVED NON SOY OR CARDIAC DIET, DOES NOT
3  KNOW DAMAGE TO MY IMMUNE SYSTEM, HEART, GASTROINTESTINAL
4  TRACK, BRAIN AND NOW HAS HEPATIC CYST WHICH STODIES SHOW CAN
5  TURN DEADLY QUICKLY. PLAINTIFF HAS REPORTED THESE ISSUES TO ALL
6  DEFENDANTS IN EVERY WAY POSSIBLE AND AT EVERY LEVEL AND HAS NO
7  OTHER RECOURSE THAN TO COME TO THE COURT, TO REMEDY PLAINTIFFS
8  RIGHT TO THESE SERIOUS BASIC NEEDS.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: *ADA DISABILITY RIGHTS, UNDER DIS-ABILITIES AND REHABILITATION ACT, EQUAL PROTECTION CLAUSE, CRUEL AND UNUSUAL PUNISHMENT OF 8th AMENDMENT AND DUE PROCESS UNDER THE 1st 4th 6th 8th AND 14th AMENDMENT.*

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Mail      ☒ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*DEFENDANTS CDCR, J. MACOMBER, CCHCS, S GATES, MCSP, P. COVELLO, B. STACY, N COSTA, M. ULLORY, A. CALDANA, T. MILLHOLD IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, CREATED OR IMPLEMENTED CUSTOMS AND POLICY VIOLATING PLAINTIFF RIGHT 1) TO ADA STATUS, 2) FAIR HEARING TO ADVERSE DESISIONS, 3) REPRESENTATION AT HEARINGS 4) MEANING FULL ACCESS TO GRIEVANCES OR THE COURTS FROM 4-11-22 AND BEFORE DEFENDANT KNEW PLAINTIFF, HAD DISLEXIA, BRAIN INJURY, WAS DECLARED DISABLED BY FEDERAL AGENCIES FOR LEARNING DISABILITIES AND HAVE DAMAGE IN MY RIGHT HAND, AND KNEW JOY CAUSED ME SEVERE CONFUSSION (EXHIBIT 101-3) I ALSO SUFFERS MUCH OF MY BRAIN INJURY AND SPINAL DAMAGE (EXHIBIT 10.4-8) AT LEAST 4 TIMES I FILED FOR DISABILITY STATUS, TO BE PRESENT AT HEARINGS AND TO BE PROVIDED WITH REPRESENTATION. I WAS DENIED REPEATEDLY AT ALL 3 PRISONS (EXHIBIT 10.9-21) I SHOW A FEW EXAMPLES PLAINTIFF WAS REPEATEDLY DENIED DISABILITY STATUS FOR A LEARNING DISABILITY MULTIPLE TIMES EVEN THOUGH GUIDANCE CLEARLY SHOWS MY DISABILITY, ON EACH RETUCTION STAFF RELLED ON THE ORIGINAL DETERMINATION AND DID NOT RAISE THE DETERMINATION OR LEARNING DISABILITY (EXHIBIT 10.22). I WAS NOT ALLOWED REPRESENTATION OR TO BE PRESENT AT THESE HEARINGS OBVIOUSLY AN ADVERSE DECISION, OF DISABILITY, RIGHT, HEALTH RIGHTS AND ACCESS TO THE COURTS, DEFENDANT KNOW I AM HERE ILLEGALLY AND A JUDGE EVEN STATED*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
*I WAS DENIED PROCEDURAL DUE PROCESS TO SECURE ADA RIGHTS, ADDRESS ADVERSE HEALTH CARE LEGAL DECISION, WHICH HAS SIGNIFICANTLY DELAYED OR DENIED ACCESS TO THE COURTS AND POSSIBLY CAUSE IRREPARABLE HARM IN MY CRIMINAL CASE AND LAWSUITS INVOLVING MISCONDUCT IN THAT CASE.*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?      ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?      ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5.1

1   SO ON 1-7-22. (EXHIBIT 10.25-26) DENIAL OF ADA HELP HAS HINDERED FILING
2   MEANING FULL PAPER WORK ON THAT CASE AND IN SECURING MY BASIC NEEDS.
3   WORSE FOR 2 MONTH ON MY ARRIVAL AT MCSP ALL MY LEGAL PROPERTY WAS
4   WITHHELD I HAVE REPEATLY HAD MY LEGAL MAIL IN THIS AND MY HABEAS CASE
5   TORN OPEN, THROWN AWAY OR LOST, ESPECIALLY WHEN TRYING TO SECURE MED-
6   ICAL RECORDS AND EVIDENCE SEE (EXHIBIT 90; 27-32) IT IS HARD ENOUGH
7   UNDERSTANDING PROCEDURINGS OR GAINING ACCESS TO GRIEVAN CE POLICIES,
8   AND ACCESS BUT WHEN A PRISONER IS DENIED MEANINGFULL ACCESS BE-
9   CAUSE OF A DISABILITY, ESPECIALLY ONE CAUSED EVEN TEMPORARILEY BY
10  THE OFFENDING PARTY SHOULD NOT BE ALLOWED AND IS CRUEL AND UNUSUAL
11   ANY PRISONER SHOULD HAVE THE RIGHT TO A GRIEVANCE PROCESS TO ANY
12  ADVERSE HEALTH, MEDICAL OR LEGAL ISSUE DENYING THESE RIGHTS IS
13  A DENIAL OF DUE PROCESS GARUNTEED BY THE EQUAL PROTECTION CLAUSE
14  AND THE 1st 4th 6th AND 14th AMENDMENT OF THE U.S. CONSTITUTION.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## E. REQUEST FOR RELIEF

State the relief you are seeking:

_I ask CDCR, CCHCS, CALPIA and it Directors To eliminate their custom and policy 1) To not Provide Previous Medical Records 2) To make and Provide Non Soy Diets Based on Standard Medical Practices 3) To make and provide Cardiac Diets Based on Standard Medical Practices, 4) To provide Assistance, Representation, Hearings on all Adverse Decisions of ADA, Severe Dietary, Medical needs, and the Sum of 8 million dollars and if my Legal issues regarding the Misconduct issues are not allowed to proceed or are prejudice, Plaintiff request the right to raise the settlement amount accordingly._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 9·10·23 _____
                      DATE

_Stan W. Munch in pro se_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

TABLE OF CONTENTS
PETITION 2:23-CV-0061-WBS ACP.

PAGES 1.1-2 COVER PAGE, JURISDICTION, NAME OF DEFENDANTS 1-16

PAGES 2.1-2 DEFENDANTS: TITLES.

PAGES 3.1-4 CLAIM 1          CORRESPONDING EXIBITS 1-6

PAGES 4.1-6 CLAIM 2          CORRESPONDING EXIBITS 7-9

PAGES 5.1-2 CLAIM 3          CORRESPONDING EXHIBITS 10

PAGE 6 REQUEST FOR RELIEF, DECLARATION UNDER PENALTY OF PERJURY.

TOTAL PAGES 17.

PAGES 1-2 MOTION TO COMPELL RELEASE OF MEDICAL RECORDS TO PREPARE LEGAL ACTION OR STAY AND OBEY OF THAT ORDER.

EXHIBITS

CASE 2:23-CV-0061-WBS

TABEL OF CONTENTS

GROUD 1 EXHIBITS

    1. 1-15
    2. 1-5
    3. 1-15
    4. 1-8
    5. 1-8
    6. 1-7

GROUND 2 EXHIBITS

    7. 1-16
    8. 1-23
    9. 1-17

GROUD 3 EXHIBITS

    10. 1-32.

EXHIBIT  1.1-15  .

MUNDY, STANLEY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 Medical Routine Follow Up 20** 04/15/22 0:01:00 PDT, *14 days, 04/29/22 23:59:00 PDT, 170.71.227.182.202204020514560946631952584#1.00, Multiple health issues New arrival. Dietary issues, med issues bleeding and chrono iccues. Please review care TX plan

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:50:00 PDT, 1 business day, 137.252.9.7.202204041416122264745944912#1.00, 04/15/22 23:59:00 PDT, heart issues - lower bunk chrono

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:20:00 PDT, 1 business day, 137.252.9.7.202204041416090230845944946#1.00, 04/15/22 23:59:00 PDT, c/o allergy, heart issues, requesting lower bunk and dietician

**Consult to Registered Dietitian** 04/29/22 7:00:00 PDT, Routine Priority (46-90 days), Allergy/Intolerance (Food), pls evel IP regarding Soy allergies, 05/13/22 23:59:00 PDT

**Follow Up RN 30** 04/13/22 0:01:00 PDT, Care Management, 30 days, 05/12/22 23:59:00 PDT, Interfacility Transfer Nursing Visit

**Interfacility Transfer Medical Eval 60 (High Risk/Complex Care) PCP (w/in 7 days)** 04/19/22 8:30:00 PDT, 04/19/22 23:59:00 PDT

**Medical Episodic Care Follow Up 20** 04/12/22 0:01:00 PDT, 7 days, 04/20/22 23:59:00 PDT, RAP: pt requesting to out on his knee and leg, requesting surgery to stop bleeding (?), put of hearthy diet/ soy to stop allergic reaction. Referral to dietician done today

**Nursing Follow Up** 04/12/22 0:01:00 PDT, Other, DME/7410, 09/29/22 23:59:00 PDT, Fired by Discern Expert (BCC_DME_FOLLOW_UP) due to a "Temporary" 1845/7410 status.

**PCP Follow Up 20** 04/12/22 0:01:00 PDT, 30 days, 04/14/22 23:59:00 PDT, s/p stent placement , CAD

**Chronos**

STATE OF CALIFORNIA                                                                                     DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**                    Form: Page 1 of 2
CDCR 7385 (Rev. 10/19)                                                                                  Instructions: Pages 3 & 4

| All sections must be completed for the authorization to be honored. Use "N/A" if not applicable. |
|---|

## I. Patient Information

Last Name: _Mundy_     First Name: _Stanley_     Middle Name: _WAYNE_

CDCR# _BN2899_                         Date of Birth: _05 / 28 / 58_

Street Address: _24863 W. JAYNE AVE_     City/State/Zip: _COALINGA, CA 93210_

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: ~~PLEASANT VALLEY STATE PRISON~~
Address: ~~HEALTH INFORMATION SERVICES~~     City/State/Zip: _____
~~P.O. BOX 8500~~
~~COALINGA, CA. 93210~~

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the health information pursuant to this authorization.*

Name: _STANLEY WAYNE MUNDY_

Relationship to Patient: _Self_     Phone: _____     Fax: _____

Address: _24863 W. JAYNE AVE_     City/State/Zip: _COALINGA CA 93210_

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the patient, this authorization for the release of health care information to the above-named individual/organization will expire on the date specified below, event identified, or 12 months from the date signed in Section IX, whichever occurs first:
Date of Expiration: _6 8 22_     Event: _____

From (mm/dd/yyyy): _____     To (mm/dd/yyyy): _____

## V. Health Care Records to be Released - General
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

I authorize records for the following period of time to be released (must be completed to receive records):

From (mm/dd/yyyy): _01/01/1993_     To (mm/dd/yyyy): _PRESENT, 01/01/2020_

[X] Medical Services  [ ] Dental Services  [ ] Other: _MRI'S AND HOSPITAL VISITS_

NOTE: Health records released as part of this authorization may contain references related to mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV medical conditions.

## VI. Health Records to be Released - Specify
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

| | | | | |
|---|---|---|---|---|
| [ ] Communicable Disease Records | from ____ to ____ | Signature: _____ | Date: ____ |
| [ ] Genetic Testing Records | from ____ to ____ | Signature: _____ | Date: ____ |
| [ ] HIV Test Results | from ____ to ____ | Signature: _____ | Date: ____ |
| [ ] Medication Assisted Treatment Records | from ____ to ____ | Signature: _____ | Date: ____ |
| [ ] Mental Health Treatment Records | from ____ to ____ | Signature: _____ | Date: ____ |
| [ ] Substance Use Disorder Records | from ____ to ____ | Signature: _____ | Date: ____ |

NOTE: Health records released as part of this authorization may contain references related to dental, medical, mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV conditions.
**Requests for psychotherapy notes require a separate CDCR 7385 and may not be combined with any other request for health records.**
[ ] Psychotherapy Notes

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or
protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**        Form: Page 2 of 2
CDCR 7385 (Rev. 10/19)        Instructions: Pages 3 & 4

**All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable.

## VII. Purpose for the Release or Use of the Information
[45 C.F.R. § 164.508(c)(1)(iv)]

☐ Health Care   ☐ Personal Use   ☒ Legal   ☐ Other (please specify): *PLU STATUS AND COUNTS.*

## VIII. Authorization Information

I understand the following:

1. I authorize the use or disclosure of my individually identifiable protected health information as described above for the purpose listed. I understand this authorization is voluntary.

2. I have the right to revoke this authorization. To do so I understand I can submit my request in writing to my current institution's Health Information Management (health records). The authorization will stop further release of my protected health information on the date my valid revocation request is received by Health Information Management. [45 C.F.R. § 164.508(c)(2)(i)]

3. I am signing this authorization voluntarily and understand that my health care treatment will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii)]

4. Under California law, the recipient of the protected health information under the authorization is prohibited from re-disclosing the protected health information, except with a written authorization or as specifically required or permitted by law. [Civ. Code § 56.13]

5. If the organization or person I have authorized to receive the protected health information is not a health plan or health care provider, the released information may no longer be protected by federal and state privacy regulations.[45 C.F.R. § 164.524(a)(2)(v)]

6. I have the right to receive a copy of this authorization. [45 C.F.R. § 164.508(c)(4) & Civ. Code § 56.11(i)]

7. Reasonable fees may be charged to cover the cost of copying and postage related to releasing this protected health information. [45 C.F.R. § 164.524(c)(4) et seq. & California Health and Safety Code § 123110, et seq.]

8. I understand that my substance use disorder records are protected under the federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R., Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be redisclosed without my written consent unless otherwise provided for by the regulations.

## IX. Patient Signature
[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c)(1)]

Name: (Print): *STANLEY WAYNE MUNDY*

Signature: *[signature]*        Date: *6/8/2021*

If no expiration date is specified in section IV, this authorization will expire 12 months from this date.

Name of person signing form, if not patient (Print): *STANLEY WAYNE MUNDY*

Signature: *[signature]*        Date: *6/8/2021*

Describe authority to sign form on behalf of patient: _____

Name of translator/interpreter assisting patient, if applicable (Print): _____

Signature of translator/interpreter: _____        Date: _____

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**
CDCR 7385 (Rev. 10/19)

Form: Page 1 of 2
Instructions: Pages 3 & 4

**All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable.

## I. Patient Information

Last Name: *MUNDY*  First Name: *STANLEY*  Middle Name: *WAYNE*

CDCR#: *BN2899*  Date of Birth: *5-28-58*

Street Address: *PO BOX 8500*  City/State/Zip: *COALINGA CA 93210*

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: *SACRAMENTO COUNTY MAIN JAIL*

Address: *651 I STREET*  City/State/Zip: *SACRAMENTO CA 95814*

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the health information pursuant to this authorization.*

Name: *STANLEY MUNDY  BN2899*

Relationship to Patient: *MYSELF*  *PVSP*  Phone:  Fax:

Address: *P.O. BOX 8500 A1-119*  City/State/Zip: *SACRAMENTO COALINGA CA 93210*

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the patient, this authorization for the release of health care information to the above-named individual/organization will expire on the date specified below, event identified, or 12 months from the date signed in Section IX, whichever occurs first:

Date of Expiration: *12-29-2022*  Event: *RELEASE*

From (mm/dd/yyyy): *06-29-2017*  To (mm/dd/yyyy): *12-29-2021*

## V. Health Care Records to be Released - General
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

I authorize records for the following period of time to be released (must be completed to receive records):

From (mm/dd/yyyy): *6-8-2017*  To (mm/dd/yyyy):

☒ Medical Services  ☐ Dental Services  ☐ Other: *OUT PATIENT TREATMENTS*

NOTE: Health records released as part of this authorization may contain references related to mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV medical conditions.

## VI. Health Records to be Released - Specify
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

| | | | |
|---|---|---|---|
| ☒ Communicable Disease Records | from *6-8-2017* to *12-29-21* Signature: *SMundy* | Date *12-29-21* |
| ☒ Genetic Testing Records | from *6-8-2017* to *12-29-21* Signature: *SMundy* | Date *12-29-21* |
| ☒ HIV Test Results | from *6-8-2017* to *12-29-21* Signature: *SMundy* | Date *12-29-21* |
| ☒ Medication Assisted Treatment Records | from *6-8-2017* to *12-29-21* Signature: *SMundy* | Date *12-29-21* |
| ☒ Mental Health Treatment Records | from *6-8-2017* to *12-29-21* Signature: *SMundy* | Date: *12-29-21* |
| ☐ Substance Use Disorder Records | from ___ to ___ Signature: ___ | Date: ___ |

NOTE: Health records released as part of this authorization may contain references related to dental, medical, mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV conditions.
**Requests for psychotherapy notes require a separate CDCR 7385 and may not be combined with any other request for health records.**

☐ Psychotherapy Notes

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA     1.5     DEPARTMENT OF CORRECTIONS AND REHABILITATION
AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION 10/18/23   Page 25 of 17 Form: Page 1 of 2
CDCR 7385 (Rev. 10/19)        Instructions: Pages 3 & 4

| All sections must be completed for the authorization to be honored. Use "N/A" if not applicable. |
|---|

## I. Patient Information

Last Name: _MUNDY_     First Name: _STANLEY_     Middle Name: _WAYNE_

CDCR# _BN2899_      Date of Birth: _5-28-58_

Street Address: _PO BOX 8500_     City/State/Zip: _COALINGA CA 93210_

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: _SACRAMENTO COUNTY MAIN JAIL_

Address: _651 I STREET_     City/State/Zip: _SACRAMENTO CA 95814_

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the health information pursuant to this authorization.*

Name: _STANLEY MUNDY BN2899_

Relationship to Patient: _MYSELF_     Phone: _____     Fax: _____
     _PVSP_
Address: _PO BOX 8500 A1-119_     City/State/Zip: _SACRAMENTO COALINGA CA 93210_

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the patient, this authorization for the release of health care information to the above-named individual/organization will expire on the date specified below, event identified, or 12 months from the date signed in Section IX, whichever occurs first:

Date of Expiration: _12-29-2022_    Event: _RELEASE_

From (mm/dd/yyyy): _06-29-2017_     To (mm/dd/yyyy): _12 29-2021_

## V. Health Care Records to be Released - General
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

I authorize records for the following period of time to be released (must be completed to receive records):

From (mm/dd/yyyy): _6-8-2017_     To (mm/dd/yyyy): _____

☒ Medical Services ☐ Dental Services ☐ Other: _OUT PATIENT TREATMENTS_

NOTE: Health records released as part of this authorization may contain references related to mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV medical conditions.

## VI. Health Records to be Released - Specify
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

| | | |
|---|---|---|
| ☒ Communicable Disease Records | from _6-8-2017_ to _12 29-21_ Signature: _SMundy_ | Date _12-29-21_ |
| ☒ Genetic Testing Records | from _6-8-2017_ to _12 29-21_ Signature: _SMundy_ | Date _12 29-21_ |
| ☒ HIV Test Results | from _6-8-2017_ to _12 29-21_ Signature: _SMundy_ | Date _12-29-21_ |
| ☒ Medication Assisted Treatment Records | from _6-8-2017_ to _12 29-21_ Signature: _SMundy_ | Date _12 29-21_ |
| ☒ Mental Health Treatment Records | from _6-8-2017_ to _12 29-21_ Signature: _SMundy_ | Date: _12 29-21_ |
| ☐ Substance Use Disorder Records | from _____ to _____ Signature: _____ | Date: _____ |

NOTE: Health records released as part of this authorization may contain references related to dental, medical, mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV conditions.
Requests for psychotherapy notes require a separate CDCR 7385 and **may not be combined with any other request for health records.**

☐ Psychotherapy Notes

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
AUTHORIZATION FOR RELEASE OF INFORMATION
CDCR 7385 (REV. 09/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# AUTHORIZATION FOR RELEASE OF INFORMATION

Page 1 of 2

| YOUR INFORMATION | | | |
|---|---|---|---|
| Last Name: *Mundy* | First Name: *Stanley* | Middle Name: *Wayne* | Date of Birth: *5-28-58* |
| Address: *P.O BOX 409060 C14-148* | City/State/Zip: *IONE CA. 95640* | | CDC/YA Number: *BN2849* |

| Person/Organization Providing the Information | Person/Organization to Receive the Information |
|---|---|
| Name: *Stanley Mundy C-14-148*<br>Address: *P.O BOX 409060*<br>City/State/Zip: *IONE CA 95650 95640*<br>Phone #: (_____) _____<br>Fax Number: (_____) _____ | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone #: (_____) _____<br>Fax Number: (_____) _____ |

[45 C.F.R. § 164.508(c)(1) (iii) & Civ. Code § 56.11(e), (f)]

## Description of the Information to be Released
### (Provide a detailed description of the specific information to be released)
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code §§ 56.11(d) & (g)]

☒ Medical

☒ Mental Health

☐ Genetic Testing

☐ Dental

☐ Substance Abuse/Alcohol

☐ Communicable Disease

☐ HIV

☐ Psychotherapy Notes

☒ Other (Please Specify)

*ADA, 602 GRIEVANCES C-FILE REVIEW C.DCR 1824 COMMITTEE REVIEWS*

For the following period of time: From *JUNE 2017* _____ (date) to *6-10-2022* _____ (date)

## Description of Each Purpose for the Use or Release of the Information
### (Indicate how the information will be used)
[45 C.F.R. § 164.508(c)(1)(iv)]

☒ Health Care

☐ Personal Use

☒ Legal

☐ Other (please specify) *OLSEN REVIEW OF ADA/MEDICAL/DIETORY NEEDS*

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**          Form: Page 1 of 2
CDCR 7385 (Rev. 10/19)                                      Instructions: Pages 3 & 4

| **All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable. |
|---|

## I. Patient Information

Last Name: _MUNAY_     First Name: _STANLEY_     Middle Name: _WAYNE_

CDCR#: _BN2899_     Date of Birth: _5-28-58_

Street Address: _MCSP, P.O. BOX 409060  C14-148_     City/State/Zip: _IONE CA 95640_

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: _SACRAMENTO COUNTY MAIN JAIL, MEDICAL ADMINISTRATORS_

Address: _651 I STREET_     City/State/Zip: _SACRAMENTO CA 95814_

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the health information pursuant to this authorization.*

Name: _STANLEY MUNDY  BN2899_

Relationship to Patient: _SELF_     Phone: _____     Fax: _____

Address: _MCSP PO BOX 409060  C-14-148_     City/State/Zip: _IONE CA 95640_

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the patient, this authorization for the release of health care information to the above-named individual/organization will expire on the date specified below, event identified, or 12 months from the date signed in Section IX, whichever occurs first: _4/23/2023_

Date of Expiration: _6/1/2017 N/A_     Event: _6/1/2021 N/A_

From (mm/dd/yyyy): _____     To (mm/dd/yyyy): _____

## V. Health Care Records to be Released - General
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

I authorize records for the following period of time to be released (must be completed to receive records):

From (mm/dd/yyyy): _6/7/2017_     To (mm/dd/yyyy): _6/7/2021_

☒ Medical Services   ☐ Dental Services   ☐ Other: _ALL OUTPATIENT CARE_

NOTE: Health records released as part of this authorization may contain references related to mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV medical conditions.

## VI. Health Records to be Released - Specify
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

| | | | | |
|---|---|---|---|---|
| ☐ Communicable Disease Records | from ____ to ____ | Signature: ____ | Date: ____ |
| ☐ Genetic Testing Records | from ____ to ____ | Signature: ____ | Date: ____ |
| ☐ HIV Test Results | from ____ to ____ | Signature: ____ | Date: ____ |
| ☐ Medication Assisted Treatment Records | from ____ to ____ | Signature: ____ | Date: ____ |
| ☐ Mental Health Treatment Records | from ____ to ____ | Signature: ____ | Date: ____ |
| ☐ Substance Use Disorder Records | from ____ to ____ | Signature: ____ | Date: ____ |

NOTE: Health records released as part of this authorization may contain references related to dental, medical, mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV conditions.
**Requests for psychotherapy notes require a separate CDCR 7385 and may not be combined with any other request for health records.**

☐ Psychotherapy Notes

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

RECEIVED APR 26 2022

**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**

Form: Page 2 of 2

CDCR 7385 (Rev. 10/19)

Instructions: Pages 3 & 4

**All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable.

## VII. Purpose for the Release or Use of the Information
[45 C.F.R. § 164.508(c)(1)(iv)]

☒ Health Care ☐ Personal Use ☒ Legal ☐ Other (please specify): _____

## VIII. Authorization Information

I understand the following:

1. I authorize the use or disclosure of my individually identifiable protected health information as described above for the purpose listed. I understand this authorization is voluntary.

2. I have the right to revoke this authorization. To do so I understand I can submit my request in writing to my current institution's Health Information Management (health records). The authorization will stop further release of my protected health information on the date my valid revocation request is received by Health Information Management. [45 C.F.R. § 164.508(c)(2)(i)]

3. I am signing this authorization voluntarily and understand that my health care treatment will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii)]

4. Under California law, the recipient of the protected health information under the authorization is prohibited from re-disclosing the protected health information, except with a written authorization or as specifically required or permitted by law. [Civ. Code § 56.13]

5. If the organization or person I have authorized to receive the protected health information is not a health plan or health care provider, the released information may no longer be protected by federal and state privacy regulations.[45 C.F.R. § 164.524(a)(2)(v)]

6. I have the right to receive a copy of this authorization. [45 C.F.R. § 164.508(c)(4) & Civ. Code § 56.11(i)]

7. Reasonable fees may be charged to cover the cost of copying and postage related to releasing this protected health information. [45 C.F.R. § 164.524(c)(4) et seq. & California Health and Safety Code § 123110, et seq.]

8. I understand that my substance use disorder records are protected under the federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R., Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be redisclosed without my written consent unless otherwise provided for by the regulations.

## IX. Patient Signature
[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c)(1)]

Name: (Print): *STANLEY WAYNE MUNDY*

Signature: _____  Date: 4/22/22

If no expiration date is specified in section IV, this authorization will expire 12 months from this date.

Name of person signing form, if not patient (Print): _____

Signature: _____  Date: _____

Describe authority to sign form on behalf of patient: _____

Name of translator/interpreter assisting patient, if applicable (Print): _____

Signature of translator/interpreter: _____  Date: _____

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
AUTHORIZATION FOR RELEASE OF INFORMATION
CDCR 7385 (REV. 09/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# AUTHORIZATION FOR RELEASE OF INFORMATION

Page 1 of 2

## YOUR INFORMATION

| Last Name: | First Name: | Middle Name: | Date of Birth: |
|---|---|---|---|
| *MUNDY* | *STANLEY* | *WAYNE* | *5-28-58* |

| Address: | City/State/Zip: | CDC/YA Number: |
|---|---|---|
| *P.O BOX 409060  C-14-148* | *IONE CA. 95640* | *BN2899* |

| Person/Organization Providing the Information | Person/Organization to Receive the Information |
|---|---|
| Name: *STANLEY MUNDY C-14-148*<br>Address: *P.O BOX 409060*<br>City/State/Zip: *IONE CA 95640*<br>Phone #: (_____) _____<br>Fax Number: (_____) _____ | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone #: (_____) _____<br>Fax Number: (_____) _____ |

[45 C.F.R. § 164.508(c)(1) (iii) & Civ. Code § 56.11(e), (f)]

## Description of the Information to be Released
### (Provide a detailed description of the specific information to be released)
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code §§ 56.11(d) & (g)]

☒ Medical      ☒ Mental Health      ☐ Genetic Testing

☐ Dental      ☐ Substance Abuse/Alcohol      ☐ Communicable Disease

☐ HIV      ☐ Psychotherapy Notes      ☒ Other (Please Specify)

*ADA, 602 GRIEVANCES C-FILE REVIEW C.DCR 1824 COMMITTEE DENIALS*

For the following period of time: From *JUNE 2017* _____ (date) to *6-10-2022* _____ (date)

## Description of Each Purpose for the Use or Release of the Information
### (Indicate how the information will be used)
[45 C.F.R. § 164.508(c)(1)(iv)]

☒ Health Care      ☐ Personal Use      ☒ Legal

☐ Other (please specify) *OLSEN REVIEW OF ADA/MEDICAL/DIETARY NEEDS*

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION** | **Form:** Page 1 of 2
CDCR 7385 (Rev. 10/19) | **Instructions:** Pages 3 & 4

| <u>All sections</u> must be completed for the authorization to be honored. Use "N/A" if not applicable. |
|---|

## I. Patient Information

Last Name: *MUNDY*  First Name: *STANLEY*  Middle Name: *WAYNE*

CDCR#: *BN2899*  Date of Birth: *06/28/1958*

Street Address: *MCSP PO BOX*  City/State/Zip: *95640*

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: _____

Address: _____  City/State/Zip: _____

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the health information pursuant to this authorization.*

Name: _____

Relationship to Patient: _____  Phone: _____  Fax: _____

Address: _____  City/State/Zip: _____

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the patient, this authorization for the release of health care information to the above-named individual/organization will expire on the date specified below, event identified, or 12 months from the date signed in Section IX, whichever occurs first:

Date of Expiration: *9-1-24*  Event: *COURT CASE*

From (mm/dd/yyyy): *03-01-2022*  To (mm/dd/yyyy): *9-1-23*

## V. Health Care Records to be Released - General
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

I authorize records for the following period of time to be released (must be completed to receive records):

From (mm/dd/yyyy): *03/01/2022*  To (mm/dd/yyyy): *09/01/23*

☒ Medical Services ☐ Dental Services ☐ Other: _____

NOTE: Health records released as part of this authorization may contain references related to mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV medical conditions.

## VI. Health Records to be Released - Specify
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

| | | | | |
|---|---|---|---|---|
| ☒ Communicable Disease Records | from *3/1/22* to *9/1/23* | Signature: *SWM* | Date: *9/1/23* |
| ☒ Genetic Testing Records | from *"* to *"* | Signature: *SWM* | Date: *9/1/23* |
| ☒ HIV Test Results | from *"* to *"* | Signature: *SWM* | Date: *9/1/23* |
| ☒ Medication Assisted Treatment Records | from *"* to *"* | Signature: *SWM* | Date: *9/1/23* |
| ☒ Mental Health Treatment Records | from *"* to *"* | Signature: *SWM* | Date: *9/1/23* |
| ☒ Substance Use Disorder Records | from *"* to *"* | Signature: *SWM* | Date: *9/1/23* |

NOTE: Health records released as part of this authorization may contain references related to dental, medical, mental health, substance use disorder, medication assisted treatment, genetic testing, communicable disease, and HIV conditions.

**Requests for psychotherapy notes require a separate CDCR 7385 and may not be combined with any other request for health records.**

☐ Psychotherapy Notes

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

RECEIVED SEP 06 2023

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

AUTHORIZATION FOR RELEASE OF INFORMATION

CDCR 7385 (REV. 09/09)

*1.11*

Page 2 of 2

---

**Will the health care provider receive money for the release of this information?**
[45 C.F.R. § 164.524 (c) (4) (i), (ii)]

Reasonable fees may be charged to cover the cost of copying and postage.

---

This authorization for release of the above information to the above-named persons/organizations will expire on: _JUNE 2024_ (date). [45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

I understand:

- I authorize the use or disclosure of my individually identifiable health information as described above for the purpose listed. I understand that this authorization is voluntary. [45 C.F.R. § 164.508(c)(2)(i)]

- I have the right to revoke this authorization by sending a signed notice stopping this authorization to the health Records department at my current institution. The authorization will stop further release of my health information on the date my valid revocation request is received in the Health Records department. [45 C.F.R. § 164.508(c)(2)(i) & Civ. Code § 56.11(h)]

- I am signing this authorization voluntarily and that my treatment will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii)]

- Under California law, the recipient of the protected health information under the authorization is prohibited from re-disclosing the information, except with a written authorization or as specifically required or permitted by law. If the organization or person I have authorized to receive the information is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations. [45 C.F.R. 164.508(c)(2)(ii)]

- I understand I have the right to receive a copy of this authorization. [Civ. Code § 164.508 (c)(4) and Civ. Code § 56.11(i)]

| Signature: | CDC/YA Number: | Date: |
|---|---|---|
| | BN2899 | 6-10-2022 |

[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c)(1)]

| Representative: | Relationship: | Date: |
|---|---|---|
| | | |

[45 C.F.R. § 164.508(g)(1) & Civ. Code § 56.11(c)(2)]



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:**  MAR 2 5 2022

**To:**  MUNDY, STANLEY (BN2899)
D 005 1108001LW
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking #:**  PVSP HC 22000032

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:  Health Records ( Release of Health Information ) | To receive medical records |

## INTERVIEW
On February 25, 2022, you were interviewed by T. Jacobo, Health Record Technician I, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.   [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you submitted a CDCR 7385 Authorization for Release of Protected Health Information to the Medical Records department at Pleasant Valley State Prison (PVSP) December 28, 2021. The request was for medical records from an outside facility, Sacramento County Main Jail and not PVSP which is the reason you did not receive requested documentation. During the interview you were educated on the process to request outside records.

The guidelines for requesting review/copies of a patient's health record are outlined in the Health Care Department Operations Manual, Section 2.3.4, Release of Information.

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

*1,13*

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

*Oscar Galloway, CSE*

O. GALLOWAY
Chief Support Executive
Pleasant Valley State Prison

*3/25/22*

Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

| STAFF USE ONLY | OGT Log No: _____ Date Received: _____ |
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: *STANLEY MUNDY*     CDCR #: *BN2899*

Institution/Parole Region: *MULE CREEK State Prison* Current Housing/Parole Unit: *C11-127*

**STAFF USE ONLY**

---

Use this form to file a complaint with the Department.

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

*Denial of Legal Mail / Access to the Courts / Safety of Inmate. I Stan Mundy respectfully ask MCSP Litigation / Mail Room and MCSP Warden or His Representative to Respond to and provide me immediately:*

*The Medical Records Required by Law: (Exhibit 1)*

*1) To Have Access to the Courts file meaning full legal work involving Case 2:22-CV-00059 in the Eastern Dist. of California; Denial of the records is unlawful under U.S Constitution see Smith V Bounds 430 U.S 817/Ed. 841, 77*

*2) Any Delay prejudice me in pursuing my Constitutional Rights to my basic needs, Health, and Safety*

*3) I request immediate release of the legal medical records and a meeting with the Captain of C Yard and/or the Warden Representative. I thank you respectfully for your prompt, immediate attention and Help with this matter.*

*The records are from the Sacramento Sheriff Main Jail / ACH Medical Records Officer.*

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## NOTIFICATION OF DISAPPROVAL FOR MAIL/PACKAGES/PUBLICATIONS

CDCR 1819 (Rev. 07/18)

Page 1 of 1

| INMATE'S NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY, STANLEY | BN2899 | C11-127 |

### A) MAIL / PACKAGES SECTION  (Complete for mail or package cases only)

| ✓ INCOMING MAIL/PACKAGE | ☐ OUTGOING MAIL/PACKAGE |
|---|---|

LIST ITEM(S) WHICH MEET DISAPPROVAL CRITERIA

CD(S) RECEIVED - NOT ALLOWED

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

PER FEB 2022 DOM INMATE MAIL SUPPLEMENT - PAGE 4 # 11

# RTS ON 9/6/23

### B) PUBLICATIONS SECTION  (Complete for publication cases only)

| TITLE OF PUBLICATION (include issue/date) | PUBLISHER | PAGE(S) WHICH MEET DISAPPROVAL CRITERIA |
|---|---|---|

DESCRIPTION OF MATERIAL THAT MEETS DISAPPROVAL CRITERIA, INCLUDE CCR, TITLE 15 SECTION

### INITIAL REVIEW  (Must be completed in all cases)

| PRINTED NAME OF STAFF | SIGNATURE OF STAFF | DATE SIGNED | DATE FORWARDED TO CAPTAIN |
|---|---|---|---|
| K. GIBBS | W | 9/6/23 | 9/6/23 |

### CAPTAIN REVIEW  ALLOW ☐   DISALLOW ✓   FORWARD FOR WARDEN/DESIGNEE REVIEW ✓

| PRINTED NAME OF CAPTAIN | SIGNATURE OF CAPTAIN | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|
| AW STACY | PBSC | 9/8/23 | SEP 1 2 2023 |

### FINAL DECISION   ALLOW ☐   DISALLOW ☐   (Must be completed in all cases)

| PRINTED NAME OF WARDEN/DESIGNEE | SIGNATURE OF WARDEN/DESIGNEE | DATE SIGNED | DATE FORWARDED TO INMATE |
|---|---|---|---|

| ALLOW/DISPOSITION | SENDER/DESIGNEE INFORMATION | | |
|---|---|---|---|
| ☐ RETURNED TO INMATE _____ (Date) | FIRST NAME  ACH MED RECORDS | MI | LAST NAME |
| **DISALLOW/INMATE'S REQUEST** | ADDRESS (NUMBER AND STREET) | | |
| ☐ HOLD PENDING INMATE APPEAL | 711 G ST SUITE 451 | | |
| ☐ RETURN TO SENDER/DESIGNEE _____ (At inmate's Expense)          (Date) | ADDRESS (CONTINUED) | | |
| ☐ DESTROY/ DATE DESTROYED _____ | CITY  SAC | STATE  CA | ZIP CODE  95814 |

*INMATE HAS THIRTY (30) CALENDAR DAYS, AFTER NOTIFICATION IS FORWARDED TO MAKE A REQUEST, OTHERWISE MATERIAL WILL BE DESTROYED. **ALL APPEALS REGARDING MAIL/PACKAGES SHALL BE REFERRED TO THE WARDEN'S DESIGNATED STAFF. ***ALL APPEALS REGARDING PUBLICATIONS SHALL BE REFERRED TO THE CAPTAIN.

| PRINTED NAME OF INMATE | SIGNATURE OF INMATE | DATE SIGNED |
|---|---|---|

DISTRIBUTION:

A)

1. Mailroom/R&R staff completes **White** (original) upon initial review then forwards to Captain for decision.
2. Captain completes **White** (original) then forwards to Warden/Designee if decision cannot be made - **Green** copy to inmate.
3. Captain/Warden/Designee provides final decision to Allow/Disallow - **Goldenrod/Pink/Canary** copies to inmate.
4. Inmate provides response, retains **Canary**, and returns **Goldenrod/Pink** copies to Mailroom/R&R.
5. Mailroom retains **Goldenrod** copy with **White** (original) and forwards **Pink** copy to Sender/Designee.

DISTRIBUTION:

B)

1. Mailroom/R&R staff completes **White** (original) upon initial review then forwards to Captain for decision.
2. Captain completes **White** (original) then forwards to Warden/Designee if decision cannot be made - **Green** copy to inmate.
3. **Headquarters renders final decision within 30 days.**
4. Captain forwards Headquarter's decision to Allow/Disallow to inmate on **Goldenrod/Pink/Canary** copies.
5. Inmate provides response, retains **Canary**, and returns **Goldenrod/Pink** copies to Mailroom/R&R.
6. Mailroom retains **Goldenrod** copy with **White** (original) and forwards **Pink** copy to Sender/Designee.

EXHIBIT  2.1-5  .

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

3.1.12        Outpatient Dietary Intervention

(a) Policy

California Department of Corrections and Rehabilitation (CDCR) provides patients with meals based on a CDCR Standardized Master Menu consistent with a CDCR Heart Healthy Diet. The CDCR Heart Healthy Diet eliminates the need for most therapeutic diets with appropriate patient diet instruction. California Correctional Health Care Services (CCHCS) shall provide diet instruction, outpatient therapeutic diets, texture modified diets, nourishments, and supplements as clinically indicated. It is the responsibility of each patient to monitor their diet in order to maintain optimum health.

(b) Purpose

(1) Ensure that patients with identified nutritional needs are provided diet instruction.

(2) Ensure that patients have clinically accurate information regarding appropriate nutritional choices.

(3) Ensure that patients receive medically necessary outpatient therapeutic diets, texture modified diets, nourishments, or supplements.

(c) Responsibility

(1) Statewide

The CCHCS Nutrition Subcommittee is responsible for:

(A) Annual review of this procedure.

(B) Recommending diet education handouts to the Clinical Operations Team and the Joint Clinical Executive Team for their approval.

(C) Overseeing the distribution of diet education handouts to all institutions.

(2) Regional

Regional Health Care Executives are responsible for the implementation of this procedure at the subset of institutions within their assigned region.

(3) Institutional

(A) The Chief Executive Officer (CEO), or designee, has overall responsibility for implementation and ongoing oversight of a system to provide outpatient therapeutic diets, texture modified diets, nourishments, or supplements to patients.

(B) The institution-based Registered Dietitian is responsible for:

1. Providing patients with dietary consultation or education as ordered by a Primary Care Provider (PCP) or dentist, including recommending therapeutic diets, texture modified diets, nourishments, and supplements.

2. Ensuring that standardized CDCR patient diet education handouts are available for use during diet instruction and patient care.

3. Ensuring that therapeutic diets and texture modified diets are prepared pursuant to this procedure.

4. Coordinating the distribution of therapeutic diets and texture modified diets to outpatients.

(C) An institution without a Registered Dietitian shall designate how and by whom the responsibilities of the Registered Dietitian shall be performed in a local operating procedure (LOP).

(D) The PCP or dentist is responsible for ordering medically necessary therapeutic diets, texture modified diets, nourishments, and supplements following CCHCS guidelines outlined in this procedure.

(d) Procedure

(1) Dietary Consultation/Instruction

(A) The PCP or dentist shall refer patients for dietary consultation by entering an order for "Consult to Registered Dietitian" in the health record. The order shall indicate the medical or dental condition requiring dietary consultation and any special medical and/or dietary considerations.

(B) Conditions for which dietary consultation may be considered include, but are not limited to:

1. Pregnancy

2. Disorders of mastication or dysphagia

3. Unintentional weight loss of greater than ten percent of body weight during the prior six months

4. Body Mass Index (BMI) less than 18

5. Diabetes

6. Hepatic disease

7. Kidney disease

8. Celiac disease

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

2.12

    9.  Patients receiving Liquid Nutritional Supplements (LNS)

    10.  Food allergies or intolerances

    11.  Obesity BMI ≥ 30

    12.  Patients with other medical or dental conditions that the treating clinician determines, based on evidence, will benefit from the consultation.

  (C) The Registered Dietitian, or designee, shall document dietary consultation and recommendations in the health record.

  (D) Standardized CDCR patient dietary education handouts shall be available to all institutions for use during dietary instruction.

  (E) Patients receiving dietary instruction shall not be housed in a Correctional Treatment Center (CTC), Skilled Nursing Facility (SNF), Hospice, or any other licensed bed or Outpatient Housing Unit (OHU) solely to receive this service.

(2) **Food Allergies and Intolerances**

  (A) The PCP, or designee, shall evaluate patients who request a special diet due to claimed food intolerance or allergy in order to verify the presence of a food allergy or intolerance via objective clinical means. If the PCP determines the patient has a severe food allergy based on objective and verifiable information, the PCP shall determine whether the allergy can be appropriately managed by educating the patient to avoid the identified food or if other intervention, such as a nutrition supplement, is warranted. In extreme cases where the patient does not tolerate the supplement, the patient may require meals to be provided as a medical diet. An example of an extreme case may include patients with all of the following:

    1.  Multiple food-allergy related hospitalizations.

    2.  Abnormal food allergy lab profile.

    3.  Verified food-specific allergen signs and symptoms including, but not limited to, anaphylaxis, eosinophilic esophagitis, hives, and enterocolitis.

  (B) In addition to food allergy lab profile testing, subsequent testing, such as skin-testing, may be requested by the PCP to support abnormal laboratory values, unless an allergist states that substantiated, documented risk of anaphylaxis is so severe that skin-testing/additional testing would be life-threatening based on medically proven evidence of anaphylaxis with hospitalization.

  (C) If a patient is allergic or intolerant to readily identified food (e.g., lactose intolerance, peanuts, or fish), they shall be educated to avoid the offending food, but no food substitution shall be given.

(3) **Nourishments and Supplements**

  (A) Indications:

    1.  The patient shall meet one or more of the following criteria to qualify for nourishments or supplements, except in special situations that shall be approved by the institution Chief Medical Executive (CME) or Supervising Dentist (SD).

       a.  Pregnancy and lactation.

       b.  Patients with type one diabetes mellitus and recurrent documented hypoglycemia.

       c.  Patients with impaired mastication and/or dysphagia, including that caused by:

          1)  Dental or oropharyngeal conditions.

          2)  Cerebrovascular or other significant neurological condition.

          3)  Esophageal obstruction or dysfunction.

       d.  Moderate to severe protein/calorie malnutrition due to metabolic deficiency or metabolic response to injury/illness evidenced by:

          1)  Significant weight loss of ten percent or more over the prior six months.

          2)  BMI less than 18.

       e.  Decompensated end stage liver disease with:

          1)  Ascites requiring paracentesis; or

          2)  Encephalopathy requiring hospitalization.

       f.  Bariatric Surgery.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

2-3

(B) Orders and Renewals:
 1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.
 2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.
(C) Implementation:
 1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.
 2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.
 3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.
(4) **Outpatient Therapeutic Diets and Texture Modified Diets**
 (A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.
 (B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.
 (C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.
 (D) Refusal of Therapeutic Diets
  1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.
  2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).
 (E) Housing for Patients Requiring an Outpatient Therapeutic Diet
  1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.
  2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.
  3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.
  4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.
 (F) Meals and Meal Service
  1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu
   a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.
   b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

Health Care Department Operations Manual

2.4

    c. The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.

    d. Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.

    e. Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.

    f. The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2. Kitchen Prepared Therapeutic Diet Meals

    a. Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.

    b. The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3. Delivery

    a. Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.

    b. Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.

    c. Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4. The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP

Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:

1. Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.

2. Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.

3. Procedures for referring patients for diet instruction and dietitian consultation.

4. Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.

5. Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.

6. Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.

7. A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.

8. Development and implementation of a local training plan.

9. A process for approval and local sign-off of the LOP.

## Appendices

- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

2.5

## PVSP ᵥ Pleasant Valley State Prison

Patient: **MUNDY, STANLEY**

DOB/Age/Birth Gender: 5/28/1958 / 63 years / Male          CDCR: BN2899

## *Progress Notes*

Visual Assessment: Stores replete
Edema: WNL
Blood pressure: 138/69
Thyroid: WNL

### Estimated Nutrition Needs
Calories: 1,938 kcal (MSJ * 1.3)
Protein: 85-106 g (1.2 - 1.5  g/kg)
Fluids: ( 1 ml/kcal )
Based on: (IBW )

### Nutrition Diagnosis (PES)
**Clinical**
Problem: Altered GI function related to
Etiology: Diverticulosis as evidenced by
Symptoms: states GI-bleeding.

### Clinical - Environmental
Problem: Poor nutrition quality of life related to
Etiology: minimal Finance / Soy Allergy as evidenced by
Symptoms: States 66% Meal intake average.

### RD Recommendations/Intervention
1. Regular Heart Healthy Diet.
2. Multi-Vitamin w/ Mineral provision.
3. Healthy Eating/Dietary Fiber Education.
4. Monthly Wt.
### Monitoring and Evaluation

Goals:
1. CBW maintained.
2. Food intolerance avoidance.
3. Stated GI-Wound healing.

Coordination of Care:
Monitoring Anthropometrics, Diet tolerance, & Goal adherence.

### Weight Trend
Weight Measured: 90.2 kg (08/19/21 08:54:00)
Weight Measured: 91 kg (07/22/21 11:53:00)
Weight Measured: 91.8 kg (06/23/21 10:16:00)
Weight Measured: 94.1 kg (05/19/21 08:27:00)
Weight Measured: 94.9 kg (04/16/21 09:11:00)
Weight Measured: 90.7 kg (03/30/21 13:46:00)

### Current Diet Order
GP

### PO Intake
States 66% Meal average

### Medications
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))  1 tab Oral BID-KOP KOP
docusate  100 mg 1 cap Oral BID-KOP KOP PRN: constipation
lisinopril  20 mg 1 tab Oral qAM-KOP KOP
**1-polycarbophil** 625 mg Tab (Fiber Lax)  1,250 mg 2 tab Oral BID-KOP KOP PRN: constipation

### Allergies
Soy

### Lab Results
CMP Impression: WNL (8/10/21)

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Electronically Signed on 09/01/2021 10: 46 AM PDT

French,  Mason RDN,  RDN

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT 3.1.15.

NK    North Kern State Prison

Patient:                **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /  Male          CDCR: BN2899

## *Assessment Forms*

**Subjective**
Arrival to Clinic : 4/5/2021 13:08 PDT
Mode of Arrival : Ambulatory
Appointment Type : Initial

Estrella, Teresa RN - 4/5/2021 13:08 PDT
Estrella, Teresa RN - 4/5/2021 13:08 PDT

7362 Symptom Grid

| Chief Complaint : | " I suffered a brain injury i tendency forgot something sometimes" I am allergy to certain food like soy and white carbohydrates"I also getting rashes since i got here" |
|---|---|
| Situation of Onset : | " I have this medical issue since October of 2013"" i would like to see the doctor I need help" |
| Comment | (Comment: informed availability of cream from the canteen. [Estrella, Teresa RN - 4/5/2021 14:32 PDT] ) |
| | Estrella, Teresa RN - 4/5/2021 14:32 PDT |

7362 Order Details Template : 7362 Orders
7362 RN Initial Visit (Symptomatic) - Ordered
 -- 04/05/21 11:30:00 PDT, 1 business day, 170.71.227.40.20210405021634500833288069O#1.00, 04/05/21 23:59:00 PDT, borderline diabetic, brain nijuries &concussion in the past, he states he has food allergies and needs a different diet so he don't pass out....

Estrella, Teresa RN - 4/5/2021 13:08 PDT

**Vitals/Ht/Wt**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 52905875                          Print Date/Time: 3/15/2022 11:15 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

3, 2

**NKSP - North Kern State Prison**
2737 West Cecil Ave
P.O. Box 567
Delano, CA 93216-

**Patient:**     **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958   63 years    Male
Gender Identity:     Male
Encounter Date:     3/30/2021
Attending:     Alphonso,Afron P&S

CDCR #:   BN2899
PID #:   11491363
Referring: Alphonso,Afron P&S

---

## Allergies

| Substance | Reaction Status | Severity |
|---|---|---|
| codeine | Active | Unknown |
| Soy Products | Active | Unknown |

---

## Allergy List

**Substance: codeine**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 13:48 PDT | Ligsay,Rochelle RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Symptom:** Rash (Active); **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff, Julia RN; |
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/30/2021 11:13 PDT; **Reviewed By:** Dator,Rosemarie RN; |

**Substance: Soy Products**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff,Julia RN; |

---

## Problems

Problem Name: **Adjustment disorders,With mixed anxiety and depressed mood** (Qualifier: )
**Life Cycle Status:** Active
**Recorder:** Herrera,Janet Social Worker     **Responsible Provider:** Polder,Michael Social Worker
**Last Updated:** 6/14/2021 12:37 PDT; Polder,Michael Social    **Last Reviewed:** 2/23/2022 08:30 PST; Sinclair,Joy RN
Worker
**Classification:** Mental Health; **Confirmation:** Provisional; **Code:** F43.23 (DSM5); **Course:** ; **Onset Date:** ; **Status Date:** 5/10/2021; **Prognosis:** ; **Persistence:**

**C:** 6/14/2021 12:37 PDT; Polder, Michael Social Worker; 309.28 Adjustment disorders, With mixed anxiety and depressed mood

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   52905875        Print Date/Time:   3/15/2022 11:15 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)
Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |

| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |
| --- |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |

| NAME   MUNDY   Scott | CDCR NUMBER   BN2899 | HOUSING   C 14 - 216 |
| --- | --- | --- |

| PATIENT SIGNATURE | DATE   4-12-2022 |
| --- | --- |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I HAVE A SOY ALERGY "WHICH CAUSES DIARRIA ·NASEA· VOMITING BLEEDING IN MY COLON. + I ALSO AM PRESCRIBED A HEART HEALTHY DIET FOLLOWING AN INFECTION THAT COLAPED ON ARTERY AND REQUIRED 3 STENTS TO BE PUT IN.  I CAN NOT EAT THE meals "LIKE LUNCH THAT ARE GIVEN TO ME HERE ALSO I AM SUPPOSED TO HAVE A LOWER BUNK LOWER TIER CHRONO, BECAUSE PASSING OUT & HEART. THANK YOU_

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PVSP - Pleasant Valley State Prison**

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:       5/28/1958  /  63 years  /  Male        CDCR: BN2899

| *Ambulatory Intake Forms* |
|---|

Is this screening being performed immediately prior to transportation :  No

Rojas, Franco RN - 6/1/2021 10:01 PDT

**Allergies**
Do You Have any Allergies? :  Yes

Rojas, Franco RN - 6/1/2021 10:01 PDT
(As Of: 6/1/2021 10:04:37 PDT)

Allergies (Active)
codeine                     Estimated Onset Date:  Unspecified ; Reactions:  Rash ;
                            Created By:  Ligsay, Rochelle RN; Reaction Status:  Active ;
                            Category:  Drug ; Substance:  codeine ; Type:  Allergy ;
                            Severity:  Unknown ; Updated By:  Ligsay, Rochelle RN;
                            Reviewed Date:  4/5/2021 14:35 PDT
Soy Products                Estimated Onset Date:  Unspecified ; Created By:  Dator,
                            Rosemarie RN; Reaction Status:  Active ; Category:  Drug ;
                            Substance:  Soy Products ; Type:  Allergy ; Severity:
                            Unknown ; Updated By:  Dator, Rosemarie RN; Reviewed Date:
                            4/5/2021 14:35 PDT

**Medication History - Male**
Are You Taking any Medications? :  Yes
Did Medications arrive with Patient? :  Yes
NSG SUDT Medications :  None

Rojas, Franco RN - 6/1/2021 10:01 PDT

Medication List

(As Of: 6/1/2021 10:04:37 PDT)

Normal Order
+1-bisacodyl 5 mg Tab-DR    :  +1-bisacodyl 5 mg Tab-DR ; Status:  Ordered ; Ordered As
                            Mnemonic:  Dulcolax Laxative ; Simple Display Line:  20 mg,
                            Oral, q12hr ; Ordering Provider:  Alphonso, Afron P&S; Catalog
                            Code:  bisacodyl ; Order Dt/Tm:  6/1/2021 08:45:03 PDT ;
                            Comment:  Take as instructed. 20 mg = 4 tab x 5 mg
                            take first dose at 8PM day one - 7/18/2021, and take 2nd dose
                            at 8AM day two - 7/19/2021
                            I/P is scheduled for Colonoscopy 7/20/2021

+1-bisacodyl 5 mg Tab-DR    :  +1-bisacodyl 5 mg Tab-DR ; Status:  Discontinued ; Ordered
                            As Mnemonic:  Dulcolax Laxative ; Simple Display Line:  20
                            mg, Oral, q12hr ; Ordering Provider:  Alphonso, Afron P&S;
                            Catalog Code:  bisacodyl ; Order Dt/Tm:  5/24/2021 11:44:19
                            PDT ; Comment:  Take as instructed.
                            take first dose @ 8PM day one - 7/18 /2021   , and take 2nd
                            dose @ 8AM day two - 7/19/2021
                            I/P is scheduled for Colonoscopy 7/20/2021

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  52904217                                Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958   /   63 years    /   Male         CDCR: BN2899

## Admit/Transfer/Discharge Information

### Visit Information

| | | | | | |
|---|---|---|---|---|---|
| Recorded Date | 12/1/2021 | 11/22/2021 | | | |
| Recorded Time | 06:31 PST | 08:54 PST | | | |
| Recorded By | Logan,Monica RN | Casillas,Maria MA | | | |
| Procedure | | | Units | Reference Range | |
| Last Tetanus | Unknown | - | | | |
| Patient Disposition | Return to housing | - | | | |

Textual Results
T15:    11/22/2021 08:54 PST (Chief Complaint)
      Reason for Visit : OTM PODIATRY: SEE NOTES

| | | | | | |
|---|---|---|---|---|---|
| Recorded Date | 11/7/2021 | 10/25/2021 | | | |
| Recorded Time | 18:06 PST | 09:23 PDT | | | |
| Recorded By | Gomez Pimentel,Karla P&S | Scheesley,Sara RN | | | |
| Procedure | | | Units | Reference Range | |
| Chief Complaint | See Below T16 c4 | - | | | |
| Last Tetanus | - | Less than 5 years | | | |
| Pregnancy Status | - | N/A | | | |

Textual Results
T16:    11/7/2021 18:06 PST (Chief Complaint)
      Reason for Visit : CCP + OTM gen. surgery

Corrected Results
c4:     Chief Complaint
      Date and time corrected from 11/5/2021 09:10 PDT on 11/7/2021 18:06 PST by Gomez Pimentel, Karla P&S
      Corrected from Reason for Visit : cont to have rectal bleeding and leg cramps, needs a diet change, GI WITH
      RECOMMENDATIONS      cont to have rectal bleeding and leg cramps, needs a diet change on 11/7/2021 18:06 PST
      by Gomez Pimentel, Karla P&S

| | | | | | |
|---|---|---|---|---|---|
| Recorded Date | 10/8/2021 | 9/20/2021 | | | |
| Recorded Time | 16:53 PDT | 11:11 PDT | | | |
| Recorded By | Gomez Pimentel,Karla P&S | Garibay,Andreina Med Asst | | | |
| Procedure | | | Units | Reference Range | |
| Chief Complaint | OTM PT+ fatigue c5 | : CCP | | | |

Corrected Results
c5:     Chief Complaint
      Date and time corrected from 10/8/2021 16:53 PDT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
      Corrected from OTM PT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
      Date and time corrected from 9/20/2021 14:37 PDT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
      Corrected from CCP on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
      Date and time corrected from 9/20/2021 11:20 PDT on 9/20/2021 14:37 PDT by Gomez Pimentel, Karla P&S

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:  5/28/1958  /  63 years  /  Male  CDCR: BN2899

| ***Trauma*** |
|:---:|

## Chief Complaint

Textual Results
T16:  11/7/2021 18:06 PST (Chief Complaint)
Reason for Visit : CCP + OTM gen. surgery

Corrected Results
c4:  Chief Complaint
Date and time corrected from 11/5/2021 09:10 PDT on 11/7/2021 18:06 PST by Gomez Pimentel, Karla P&S
Corrected from Reason for Visit : cont to have rectal bleeding and leg cramps, needs a diet change, GI WITH
RECOMMENDATIONS  cont to have rectal bleeding and leg cramps, needs a diet change on 11/7/2021 18:06 PST
by Gomez Pimentel, Karla P&S
c5:  Chief Complaint
Date and time corrected from OTM PT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
Corrected from OTM PT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
Date and time corrected from 9/20/2021 14:37 PDT on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
Corrected from CCP on 10/8/2021 16:53 PDT by Gomez Pimentel, Karla P&S
Date and time corrected from 9/20/2021 11:20 PDT on 9/20/2021 14:37 PDT by Gomez Pimentel, Karla P&S
Corrected from Having rectal bleeding, 3 polyps and blood vessal that need to be catherized. on 9/20/2021 14:37
PDT by Gomez Pimentel, Karla P&S
Correction performed on 9/20/2021 13:41 PDT by Long, Sokha RN

Result Comments
f7:  Chief Complaint
down from 17.3 on admission/ Blood negative / afebrile. CT scan lower extremity showed subcutaneous
edema indicative of cellulitis / negative for abscess. Current wound care cleanse NS, apply silver alginate
covered w half a stack of 4X4 gauze and secured w/ kerlix and tape daily PRN. Anticipate possible
discharge today. Need to see if he can be changed to oral abx will discuss at hospital call @ 1030 today.
Records attached.

| Recorded Date | 9/20/2021 | 8/19/2021 | 7/8/2021 |
|---|---|---|---|
| Recorded Time | 11:11 PDT | 17:06 PDT | 08:51 PDT |
| Recorded By | Garibay,Andreina Med Asst | Gomez Pimentel,Karla P&S | Casillas,Maria MA |
| Procedure | | | |
| Chief Complaint | : CCP | See Below T17 c6 | See Below T18 |

Textual Results
T17:  8/19/2021 17:06 PDT (Chief Complaint)
OTMR- S/P Colonoscopy. f/u w/ PCP in 5-7days.
T18:  7/8/2021 08:51 PDT (Chief Complaint)
Reason for Visit : chronic leg pain, discuss x-ray result, rash that come and goes.  chronic leg pain, discuss x-ray
result, rash that come and goes.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217  Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |

| NAME | CDCR NUMBER | HOUSING |
| --- | --- | --- |
| Mundy | BA12899 | C-14·14© |

| PATIENT SIGNATURE | DATE |
| --- | --- |
| SMc | 4/21/22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have
had the problem) _I NEED TO SEE THE DIETITIAN IMMEDIATELY TO ADDRESS THE SEVERE_
_REACTIONS TO MY SOY ALLERGEY, THIS IS POSSING AN ONGOING IMMEDIATE DANGER TO_
_MY HEALTH AND CAUSING SUFFERING. I CAN'T SLEEP FROM SEVERE ABDOMINAL, ESOPHANASE_
_PAIN, LEG PAIN IN MY RT. SHIN AND KNEE AND MUSCLE CRAMPING IN MY LEGS, MY_
_COLON BLEEDING CONTINUES, AND IS A DANGER TO ME AND OTHERS. WHY HAS THIS BEEN IGNORED_

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM
ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

3.8

n/a

| Patient: | **MUNDY, STANLEY** | | | |
|---|---|---|---|---|
| DOB/Age/Birth Gender: | 5/28/1958  /  65 years  /  Male | | CDCR: BN2899; BN2899; BN2899 | |

| *Progress Notes* |
|---|

**Addendum by Hernandez, Sabreana RN on February 28, 2023 10:21 PST**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Temp Tympanic | 37 DegC  (FEB 28 09:55) |
| Heart Rate Peripheral | 61 bpm  (FEB 28 09:55) |
| Resp Rate | 16 br/min  (FEB 28 09:55) |
| SBP | H 145mmHg  (FEB 28 09:55) |
| DBP | 81 mmHg  (FEB 28 09:55) |
| SpO2 | 100 %  (FEB 28 09:55) |
| Height | 176 cm  (FEB 28 09:55) |
| BMI | 0  (FEB 28 09:55) |

```
Electronically Signed on 02/28/2023 10:21 AM PST

_____

Hernandez, Sabreana RN, RN




Modified by: Hernandez, Sabreana RN, RN on 02/28/2023 10:21 AM PST
```

IP seen for "hives" per IP. LVN to RN report
IP continues to reports chronic issue with soy products however has refused further testing. IP reports hives on exam has ezema like rash on left leg with scaring and appears old and reoccurs in same spot.
IP has no hives on body face or issues with airway.
Breathing even and unlbaored Denies NVD, denies CP SOB and cough. Speaking in full complete sentences no SS of distress
IP reports skin itchy and advise to return to cell and apply his hydrocrtisone cream
IP offered testing and again refused.
Next PCP appt due in April.
Educated IP on plan and SS to report
Verbalized in own words
PRN 7362
**Medications (12) Active**
Scheduled: (8)
**+1-aspirin EC 81 mg Tab-DR**  81 mg 1 tab, Oral, Daily-KOP
**+1-atorvastatin 80 mg Tab**  80 mg 1 tab, Oral, qPM-KOP
**+1-calcium carbonate-D3 500 mg-200 unit Tab**  1 tab, Oral, BID-KOP
**+1-isosorbide mononitrate ER 30 mg Tab-ER**  30 mg 1 tab, Oral, qAM-KOP
**+1-losartan 25 mg Tab**  25 mg 1 tab, Oral, Daily-KOP
**+1-metoprolol succinate ER 25 mg Tab-ER**  25 mg 1 tab, Oral, qPM-KOP
**+diclofenac 1% Gel 100 gm (Voltaren)**  2 gm 1 app, Topical, QID-KOP
**Therapeutic MVI w/Minerals Tab (Thera-M) (5492-61)**  1 tab, Oral, Daily@12-KOP
Continuous: (0)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   74545709                    Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

*URGENT*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME *Mundy* | CDCR NUMBER *BN2899* | HOUSING *C 11-127* |
|---|---|---|

| PATIENT SIGNATURE | DATE *11-6-2022* |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE 2 INFECTIONS FROM THE HIVES I GET FROM SOY ALLERGIES. I NEED SOME TYPE OF ANTIBIOTIC OINTMENT OR TREATMENT TO PREVENT THESE TWO INFECTIONS FROM GETTING WORSE. THANK YOU*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

n/a

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /  65 years     /  Male          CDCR: BN2899; BN2899; BN2899

---

## Progress Notes

| | |
|---|---|
| **SpO2** | 99 %  (MAR 16 10:50) |
| **Weight** | 87.9 kg  (MAR 16 10:50) |
| **Height** | 176 cm  (MAR 16 10:50) |
| **BMI** | 28.38  (MAR 16 10:50) |

**RECOMMENDATIONS:** *See Consultants Report* Cardiac diet, Soy free diet. F/u in 6 months.
*This progress note is an overview of the exam performed by the RN at the time of the specialty appointment. All pertinent pre-clinic findings were reported to the provider. The provider will record their own assessment independent from the RN. The RN assumes no responsibility for comprehensive documentation produced by the consulting provider*

Electronically Signed on 03/16/2023 11:34 AM PDT

---

Antwi, Helen RN, RN

---

Document Type:
Document Subject:                          Opto FU and med recomendation
Service Date/Time:                         3/14/2023 14:03 PDT
Result Status:                             Auth (Verified)
Perform Information:                       Hernandez,Sabreana RN (3/14/2023 14:08 PDT)
Sign Information:                          Hernandez,Sabreana RN (3/14/2023 14:08 PDT)
Authentication Information:                Hernandez,Sabreana RN (3/14/2023 14:08 PDT)

Progress Note-Nurse

IP reports to clinic and educated on optometry order placed per MD See order and message between cerner
**Medications (12) Active**
Scheduled: (8)
**+1-aspirin EC 81 mg Tab-DR** 81 mg 1 tab, Oral, Daily-KOP
**+1-atorvastatin 80 mg Tab** 80 mg 1 tab, Oral, qPM-KOP
**+1-calcium carbonate-D3 500 mg-200 unit Tab** 1 tab, Oral, BID-KOP
**+1-isosorbide mononitrate ER 30 mg Tab-ER** 30 mg 1 tab, Oral, qAM-KOP
**+1-losartan 25 mg Tab** 25 mg 1 tab, Oral, Daily-KOP
**+1-metoprolol succinate ER 25 mg Tab-ER** 25 mg 1 tab, Oral, qPM-KOP
**+diclofenac 1% Gel 100 gm (Voltaren)** 2 gm 1 app, Topical, QID-KOP
**Therapeutic MVI w/Minerals Tab (Thera-M) (5492-61)** 1 tab, Oral, Daily@12-KOP
Continuous: (0)
PRN: (4)
**+1-acetaminophen 325 mg Tab** 650 mg 2 tab, Oral, BID-KOP
**+1-docusate 100 mg Cap** 200 mg 2 cap, Oral, BID-KOP
**+1-polycarbophil 625 mg Tab** 1,250 mg 2 tab, Oral, BID-KOP15
**+nitroglycerin 0.4 mg Tab-SL (25 ct)** 0.4 mg 1 tab, SL, q5min-KOP

Electronically Signed on 03/14/2023 02:08 PM PDT

---

Hernandez, Sabreana RN, RN

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT | | | |
|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME *Murphy*

CDCR NUMBER *BN2899*

HOUSING *C-11-127*

PATIENT SIGNATURE

DATE *4/6/23*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I would like to have a catscan of my DT chin. I was recommended this procedure by ER specialists in February 2022 and sent to this prison to get this procedure. The dark spot and swelling have more than double in size even then the surgeon that did my knee surgery stated also recommended that this area be catscanned to make sure there is no tissue damage and now it has gotten ... I can't.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |
|---|

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *Tom Mundy* | 3/24/23 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

I HAVE BEEN SUFFERING FURTHER SOY ATTACKS SEVERE HEART PAIN. I JUST RECENTLY SAW THE CDCR/MSCP CARDIOLOGIST WHO AGAIN PRESCRIBED ME THE PREVIOUSLY ADMINISTERED AND PREVIOUSLY PRESCRIBED NON SOY DIET. "CARDIAC DASH" "CARDIAC HEART HEALTHY DIET." WHICH HAS BEEN FLATLY CLINICALLY REFUSED BY 3 PREVIOUS DOCTORS, THESE INSTITUTIONS STAFF TO PROVIDE THESE DIETS THAT YOU ARE MEDICALLY TO PROVIDE AND COST AT THIS POSITION

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**n/a**    3ıℬ

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  65 years    /   Male            CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

Nur-Additional Comments Problem History: IP stated he had 3 stents put in a few months ago but denies ever having a heart attack. IP stated he was told that his stents are occluding which is why he was transferred to this institution, to obtain a proper diet. (04/18/22 11:28:00)

**Prior to Arrival at TTA**
CPR: No
AED: No
Oxygen-amb: No
Bleeding Control Initiated: No
Immobilization Applied: No
Fr-Naloxone Administered by Custody: No

**Vital Signs**
**Last Recorded Vital Signs:**

| Event Name | Event Result | Date/Time |
|---|---|---|
| Finger Stick Blood Sugar POC | 91 mg/dL | 11:28 |
| Temperature Temporal Artery | 36.8 DegC | 12:34 |
| Temperature Tympanic | 36.3 DegC | 11:28 |
| Temperature Infrared IR | 36.5 DegC | 11:43 |
| Peripheral Pulse Rate | 52 bpm Low | 12:34 |
| Peripheral Pulse Rate | 55 bpm Low | 12:15 |
| Peripheral Pulse Rate | 56 bpm Low | 11:58 |
| Peripheral Pulse Rate | 55 bpm Low | 11:53 |
| Peripheral Pulse Rate | 53 bpm Low | 11:48 |
| Respiratory Rate | 18 br/min | 12:34 |
| Respiratory Rate | 16 br/min | 12:15 |
| Respiratory Rate | 16 br/min | 11:58 |
| Respiratory Rate | 16 br/min | 11:53 |
| Respiratory Rate | 16 br/min | 11:48 |
| Systolic Blood Pressure | 108 mmHg | 12:34 |
| Systolic Blood Pressure | 105 mmHg | 12:15 |
| Systolic Blood Pressure | 101 mmHg | 11:58 |
| Systolic Blood Pressure | 114 mmHg | 11:53 |
| Systolic Blood Pressure | 123 mmHg | 11:48 |
| Diastolic Blood Pressure | 68 mmHg | 12:34 |
| Diastolic Blood Pressure | 65 mmHg | 12:15 |
| Diastolic Blood Pressure | 67 mmHg | 11:58 |
| Diastolic Blood Pressure | 74 mmHg | 11:53 |
| Diastolic Blood Pressure | 77 mmHg | 11:48 |
| Mean Arterial Pressure, Cuff | 81.333333 mmHg | 12:34 |
| Mean Arterial Pressure, Cuff | 78.333333 mmHg | 12:15 |
| Mean Arterial Pressure, Cuff | 78.333333 mmHg | 11:58 |
| Mean Arterial Pressure, Cuff | 87.333333 mmHg | 11:53 |
| Mean Arterial Pressure, Cuff | 92.333333 mmHg | 11:48 |
| SpO2 | 99 % | 12:34 |

11:43:00
Mode of Arrival on Unit: Gurney
Fr-Time TTA notified: 11:28
FR- Alarm Activation: Yes
FR- Time of Alarm Activation: 11:28
FR- Alarm Activation Method: Radio
Fr-Time BLS staff on scene: 11:28
FR- Name of First Responder: J.Fernandez LVN
Fr-Time Clinical staff notified: 11:28
FR- HCFR Called By: Present, In clinic.
Fr-FR Notified TTA/Clinic Time: 11:28
FR who Notified TTA/Clinic: Radio
Fr-Nurse who Received the Call: Hinton, Tracey RN
Fr-Time Clinical staff arrived: 11:28
Fr-Time clinical staff departed: 11:35
Other Provider #1 Called: Snook, Brian P&S
Other Provider #1 Called Time: 04/18/22 11:45:00
Provider Notification Details: Chest pain since this morning
Supervisor Called: Davila, Robert SRN
Supervisor Called Time: 04/18/22 12:35:00
Watch Commander Called: Colon
Watch Commander Called Time: 04/18/22 11:46:00
EMS Called: Chase, Mary RN
EMS Called Time: 04/18/22 12:01:00
**EMS Times:**
EMS TTA arrival time: 04/18/22 12:29:00 (12:34)
EMS TTA departure time: 04/18/22 12:34:00 (12:34)

**Problem List/Past Medical History**
Ongoing
  Adjustment disorders, With mixed anxiety and depressed mood
  CAD (coronary atherosclerotic disease)
  Cellulitis of right leg
  Chronic foot pain
  HTN (hypertension)
  Internal hemorrhoids
  Neuropathy
  S/P coronary artery stent placement
Historical
  No qualifying data

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                    Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

3.14

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BN2896 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Stan Mondy | 4-4-2023 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I AM HAVE SEVERE REACTING STILL FROM MY SEVERE SOY ALLERGY, FILES WHICH DR HERNANDEZ DOES NOT WANT TO DOCUMENT FROM CROSS CONTAMINATION OF SOY FOODS ON TRAY. I HAVE REPEATEDLY ASKED FOR YOU TO GET MY RECORDS FROM COUNTY JAIL, YOU KNOW THAT THEY PROVIDED THIS DIET BASED ON MEDICAL NEED THAT 3 SPECIALIST HAVE EITHER RECOMMENDED OR PRESCRIBED THIS DIET. YOU KNOW THIS PRISON HAS THE FACILITIES

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM  AGAIN THIS HAS CAUSED ME MULTIPLE SEVERE REACTIONS, SWELLING -TO MY BODY CRAMPS HIVES BLOOM PLEASE.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME _Mundy_ | CDCR NUMBER _BNZ879_ | HOUSING _C·11·127_ |
|---|---|---|

| PATIENT SIGNATURE _SM_ | DATE _4·9·2023_ |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I NEED TO GET OINTMENT FOR THE HIVES I AM HAVING THEY ARE SCABING UP AND I AM WORRIED ABOUT INFECTION_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**EXHIBIT** $\underline{4, 1\text{-}8}$ .

4.1

# CORRECTIONAL EMPLOYEES ALL-PURPOSE WORK SHEET
## FOR
### CDC - 115, CDC - 128-A, CDC - 128-B, CDC - 128-B1 AND INCIDENT REPORT PART C

| | | |
|---|---|---|
| ☐ CDC - 115 REPORT LOG _____ | INMATES NAME | **MUNDY** |
| ☐ CDC - 128 - A COUNSELING CHRONO | INMATES NUMBER | BN-2899 |
| ☐ CDC - 128 - B INFORMATIVE CHRONO | INMATES HOUSING | C-14-148L |
| ☒ CDC - 128 - B1 CLASSIFICATION ORDER | INMATES RACE   W☒   M☐   B☐   O☐   I☐ | |
| ☐ SUPPLEMENTAL REPORT | WATCH : (SHIFT)   1st☐   2nd☒   3rd☐ | |

**THE ABOVE NAMED INMATE IS BEING CHARGED WITH THE FOLLOWING RULES VIOLATION (S)**

D. R. NUMBER. _____     SPECIFIC ACT _____

LOCATION _____

Inmate Mundy BN-2899 was assigned to Meat Cutting on 4/21/22, he reported to his job assignment and worked the full day. On 4/22/22 the next day, Inmate Mundy reported to work with his face swollen because of an allergic reaction. Inmate Mundy informed us that he is allergic to "Soy" products. The Meat plant produces and mixes soy into various products. Mundy said that his allergy to soy is documented in his file. Therefore, I am recommending that inmate Mundy be removed from the PIA work program due to allergy to soy that is produced on a regular basis at the Meat Plant.

Manuel Higuera
PERNR# 106775

M. HIGUERA     ~~h P Hz~~  5/24/22
REPORTING EMPLOYEE. PRINT INITIAL & NAME     REVIEWING SERGEANT. PRINT INITIAL & NAME

| PIA | SUPERINTENDENT II | 2RD | S/S | |
|---|---|---|---|---|
| POST # | POSITION | BADGE # | WATCH | RDO'S |

REMINDER : IF YOU HAVE NOT ANSWERED THE FOLLOWING : **WHO, WHAT, WHERE, HOW, AND WHY, YOUR REPORT IS NOT COMPLETE, IF YOUR REPORT IS NOT LEGIBLE OR DOSE NOT CONTAIN ALL INFORMATION REQUESTED ON THIS FORM, IT WILL BE RETURNED FOR RE-WRITE**

4.2



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# NOTICE OF CLASSIFICATION HEARING

| INMATE NAME:<br>MUNDY, STANLEY | CDC NUMBER:<br>BN2899 | DATE:<br>05/19/2022 | HOUSING:<br>C 014 1 - 148001L |
|---|---|---|---|

YOU WILL APPEAR BEFORE A UNIT CLASSIFICATION COMMITTEE ON (OR AFTER) 05/25/2022 FOR REVIEW AND CONSIDERATION OF THE FOLLOWING: Institution Cls. Committee (UCC) - Program; Other (See Committee Action Comments)

☐ Inmate Waives Right To Appear In Person
☐ Inmate Waives Right To 72 Hour Notification

INMATE SIGNATURE:

**Comments**

PROGRAM REVIEW: CAL PIA REPRESENTATIVE L. JACKSON has requested for 'S' to be removed due to medical reason. 'S' has also requested due to MEDICAL reason (allergy).

| | M. Mendoza | | |
|---|---|---|---|
| STAFF<br>SIGNATURE: | | CCI | Mule Creek State Prison |
| | | TITLE | INSTITUTION |

CDCR SOMS ICCT154 - Notice Of Classification Hearing

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| STAN MUNDY | BN2699 | C 3-118 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *(signature)* | 2   97? |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I WAS ASSIGNED TO MEAT CUTTING ON THE SECOND DAY I BECAME ILL THROWING UP BLOOD AFTER I WORKED IN THE SAUSAGE MIXING WHICH CONTAINS SOY, I AM ALLERGIC TO SOY I WAS INFORMED SOY IS MIXED IN ALL PRODUCTS AND IS AIR BORN, PLUS WORKING ON THE SLIPPER FLOOR IS WORSENING WHATEVER IS HURTING IN MY KNEE SO FOR 2 DAY I COULDN'T SLEEP I NEED TO IMMEDIATELY BE PUT ON A NON SOY DIET AND HAVE MY KNEE SCAN TAKEN._

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

*IMMEDIATE ATTENTION*

## PART I: TO BE COMPLETED BY THE PATIENT

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BN2899 | C-14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 4/28/22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *ON TUESDAY 4-26-22 I WALKED AROUND ALL DAY. BEEN SO%. IN THE MEAT CUTING PLANT. THAT NIGHT I BECAME NAUSEAS, I COULD BARELY EAT, AROUND 10 P.M. I BECAME SWEATY, TROWING UP 3 TIME ON WITH BLOOD IN MY THROW UP. MY EYES SWELLED UP I REPORTED THIS TO MY BOSS ON WEDNSDAY THE 27th AND TO THE NURSE RN. CECIL HAS KNOWN I HAVE A BAD SOY ALLERGY I NEED IMMEDIATE PHICIATRY ATTENTION. THE NURSE TOLD ME I NEEDED E P R PEANS OF MY ALLERGY.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

*MUNDY*

*FOR EVER*

4.5

**calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))**
  • *For Fatigue:* Take 1 tab, by mouth twice a day on your own
  • Start Date: April 20, 2022
  • Take for: 180 day(s)
*Comments: Take 1 tablet by mouth 2 times a day for 90 days TRANSFER*

**clopidogrel 75 mg Tab (Plavix)**
  • *For Chest pain:* Take 1 tab (Total Dose = 75 mg), by mouth once a day on your own
  • Start Date: April 25, 2022
  • Take for: 180 day(s)
*Comments: Take 1 tablet by mouth daily for 30 days Autofill*

**furosemide 20 mg Tab (Lasix)**
  • *For Chest pain:* Take 1 tab (Total Dose = 20 mg), by mouth once a day on your own
  • Start Date: April 12, 2022
  • Stop taking on: April 26, 2022
*Comments: Take 1 tablet by mouth daily for 30 days. TRANSFER*

**losartan**
  • *For Chest pain:* Take 1 tab (Total Dose = 25 mg), by mouth once a day on your own
  • Start Date: April 25, 2022
  • Take for: 180 day(s)
*Comments: Take 1 tablet by mouth daily for 30 days. Autofill*

**nitroglycerin 0.4 mg Tab-SL (25 ct) (nitroglycerin 0.4 mg sublingual tablet)**
  • *For S/P coronary artery stent placement:* Take 1 tab (Total Dose = 0.4 mg), under the tongue every 5 minutes as needed on your own as needed for chest pain
  • Start Date: April 17, 2022
  • Take for: 90 day(s)
*Comments: Take 1 tablet under the tongue every 5 minutes as needed for chest pain May repeat every 5 minutes, up to 3 doses. If symptoms do not resolve, seek medical attention. Request Refill*

MUNDY, STANLEY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Symptomatic)** 04/28/22 9:00:00 PDT, 1 business day, 137.252.9.87.20220401250251445082079224041.00, 04/25/22 23:59:00 PDT, Mole on right shoulder

**Consult to Registered Dietitian** 04/29/22 7:00:00 PDT, Routine Priority (46-90 days), Allergy/Intolerance (Food), pls evel IP regarding Soy allergies, 05/13/22 23:59:00 PDT

**Medical Chronic Care (CCP) Follow Up 40** 10/03/22 0:01:00 PDT, Other Reasons (No SUDT/MAT), *180 days (all other chronic conditions), 10/17/22 23:59:00 PDT, CCp

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LASTNAME) | CDCR NUMBER |
|---|---|---|---|
| 4/29/22 | DIETICIAN AND DR HLA | MUNDY | BNZ899 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| L14 | 148 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

DO YOU KNOW HOW LONG IT WILL BE TILL I GET MY DIET TRAYS?
CAN I GET PEDIALITE TO HELP MY ENERGY LEVELS/ PEDIALITE CHILDRENS
ALSO BOOST OR ENSURE CHILDRENS I BELIEVE DOES NOT HAVE SOY, CAN YOU PRESCRIBE
TO HELP MY SEVERE FATIGUE THANK YOU, RESPECTFULLY S/Mundy
THANK YOU AGAIN FOR HELPING ME ADDRESS MY NUTRITIONAL AND HEALTH NEEDS

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
Unfortunately, I cannot start a diet at this time

DATE

DISPOSITION
Your allergy is with soy-protein; the soy oil does not
contain the protein therefore you can eat food cooked in
soy-oil. If your weight loss is significant, please have

4:7

provider x7362 for dietitian

Our Therapeutic meals have the same amount of soy-
protein based meats as the general diet, so no
diet improvements would be made.

Currently your weight is stable.          Gaynor — RDN.
and within a healthy range.

Avoid plant-based meats; remainder
of general diet can be consumed.

4.8

STATE OF CALIFORNIA
3A-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 7/31/22 | TO FLOOR OFFICER | FROM (LAST NAME) Church Mundy | CDC NUMBER BN2899 |
|---|---|---|---|

| HOUSING C14 | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM            TO |
|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM            TO

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I REPORTED TO YOU I HAD FACE SWELLING HIVES RECTAL BLEEDING ON 7/31/22
I SHOWED YOU TISSUE AND UNDERWEAR THAT HAD SIGNIFICANT
RED/DARK AND BRIGHT BLOOD

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

# EXHIBIT 5.1-8.

5,1

n/a
n/a

**Patient:** **MUNDY, STANLEY**
DOB/Age/Birth Gender:      5/28/1958   65 years      Male                    CDCR #:  BN2899; BN2899; BN2899
Gender Identity:           Male                                              PID #:  11491363
Encounter Date:            n/a                                               Referring:
Attending:                 Hla,Nyo P&S ; Gomez Pimentel,Karla P&S

---

## *Progress Notes*

Document Type:                          Dietary Progress Note
Document Subject:                       Dietary Initial Assessment
Service Date/Time:                      7/22/2022 08:42 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Gaynor,Tessa RDN (7/22/2022 09:20 PDT)
Sign Information:                       Gaynor,Tessa RDN (7/24/2022 19:31 PDT)
Authentication Information:             Gaynor,Tessa RDN (7/24/2022 19:31 PDT); Gaynor,Tessa
                                        RDN (7/24/2022 19:31 PDT); Gaynor,Tessa RDN (7/24/2022
                                        19:31 PDT); Gaynor,Tessa RDN (7/24/2022 19:29 PDT);
                                        Gaynor,Tessa RDN (7/24/2022 19:24 PDT); Gaynor,Tessa
                                        RDN (7/24/2022 19:20 PDT); Gaynor,Tessa RDN (7/22/2022
                                        10:33 PDT)

**Reason for Clinical Encounter**
64 yo male inmate/patient (i/p) consulted for reported "soy" allergy

**Patient Interview**
Inmate/patient (I/P) interviewed in a confidential setting. I/P alert, oriented and able to make needs known. I/P communicating in logical terms, no learning barriers identified (TABE score 8.0). I/P demonstrates understanding by asking and answering questions appropriately. DLT noted, using cane for mobility aid.

I/p upset that his soy allergy had already been tested by SAC county jail in 2018-2019 and no records are available (record in ERHS only go back to 2021). I/p not wanting to transfer to a higher care facility for a non-soy based meal plan therefore has been refusing to take an IgE test for soy allergy. Weight today with RDN 87 kg, down 3% in one week. I/p reports packages from family over the last few months but now his resources are limited again. I/p reports having hives on shoulder that have opened and leaking pus (i/p showed writer wounds) and having face swelling recently after accidentally consuming soy-proteins (i/p attempted to consume spaghetti from general diet). I/p also reports having diarrhea intermittently, abdominal pain/cramps, and bloating. I/p reports blood in stools in the past related to soy-consumption, writer noted to i/p h/o hemorrhoids & diverticulosis. I/p UBW 230 lbs (104.5 kg, last weighed this in 2017-2018).

**Nutritional Risk Factors**
N/V/C/D: _intermittent diarrhea, small amounts of blood sometimes (no anemia present with recent labs)
Last BM: _this morning
Chewing/ swallowing: _none - good dentition
Skin integrity/ wounds: _compromised: opened sores on shoulder; MRI right knee done on 7/6/2022 demonstrate both medial and lateral meniscus tear 7/6/22

**Problem List/Past Medical History**
Ongoing
CAD (coronary atherosclerotic disease)
Cellulitis of right leg
Chronic foot pain
HTN (hypertension)
Internal hemorrhoids
Neuropathy
Right knee meniscal tear
S/P coronary artery stent placement
Unspecified depressive disorder

**Anthropometic Measurements**
Body Mass Index Measured: 28.99 kg/m2 (07/13/22 09:09:00)
Height/Length Measured: 176 cm (07/13/22 09:09:00)
Weight Measured: 89.8 kg (07/13/22 09:09:00)
IBW: 72.7 kg  123%IBW

**Weight Trend**
Weight Measured: 89.8 kg (07/13/22 09:09:00)
Weight Measured: 89.81 kg (07/08/22 09:48:00)
Weight Measured: 90.71 kg (06/28/22 13:23:00)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                      Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

n/a     5.2

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958   /   65 years     /   Male          CDCR: BN2899; BN2899; BN2899

---

### *Progress Notes*

---

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 1000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

Electronically Signed on 07/24/2022 07:31 PM PDT

---

Gaynor, Tessa RDN, RDN

Modified by: Gaynor, Tessa RDN, RDN on 07/22/2022 10:33 AM PDT

Modified by: Gaynor, Tessa RDN, RDN on 07/24/2022 07:20 PM PDT

Modified by: Gaynor, Tessa RDN, RDN on 07/24/2022 07:24 PM PDT

Modified by: Gaynor, Tessa RDN, RDN on 07/24/2022 07:29 PM PDT

Modified by: Gaynor, Tessa RDN, RDN on 07/24/2022 07:31 PM PDT

Modified by: Gaynor, Tessa RDN, RDN on 07/24/2022 07:31 PM PDT

---

Document Type:                          Dietary Progress Note
Document Subject:                       Dietary Initial Assessment
Service Date/Time:                      4/29/2022 10:55 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Gaynor,Tessa RDN (4/29/2022 13:00 PDT)
Sign Information:                       Gaynor,Tessa RDN (4/29/2022 13:07 PDT)
Authentication Information:             Gaynor,Tessa RDN (4/29/2022 13:07 PDT); Gaynor,Tessa
                                        RDN (4/29/2022 13:07 PDT)

**Reason for Clinical Encounter**                    **Problem List/Past Medical History**
63 yo male inmate/patient (i/p) consulted for reported "soy" allergy    Ongoing
                                                      Adjustment disorders, With mixed anxiety
**Patient Interview**                                 and depressed mood
Inmate/patient (I/P) interviewed in a confidential setting. I/P alert, oriented and able to    CAD (coronary atherosclerotic disease)
make needs known. I/P communicating in logical terms, no learning barriers identified    Cellulitis of right leg
(TABE score 8.0). I/P demonstrates understanding by asking and answering questions    Chronic foot pain
appropriately. DLT noted.                              HTN (hypertension)
                                                      Internal hemorrhoids
I/p reports finding out about his soy allergy after his son wanted to eat vegan, he ate a    Neuropathy
plant-based burger and had a rash, diarrhea, nausea, and abdominal pain. I/p went to an    S/P coronary artery stent placement
allergist before being incarcerated and was told he had a soy allergy. I/p reports recently
being in the TTA for eye swelling, diarrhea, nausea, and abdominal pain after being

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                          Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

513
n/a

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  65 years   /   Male        CDCR: BN2899; BN2899; BN2899

---

## Progress Notes

---

Etiology: _reported soy allergy as evidenced by
Symptoms: _reported avoidance of all plant-based proteins or items containing soy
(chicken patty, dehydrated mashed potatoes), items cooked in reported soy-based oil
(breakfast potatoes) provided by the general healthful diet; however
maintaining weight and accommodating self therefore LNS not indicated

**Clinical**
Problem: Altered GI function  related to
Etiology:_ diverticulosis and bleeding hemorrhoids evidenced by
Symptoms: _per i/p report and colonoscopy Aug 2021; recommend adding more fiber
**RD Recommendations/Intervention**
1) Continue general healthful diet
2) Recommend labs: IgE for soy and a vitamin C level given reported h/o deficiency
3) Check a new weight once per month to monitor for significant weight loss (>5% in 1
mo) r/t food avoidance
4) Recommend (1) MVI with minerals daily; continue vitamin D supplement
5) Recommend bowel care with polycarbophil and a laxative KOP prn

**Monitoring and Evaluation**

Goals:
Maintain BMI 24 given age, chronic d/s, and muscular tone
Adequate hydration: 8-12 cups of fluid per day
GI - healing
Food Intolerance avoidance

Coordination of Care:
Emailed PCP recommendations
RDN follow up in 3 months

**Current Diet Order**
General healthful diet

**Medications**
 **Active Medications:**
1-acetaminophen 325 mg Tab (Tylenol)  650
mg 2 tab Oral BID-KOP KOP PRN: pain

aspirin  81 mg 1 tab Oral Daily-KOP KOP Per
Cerner, common potential side effects:
dyspepsia, increased bleeding tendencies,
gastric ulceration

1-calcium carbonate-D3 500 mg-200 unit
Tab (calcium-vitamin D 500 mg-200 unit (5
mcg))  1 tab Oral BID-KOP KOP

1-clopidogrel 75 mg Tab (Plavix)  75 mg 1
tab Oral Daily-KOP KOP  Per cerner, potential
side effects: abdominal pain, gastrointestinal
hemorrhage, dyspepsia, diarrhea, nausea,
gastritis

losartan  25 mg 1 tab Oral Daily-KOP KOP
Per Cerner, some common potential side
effects include: Abdominal pain, nausea,
diarrhea, dyspepsia, Renal impairment, renal
failure, BUN increased, serum creatinine
increased, Hyperkalemia, serum potassium
increased, hypoglycemia, Anemia

nitroglycerin 0.4 mg Tab-SL (25 ct)
(nitroglycerin 0.4 mg sublingual tablet)  0.4
mg 1 tab Sublingual q5min-KOP KOP PRN:
chest pain

**Allergies**
Soy Products
codeine (Rash)
No other known food allergies

**Lab Results**
Albumin Lvl: 4.5 (01/05/22 13:57:56)
Calcium Lvl: 9.3 (02/08/22 10:08:41)
Chloride: 104 (02/08/22 10:08:41)
$CO_2$: 26 (02/08/22 10:08:41)
Glucose Level: 51 Low (02/08/22 10:08:41)
Sodium Lvl: 140 (02/08/22 10:08:41)
Hgb A1c: 5.0 (10/11/21 13:57:11)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  74545709                               Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)



Get help if you're experiencing these symptoms

2/11/20

1



**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

✓ • Loss of consciousness
✓ • Chest pain
✓ • A weak pulse


Eight common food allergies or intolerance:



Eggs        Fish        Milk or Dairy        Nuts from trees (such as almonds or walnuts)

Peanuts     Shellfish (such as lobster, shrimp, or crab)        Soybean        Wheat


The only way to prevent an allergic reaction is to avoid the food to which you are allergic. The prison food service staff is not required to provide you with a special food substitution. Avoiding the problem food is your responsibility. The meals prepared in your prison are adequate to meet your dietary needs.


**Start with a Plan**

Educate yourself by reading all labels or asking about ingredients.
If you have been prescribed epinephrine or antihistamines take them as prescribed.
Be prepared by having your prescription for epinephrine or antihistamines filled and readily available.
Have a plan for when an allergic reaction occurs. Ensure your cell mates know what you are allergic to and how they can assist you when an allergic reaction occurs.

**Milk Allergy**
Milk Protein is sometimes found in the following:

- Bakery Goods
- Brownies
- Cakes
- Cheese in all forms
- Cream Cheese
- Cookies
- Cornbread
- Cottage Cheese

- Cream Gravy
- Creamed Beef
- French Toast
✓ • Hot Dog and Hamburger Buns
- Ice Cream and Sherbet
- Macaroni and Cheese
- Margarine

- Milk in all forms
- Chocolate in all forms
- Pizza
- Puddings
- Sandwich Bread
- Sweet Rolls
- Whipped Cream
- Yogurt

2/11/20

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

## Appendix 3

### Institutions Providing Outpatient Therapeutic Diets

Central California Women's Facility
California Health Care Facility
California State Prison, Centinela
California Institution for Men
California Institution for Women
California Men's Colony (East)
California Medical Facility
California State Prison, Corcoran
California Substance Abuse Treatment Facility and State Prison, Corcoran
High Desert State Prison
Kern Valley State Prison
California State Prison, Los Angeles County
Mule Creek State Prison
North Kern State Prison
Pelican Bay State Prison
Pleasant Valley State Prison
Richard J. Donovan Correctional Facility
California State Prison, Sacramento
California State Prison, Solano
San Quentin State Prison
Salinas Valley State Prison
Wasco State Prison

5:7



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Read Food Labels

Reading food labels can help you increase the fiber in your diet.

When buying from the canteen or quarterly packages, carefully read labels every time you buy a product.

### Nutrition Facts Label
➢ Choose a higher % Daily Value for fiber.

➢ Choose 4 grams or more fiber per serving or over 5% Daily Value.

➢ Compare food labels of similar foods to find higher-fiber choices.

# Nutrition Facts
4 servings per container
**Serving size 1 1/2 cup (208g)**

| Amount Per Serving | |
|---|---|
| **Calories** | **240** |

| | % Daily Value* |
|---|---|
| **Total Fat** 4g | **5%** |
| Saturated Fat 1.5g | **8%** |
| *Trans* Fat 0g | |
| **Cholesterol** 5mg | **2%** |
| **Sodium** 430mg | **19%** |
| **Total Carbohydrate** 46g | **17%** |
| Dietary Fiber 7g | **25%** |
| Total Sugars 4g | |
| Includes 2g Added Sugars | **4%** |
| **Protein** 11g | |
| Vitamin D 2mcg | 10% |
| Calcium 260mg | 20% |
| Iron 6mg | 35% |
| Potassium 240mg | 6% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

## Healthy Eating Tips

Use the tips in this handout to help you follow a high fiber diet.



➢ Eat more vegetables and fruit, especially with skins and seeds.

➢ Grain products such as breads, cereals, noodles, pasta, popcorn, and other grain products made with whole grains.

➢ All types of barley, bran, brown rice, buckwheat, cracked wheat, and oats.

➢ Beans, chickpeas, lentils, and split peas.

➢ Nuts and seeds such as almonds, peanuts, sunflower seeds, and walnuts.

➢ Your bowels need time to get used to higher fiber foods. Increase fiber in your diet slowly over the course of a few weeks.

➢ Spread fiber-rich foods throughout the day. This will help to prevent gas and bloating.

## Start With a Plan

The meals prepared in your prison are enough to meet your dietary needs. The CDCR Heart Healthy menu provides about 35 grams of fiber daily. Eat three meals each day; do not skip meals. Skipping meals can rob your body of the protein, vitamins and minerals you need to stay healthy. If a particular food bothers you, do not eat it at all.

**Remember: <u>Your health is your responsibility</u>!**

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

## Egg Allergy
Egg Protein is sometimes found in the following:

- Bakery Goods
- Breaded items
- Breakfast Pockets
- Cakes
- Carrot Salad
- Coffeecake
- Coleslaw (mayonnaise)

- Cookies
- Cornbread
- Egg Noodles
- Eggs in all forms
- Eggnog
- French Toast
- Macaroni Salad

- Mayonnaise
- Meatloaf
- Pancakes
- Potato Salad
- Ravioli
- Some Salad Dressings

## Peanut Allergy
CDCR does not use peanut oil in its standard diet. Peanut butter and peanut butter cookies are readily identifiable and can be avoided.

## Wheat Allergy
Please refer to the **Gluten-Free Diet handout.**

## Healthy Eating Tips
Eat the right amount of calories for how active you are, so that you balance the energy you consume with the energy you use. Eat a wide range of foods to ensure that you're getting a balanced diet and that your body is receiving all the nutrients it needs. Eat lots of fruit and vegetables, cut down on saturated fat and sugar, eat less salt and drink plenty of water. Eat three main meals each day. Skipping meals can rob your body of the protein, vitamins, and minerals that you need to stay healthy.

✳ If a certain food bothers you, do not eat it at all.    *THEN WHAT CAN I EAT*
                                                          *SOY IS IN EVERYTHING.*

Remember -- Your health is your responsibility!

2/11/20

3

EXHIBIT  6,1-7  .

Discharge Instructions Document                        ZZZMUNDY, STANLEY - 2520335854(BMH)

# Bakersfield Memorial Hospital
## 420 34th Street
## Bakersfield, CA 93301
## (661) 327-4647

## ZZZMUNDY, STANLEY

**DOB:** 05/28/1958
**MRN:** 2520335854(BMH)
**Visit Date:** 02/18/2022

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Thompson MD, Caleb

**Attending Physician -**
Mangat, Geeteshwar S MD

**Lifetime Physician(PCP) -** PCP, No

## Discharge Vitals

**Temperature** 36.7 °C (Oral)  **TMIN** 36.4 °C (Oral)  **TMAX** 36.8 °C (Oral)  **Heart Rate** 55  **Respiratory Rate** 18  **Blood Pressure** 129/80

## Your Diagnosis

HTN (hypertension)
Unstable angina

# What to do next

## You May Need to Schedule the Following Appointments

**Follow Up with** Follow up with primary care provider
**When** *7 to 14 days*

**We encourage you to sign up for My Portal, where you can easily access your medical records and test results from all Dignity Health care centers.**

Discharge Instructions Document  6 | 2                    ZZZMUNDY, STANLEY - 2520335854(BMH)

|  | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *Unchanged* | mupirocin topical (mupirocin topical 2% ointment) | 1 Application Apply to skin (affected area) | Three times daily | Resume @ home | |
| *Unchanged* | nitroglycerin (nitroglycerin (NTG) 0.4 mg sublingual tab) | 1 tab(s) Under tongue | Every 5 minutes as needed for Chest Pain | Resume if needed | |
| *Unchanged* | pantoprazole (Protonix 40 mg oral delayed release tablet) | 1 tab(s) By mouth | Once daily | Resume @ home | |
| *Unchanged* | polycarbophil (polycarbophil 625 mg oral tablet) | 2 tab(s) By mouth | Four times daily | Resume @ home | |

|  | What | How Much | When | Comments |
|---|---|---|---|---|
| *Stop Taking* | lisinopril (lisinopril 10 mg oral tablet) | 1 tab(s) By mouth | Once daily | |

# Discharge Orders

**Discharge Orders:**

**Discharge** Today, Correctional Facility
  **Order Comments:**   Follow up with PCP and DR. Thompson in one week. thank you!

**Discharge Activity** As tolerated

**Discharge Diet** Heart Healthy Diet (Cardiac) Dart - Dash

# Case Management Instructions

**Patient Discharge Goal:**
Other: back to valley state prison

Lean, well-trimmed beef, veal, pork, and lamb. Chicken and turkey without skin. All fish and shellfish. Wild duck, rabbit, pheasant, and venison. Egg whites or low-cholesterol egg substitutes. Dried beans, peas, lentils, and tofu. Seeds and most nuts.

### Dairy

Low-fat or nonfat cheeses, including ricotta and mozzarella. Skim or 1% milk that is liquid, powdered, or evaporated. Buttermilk that is made with low-fat milk. Nonfat or low-fat yogurt.

### Fats and oils

Non-hydrogenated (trans-free) margarines. Vegetable oils, including soybean, sesame, sunflower, olive, peanut, safflower, corn, canola, and cottonseed. Salad dressings or mayonnaise made with a vegetable oil.

### Beverages

Mineral water. Coffee and tea. Diet carbonated beverages.

### Sweets and desserts

Sherbet, gelatin, and fruit ice. Small amounts of dark chocolate.

Limit all sweets and desserts.

### Seasonings and condiments

All seasonings and condiments.

The items listed above may not be a complete list of foods and drinks you can eat. Contact a dietitian for more options.

## What foods should I avoid?

### Fruits

Canned fruit in heavy syrup. Fruit in cream or butter sauce. Fried fruit. Limit coconut.

### Vegetables

Vegetables cooked in cheese, cream, or butter sauce. Fried vegetables.

### Grains

Breads that are made with saturated or trans fats, oils, or whole milk. Croissants. Sweet rolls. Donuts. High-fat crackers, such as cheese crackers.

### Meats and other proteins

Fatty meats, such as hot dogs, ribs, sausage, bacon, rib-eye roast or steak. High-fat deli meats, such as salami and bologna. Caviar. Domestic duck and goose. Organ meats, such as liver.

### Dairy

6.4

**Meal planning**



- At meals, divide your plate into four equal parts:
  - Fill one-half of your plate with vegetables and green salads.
  - Fill one-fourth of your plate with whole grains.
  - Fill one-fourth of your plate with lean protein foods.
- Eat 4–5 servings of vegetables per day. A serving of vegetables is:
  - 1 cup of raw or cooked vegetables.
  - 2 cups of raw leafy greens.
- Eat 4–5 servings of fruit per day. A serving of fruit is:
  - 1 medium whole fruit.
  - ¼ cup of dried fruit.
  - ½ cup of fresh, frozen, or canned fruit.
  - ½ cup of 100% fruit juice.
- Eat more foods that have soluble fiber. These are apples, broccoli, carrots, beans, peas, and barley. Try to get 20–30 g of fiber per day.
- Eat 4–5 servings of nuts, legumes, and seeds per week:
  - 1 serving of dried beans or legumes equals ½ cup after being cooked.
  - 1 serving of nuts is ¼ cup.
  - 1 serving of seeds equals 1 tablespoon.

**General information**

- Eat more home-cooked food. Eat less restaurant, buffet, and fast food.
- Limit or avoid alcohol.
- Limit foods that are high in starch and sugar.
- Avoid fried foods.
- Lose weight if you are overweight.
- Keep track of how much salt (sodium) you eat. This is important if you have high blood pressure. Ask your doctor to tell you more about this.
- Try to add vegetarian meals each week.

**Fats**

- Choose healthy fats. These include olive oil and canola oil, flaxseeds, walnuts, almonds, and seeds.
- Eat more omega-3 fats. These include salmon, mackerel, sardines, tuna, flaxseed oil, and ground flaxseeds. Try to eat fish at least 2 times each week.

615

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**FOODS RECOMMENDED**

**Foods containing at least 4 grams of fiber per serving**

| Food Group | Choose |
|---|---|
| Grains | High Fiber Cereal, Bran Cereal ($^1/_3$ cup -½ cup or ~2.5 ounces - 4 ounces) |
| Dried Beans and Peas | Red beans, Kidney beans, Navy beans, Pinto beans, White beans, Lentils, Black-Eyed Peas (4 ounces/ ½ cup) |
| Fruits | Prunes (4 ounces) |

**Foods containing at least 1-3 grams of fiber per serving**

| Food Group | Choose |
|---|---|
| Grains | Whole Wheat Bread (1 slice) <br> Cornbread (1 2-inch square) <br> Cereal (4 ounces/½ cup) with 1-3 grams fiber per serving <br> Rice, Bran, Wheat Cereal (2 tablespoons) |
| Vegetables | Beets (4 ounces/½ cup) <br> Broccoli, Cabbage (4 ounces/½ cup) <br> Carrots (4 ounces/½ cup) <br> Cauliflower (4 ounces/½ cup) <br> Corn (4 ounces/½ cup) <br> Potatoes (4 ounces/½ cup) <br> Spinach, Turnip Greens (4 ounces/½ cup) <br> Squash – Winter, Summer, Zucchini (4 ounces/½ cup) <br> Sweet Potatoes or Yams (4 ounces/½ cup) <br> Canned Tomatoes (4 ounces/½ cup) |
| Fruits | Apple (1 ea 3-inch diameter) or Applesauce (4 ounces/½ cup) <br> Banana (1 ea) <br> Fruit Cocktail (4 ounces/½ cup) <br> Grapefruit (½ ea) <br> Orange (1 ea 2 ½ inch diameter) <br> Peach (1 ea) or Canned Peaches (4 ounces/½ cup) <br> Pear (1 ea) or Canned Pears (4 ounces/½ cup) <br> Plum (1 ea 2-inch diameter) <br> Raisins (2 oz or ¼ cup) <br> Strawberries (4 ounces/½ cup) <br> Tangerine (1 ea) |
| Other | Almonds or Peanuts (1 ounce) <br> Popcorn (1 cup popped) |

Remember: <u>Your health is your responsibility</u>!

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☑

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Munoz | BN2899 | C 11-127 |

PATIENT SIGNATURE

DATE
4/18/23

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  I NEED TO SEE THE DIETICIAN I AM VERY FAT/COLD. (1) MY THERAGRAM MULTI-VITAMINES WERE DISCONTINUED (2) MY EVASUNE WAS CANCELED. THE CARDIOLOGIST JUST PRESCRIBED AT CARDIAC HEART HEALTH AND DASH DIET AND MY NON SOY DIET AGAIN ALSO _____ IS PRESCRIBED 2ND 3RD NEUROLOGIST FOR ALL. THANK YOU.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

education materials:

**Follow-up Appointments**

**Consult to Registered Dietitian** 10/11/23 6:30:00 PDT, Routine Priority (46-90 days), Inmate Complaint/Request, for cardiac prudent diet recommended by cardiologist, 11/12/23 23:59:00 PST

**Follow Up LVN 10** 10/10/23 0:01:00 PDT, NPO, 1 day, 10/10/23 23:59:00 PDT, PROCEDURE PREP - CLINIC LVN - Please schedule for 10/10/23 3W, Continue Clear Liquid diet up till midnight then MUST BE NPO at midnight EXCEPT for p.o. Rx of Golytley and Sure prep that must be...

**Follow Up LVN 20** 09/19/23 21:10:00 PDT, NPO, 1 day, 09/19/23 23:59:00 PDT, Instruct I/P to be NPO and NO CAFFEINE after midnight on 09/19/23 for offsite NM Lexiscan (Cardiac Nuclear Stress test)

**Follow Up MA 10** 10/16/23 8:40:00 PDT, Injection/Immunization, 90 days, 11/07/23 23:59:00 PST, Shingrix #2

**Follow Up RN 20** 10/03/23 10:00:00 PDT, Procedure Prep, 1 day, 10/03/23 23:59:00 PDT, PROCEDURE PREP - CLINIC RN – Please schedule for 10/3/23.
Instruct to HOLD BLOOD THINNERS.
*Hold for 7 days prior to procedure: Iron preparation, Clopidogrel (Plavix), Prasugrel (...

**Medical Chronic Care (CCP) Follow Up 40** 01/16/24 0:01:00 PST, Other Reasons (No SUDT/MAT), *180 days (all other chronic conditions), 01/28/24 23:59:00 PST, CCP

**Medical Return from Higher Level of Care Follow Up 60** 10/03/23 13:20:00 PDT, *5 days, 10/04/23 23:59:00 PDT

**Chronos**

**128-C Dental Refusal** 04/21/22 9:30:00 PDT, Refused to report for a scheduled priority dental appointment OR refused dental treatment. This is an informational chrono and is not to be used for disciplinary purposes.

**128-C Dental Refusal** 05/16/22 13:15:00 PDT, Refused to report for a scheduled priority dental appointment OR refused dental treatment. This is an informational chrono and is not to be used for disciplinary purposes.

**128-C Dental Refusal** 03/01/23 14:23:00 PST, Refused to report for a scheduled priority dental appointment OR refused dental treatment. This is an informational chrono and is not to be used for disciplinary purposes.

**1845/7410 (SOMS)** 04/19/22 9:28:00 PDT, DNM, P, 7410 Expire Date 12/31/9999, LBO, lower bunk, lower

# EXHIBIT  7.1·16 .

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender: 5/28/1958 / 63 years / Male    CDCR: BN2899

## Assessment Forms

| Left Nostril Signs/Symptoms : | None |
| Right Nostril Signs/Symptoms : | None |
| | Rios, Margarita RN - 8/17/2021 21:10 PDT |

Head Description : Within normal limits
Mouth : Within normal limits
Throat : Within normal limits
Thyroid : Within normal limits
Teeth : Within normal limits
Gums : Within normal limits
GI Signs/Symptoms : None
Bowel Sounds All Quadrants : Present
GU Signs/Symptoms : None
Range of Motion Description : Full motion
Otm-Affected Extremity : None
Otm-Mobility : Ambulatory
Behavior : Appropriate
Otm-Suicidal Ideation : No
Otm-Homicidal Ideation : No
Otm-OB/GYN : Not applicable

Rios, Margarita RN - 8/17/2021 21:10 PDT

**Assess/Plan/Eval**
Assessment : Risk for bleeding r/t procedure aeb s/p colonoscopy and findings- internal hemorrhoids
Plan : F/U in clinic in 2 weeks.
activity as tolerated
diet - advance as tolerated

Rios, Margarita RN - 8/17/2021 21:10 PDT
Sp-Intervention : V/S, assessment, edu., f/u w/ PCP, COVID-swab PCR/POC on day 5.
Rios, Margarita RN - 8/17/2021 21:40 PDT
Sp-Evaluation : Discussed POC w/ pt, pt verbalized understanding in his own words.
Rios, Margarita RN - 8/17/2021 21:10 PDT

**Follow-up / Disposition**
Otm-Other OTM Follow-Ups: : Medium priority, f/u w/ PCP in 5-7 days.
Rios, Margarita RN - 8/17/2021 21:40 PDT
Otm-Follow-Up Required : Yes
TTA - Disposition To: : Return to housing
Mode of Disposition Via: : Ambulatory

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                      **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /    Male          CDCR: BN2899

---

## *Progress Notes*

---

### Assessment/Plan

1. HTN (hypertension)
   Patient with a chronic HTN since  with a goal of < 140/90 (at goal)
   Advise given on Therapeutic lifestyle interventions:
   Dietary salt restriction to less then 2 gr a day and follow a DASH diet that includes
   more fruits, vegetables, fish less red meat, sweets, sat. fats, daily exercise, lose weight if
   overweight or obese, stop alcohol intake, smoking and using illicit drugs

   Continue with current regimen
   ASCVD 12.5 % - patient refuses to take statin
   Reviewed CMP
   Reviewed EKG


2. Chronic foot pain
   possible plantar fasciitis vs neruopathy
   continue for now tylenol PRN
   PT consult- pending appointment

3. Diverticulosis
   Reassurance given
   cont. Colace and Fiber BID
   recommended GI soft diet and to avoid red meat as much as possible
   repeat colonoscopy in 10 yrs


4. Internal hemorrhoids
   reassurance given
   cont. anusol suppository PRN for rectal bleeding
   recommended high fiber diet

Ordered:
hydrocortisone topical, 1 app, PR, Cream, BID-KOP, PRN hemorrhoids, Administration Type
KOP, Order Duration: 60 day, First Dose: 09/21/21 14:00:00 PDT, Stop Date: 11/20/21
13:59:00 PST

5. Healthcare maintenance
   vaccines up to date
   COVID vaccine :  received # 2 doses
   colonoscopy 8/17/21
   **EDUCATION:** Encourage healthy living, nutrition, and exercise as tolerated, and low-salt
   diet. Avoid alcohol, tobacco, illicit drugs and hepatotoxic exposures. Do not participate in
   tattoos either giving or receiving. Do not share needles, toothbrushes or razors.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  52904217                              Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient:          **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /  63 years    /   Male          CDCR: BN2899

---

## *Progress Notes*

**Musculoskeletal:** foot and leg pain
**Skin:** Denies rashes, pruritus, skin changes (e.g. moles), and change in hair or nails.
**Neuro:** Denies frequent or constant headaches or dizziness, seizures, loss of sensation,
numbness or tingling sensations and weakness.

### Physical Exam

Vitals & Measurements
**T:** 36.4 °C (Temporal Artery)  **HR:** 55 (Peripheral)  **RR:** 16  **BP:** 118/77  **SpO2:** 97%
**WT:** 91.8 kg  **WT:** 91.8 kg (Wt dosing)
Done with assistance of MA Casillas
**General:** Well appearing, in no apparent distress.
**Skin:** No rash or prominent skin lesions.
**Eyes:** Conjunctiva clear, Sclera non-icteric. EOM intact, grossly normal pupil size.
**Neck:** Supple, no apparent masses.
**Heart:** Regular rate and rhythm, without murmurs.
**Lungs:** Clear to auscultation bilateral. No rhonchi, rales, or wheezes.
**Abdomen:** Soft/NT/ND.
**Back:** No CVA tenderness present bilaterally. FROM.
**Extremities:** Feet: + bilateral foot pain at the sole. FROM. Strength grossly intact in all
extremities.
**Neurologic:** grossly intact. No focal deficits.

LDL 133 mg/dL (calc) 04/06/2021 06:35 PDT
(High)
Trig 129 mg/dL 04/06/2021 06:35 PDT
Hep C Ab NON-REACTIVE 04/15/2021 09:12
PDT
Chlam Trach RNA NOT DETECTED 04/06/2021
06:35 PDT
Neis Gonor RNA NOT DETECTED 04/06/2021
06:35 PDT
RPR (DX) NON-REACTIVE 04/06/2021 06:35
PDT
QuantiFERON Gold Plus NEGATIVE 04/06/2021
06:35 PDT
Fecal Globin Detected 04/15/2021 12:01 PDT
(Abnormal)

### Assessment/Plan
1. HTN (hypertension)
   Patient with a chronic HTN since  with a goal of < 140/90 (at goal)
   Advise given on Therapeutic lifestyle interventions:
   Dietary salt restriction to less then 2 gr a day and follow a DASH diet that includes
   more fruits, vegetables, fish less red meat, sweets, sat. fats, daily exercise, lose weight if
   overweight or obese, stop alcohol intake, smoking and using illicit drugs

   Continue with current regimen
   ASCVD 12.5 %
   Reviewed CMP
   Reviewed EKG

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**                                        Page 2 of 2
CDCR 7362 (Rev. 03/19)

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| *Mundy* | BN2899 | C-14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 6-27-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have
had the problem) *I REQUEST TO SEE DR. HLA, SAN JAQUOIDINE HOSPITAL DOCTORS TOLD ME
WHEN SYMTOMS LIKE BLEEDING OF MY COLON OR SWELLING OF MY LEG WORSENED I WAS
TO REPORT WORSENING CONDITIONS IMMEDIATELY 3 TIMES I REPORTED ADVERSE SWELLING
AND PAIN IN MY KNEE AND SHIN TO NURSE RODRIGUEZ OVER THE PAST 3 WEEKS WHO
REFUSE TO MEASURE, DOCUMENT SWELLING, GIVE ME PAIN RELIEF OR REFERRALS, OTOGATING DOCTOR ORDER*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM
ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

*Mundy*

*THE 602 PROCESS IS LONG FOR... TALK TO THE CAP...*

*C 14-148*

23

<u>Affidavit</u> regarding STAN MUNDY #BN2899

JANUARY 7th, 2022

To whom it may concern,

    I, ROBERT HOHMANN, am writing this statement of what I have experienced in regards to the health and medical care, or lack there of, of STAN MUNDY, during our incarceration at P.V.S.P..

    I am housed in A1-119 and Stan moved into my cell in June 2021. Stan had already been suffering from medical issues concerning his colon and other possible internal bleeding. He was supposed to have medical procedure(s) done prior to his transfer to P.V.S.P., which never got scheduled and ~~was~~ or completed.

    Stan consistently has requested medical attention but has been blatentley disregarded by C/O's and medical staff. Stan had to show the doctor his bloody underwear in order for them to schedule him his first procedure on July 20th, 2021. He was supposed to return to the hospital for a follow up procedure, but the staff at P.V.S.P. seemed to continue to block or deny his medical needs.

    Stan's health deteriorated slowly during the rest of the year. He was still bleeding internally and was extremely tired and sluggish.

(cont'd)

7.6

By November 2021, Stan's legs had begun to swell severely. He had boils on both knees and his right leg specifically had swollen to twice it's original size. His right leg was also discolored and the veins were protruding. It was obvious that he had a severe infection somewhere in his body and needed immediate medical attention.

Once again, Stan requested medical attention; showed the medical staff his bloody undergarments and his swollen legs which were hot to the touch; but still he was denied and disregarded.

One morning before I went to work, Stan was unable to get out of bed or barely walk on his own. I called man down and was berated and laughed at by C/O's and medical staff until they finally realized how severe his infection was. The medical staff here at P.V.S.P. still tried to not send Stan to the hospital but was ultimately over-ridden and Stan got sent to the hospital to treat his infection. He returned to P.V.S.P. after a 5-day hospital stay, but is still bleeding internally and in need of further medical attention and procedures.

Sincerely,

Robert C. Hohmann

ROBERT C. HOHMANN
# BM3215

01/08/2022

7.7

To Whom it may concern:

* Stan Mundy + I were cell mates from June 1 2021 through June 15 2021. We are no longer cell mates, but have been in the same facility building from June 15 to present time.

* During our two weeks as cell mates, Mr. Mundy complained of dietary needs that were not being accommodated; an allergy to soy to be precise.

* One of the symptoms from his continued exposure to a high soy diet (prison food) was intestinal bleeding. I saw evidence of this on his underwear, in both bright red and dark colored blood stains. Having had intestinal bleeding in the past, I recognized those stains to be both fresh blood, and older blood; bright red and dark; respectively.

* I also observed what appeared to be boils in several places on Mr. Mundy's body. These boils keep coming back, even after treatment via antibiotics. These observations spanned several months.

* I've seen Mr. Mundy being wheeled out of the building on a stretcher as well. When I asked

7,8

him what happened, he said he had blood poisoning.

I hereby attest that the text above and on the previous page are true to the best of my knowledge.

Howell Scott Sharley
BNH043
1-26-22

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| STAN MUNDY | BN7899 | C-14-118 |

PATIENT SIGNATURE

DATE
6-17-2022

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) DR HLA AND DIETITIAN, MY CARDIOLOGIST RECOMENDED A ADA SOY DIET AND A TRUE HEART HEALTH DIET. I HAVE CONTINUED BUILDING PLUCOICY, I TRY TO AVOID THE SOY DIET BUT NOT AL: FOODS ARE MARKED, YOU CAN GIVE ME A ADA SOY DIET JUST LIKE DYALOSIS PATIENTS GET HERE, YOU KNOW FROM SAC MAIN JAIL RECORDS I HAVE A SOY ALLERGY, FOOD ARE COOKED IN SOY OIL, MY RASHES AND SKIN LESIONS CONTINUE

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

PLEASE HELP ME,

16

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
*Mundy*

CDCR NUMBER
*BN2899*

HOUSING
*C-14-148*

PATIENT SIGNATURE

DATE
*7/31/22*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *Last night we must have had something with soy in it macaroni and cheese or something about 30 minutes after eating I had severe abdominal cramping, I got hives, bumps on my arms once, should I took anti-histamine tablets I laid down to tired to come out, I felt confused disoriented. I had bleeding get worse rectally my face swelled & performed this to 5 this was not a bad reaction I have had much worse.*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

16

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *Stanley* | 10-20-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) On Thursday the diet formula changed and I had severe bleeding reaction again hive throwing up please I need to know what meals contain soy ingredients. I have made multiple requests

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

7,12

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME *MUNDY* | CDCR NUMBER *BN2899* | HOUSING *C-11-127* |
|---|---|---|

| PATIENT SIGNATURE | DATE *10-25-22* |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I NEED TO BE RESCHEDULED FOR A WEIGHT CHECK I COULD NOT GET OUT OF MY BLDG BECAUSE STAFF WAS SHORT AND COULD NOT GET TO MEDICAL ALSO I AM STILL HAVING REACTION TO LAST TUESDAY DINNER, HIVES AND INTERNAL BLEEDING DUE TO UNKNOWN CONSUMPTION OF SOY THAT WAS IN LAST THURSDAY NIGHTS FOOD*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:        MEDICAL [✗]        MENTAL HEALTH [ ]        DENTAL [ ]        MEDICATION REFILL [ ]

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| *Mundy* | *BN 2899* | *CU-127* |

PATIENT SIGNATURE
*Stan Mon*

DATE
*1/3/2023*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *THANK THINK SINCE WE HAVE STARTED EATING (BRICKLY TURKEY) HALL I GLAY HAD 3 BOY ALLERGY RELATED ATTACK WITH A FROM CROSS CONTAMINATION OR NOT KNOWING WHAT THE FOODS CONTAIN. ALSO I AM HAVING TO EAT ITEMS SO I DON'T LOOSE WEIGHT THAT ARE NOT ON MY PHYSICIAN HEART PRESCRIBED DIET I NEED TO SPEAK TO THE DIETICIAN AND DR RUA ABOUT THIS PROBLEM I AM GETTING HIVES AND INTERNAL BLEEDING FROM THESE ALLERGIC REACTION*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES REQUEST FORM
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| *[illegible]* | *BN78?* | *C 11· 177* |

PATIENT SIGNATURE                                                                 DATE
*[illegible]*                                                                 *2/22/2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE AGAIN SUFFERED A SCY ATTACK AND NEED CREATMENT FOR THE [illegible] SO THEY DONT BECOME INFECTED, BY WHICH BACTERIN HAS RECOMMEND AND I AM RECOMMEND. I ALSO WOULD LIKE TO KNOW DATES OF MY APPOINTMENTS AND WHEN I AM FREE TO SEE THE [illegible]*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**n/a**        7,15

Patient:                  **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /  65 years   /  Male      CDCR: BN2899; BN2899; BN2899

| *Progress Notes* |
| --- |

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

Document Type:                              Outpatient Progress Note
Document Subject:                           CCP office Visit Note
Service Date/Time:                          4/11/2023 11:09 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Hla,Nyo P&S (4/11/2023 11:23 PDT)
Sign Information:                           Hla,Nyo P&S (4/11/2023 11:23 PDT)
Authentication Information:                 Hla,Nyo P&S (4/11/2023 11:23 PDT)

**Chief Complaint**
CCP/follow-up urology for elevated PSA, soy allergy, cardiac diet

**History of Present Illness**
64 years old male patient Mundy with PMH as outlined in Diagnosis & problem lists see here today for CCP.
Patient was seen by urology on 4/6/2023 for elevated PSA and recommend to do a prostate biopsy same scheduled. Keep the appointment.
We had already discussed several times about patient demanded soy free diet, completed evaluation with dietitian and today I offered him again for the soy allergy test but patient refused. Patient demanded cardiac diet and explained to the inmate that CDCR provided heart healthy diet to each and every inmates. Patient demanded he be treated with Coumadin. Explained to the inmate that after the stent he was prescribed dual antiplatelet therapy with aspirin and Plavix and after 12 months he was discontinue Plavix and recommend to continue aspirin 81 mg daily for life and I had never appreciate any heart murmur. As per last cardiology consultation on 3/16/2023 recommend to do echo TTE same scheduled. After that patient will be follow with cardiology. Patient also demanded cardiac catheterization procedure and explained to the inmate that cardiology does not recommend and there is no reason to do that at this point in time.
Reported subjective chest pain on and off and explained to the inmate that he he was prescribed with nitroglycerin sublingual as needed and he is on isosorbide mononitrate extended release 30 mg daily. Also explained to the inmate about 24/7 medical emergency system in place if he had encounter with dying medical emergency. Also there is a sick call slip system named as7362 for nonemergent problem. Patient verbalized understand well. Highly recommend to continue current maximal medical therapy

CCP follow-up scheduled 180 days.

Patient advised to submit a new 7362 should any problems arise or if his current condition worsens.

**Problem List/Past Medical History**
Ongoing
CAD (coronary atherosclerotic disease)
Cellulitis of right leg
Chronic foot pain
Elevated PSA
HTN (hypertension)
Internal hemorrhoids
Neuropathy
S/P coronary artery stent placement
Unintended weight loss
Unspecified anxiety disorder
Unspecified depressive disorder
Historical
Right knee meniscal tear

**Procedure/Surgical History**
Right rotator cuff repair (2017), T-7 fusion (1993).

**Medications**
**Active Medications:**
1-acetaminophen 325 mg Tab (Tylenol)  650 mg 2 tab Oral BID-KOP KOP PRN: pain
aspirin  81 mg 1 tab Oral Daily-KOP KOP
atorvastatin  80 mg 1 tab Oral qPM-KOP KOP
bisacodyl  10 mg 2 tab Oral Daily-KOP KOP
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))  1 tab Oral BID-KOP KOP
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))  1 tab Oral BID-KOP KOP

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

7:16

n/a

| | | | |
|---|---|---|---|
| Patient: | **MUNDY, STANLEY** | | |
| DOB/Age/Birth Gender: | 5/28/1958  /  65 years  /  Male | CDCR: BN2899; BN2899; BN2899 | |

---

### *Progress Notes*

TECHNIQUE:
Multiplanar, multisequence pre and postcontrast enhanced MRI of the abdomen per
hepatic mass protocol. 627 images.

FINDINGS:
Hepatic findings
Previously identified hepatic cysts are not significantly changed. Is seen on
the prior report, there is no suspicious hepatic mass. Previously identified
gastrohepatic ligament lymph node is not as conspicuous on MRI and likely not
significantly changed. Gallbladder is present. Portal vein appears patent.

Additional findings
No abnormality of the spleen, pancreas, or adrenal glands. Simple cyst lower
pole left kidney. No hydronephrosis. No abnormality of the abdominal aorta. No
ascites.

IMPRESSION:
No suspicious hepatic mass.
[1]

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

[1] MRI LIVER W/ CONTRAST; FUJI CONTRIBUTOR_SYSTEM 06/05/2023 13:26 PDT

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | CT Abd & pelvis F/U Office Visit Note |
| Service Date/Time: | 5/23/2023 14:33 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Hla,Nyo P&S (5/23/2023 11:12 PDT) |
| Sign Information: | Hla,Nyo P&S (5/23/2023 14:33 PDT) |
| Authentication Information: | Hla,Nyo P&S (5/23/2023 14:33 PDT); Hla,Nyo P&S (5/23/2023 14:33 PDT) |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                    Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

EXHIBIT  8.1-23 .

PVSP - Pleasant Valley State Prison

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:  5/28/1958  /  63 years  /  Male  CDCR: BN2899

## Assessment Forms

Head Description :  Within normal limits  $3,4$
Mouth :  Within normal limits
Throat :  Within normal limits
Thyroid :  Within normal limits
Teeth :  Within normal limits
Gums :  Within normal limits
GI Signs/Symptoms :  None
Bowel Sounds All Quadrants :  Present
GU Signs/Symptoms :  None
Range of Motion Description :  Full motion
Otm-Affected Extremity :  None
Otm-Mobility :  Ambulatory
Behavior :  Appropriate
Otm-Suicidal Ideation :  No
Otm-Homicidal Ideation :  No
Otm-OB/GYN :  Not applicable
Preterm Labor Signs/Symptoms :  None
Otm-Gyn :  None

Askew, Charles RN - 2/22/2022 16:11 PST

**Assess/Plan/Eval**
Assessment :  Impaired comfort related to chest pain as evidenced by pt verbal
Plan :  Pt will continue medications and have F/U appointment with PCP in one day
Sp-Intervention :  Assess, V/S, Pt Education
Sp-Evaluation :  Pt will F/U with PCP in one day

Askew, Charles RN - 2/22/2022 16:11 PST

**Follow-up / Disposition**
Nurse Calling Provider. :  Askew, Charles RN
Name of Provider Contacted :  Uwaoma, Chituru NP
Date and Time Call Returned :  2/22/2022 15:35 PST
Otm-Follow-Up Required :  Yes
Otm-Follow-Up appointment type: :  Offsite F/U Urgent=within 3 business days
TTA - Disposition To: :  Return to housing, Other: Pt placed on 14 days quarantine
Mode of Disposition Via: :  Ambulatory
Release to Custody :  Yes
Released Time :  2/22/2022 15:15 PST
Pt. with Poss Substance Use r /t Complication :  No

Askew, Charles RN - 2/22/2022 16:11 PST

**TB Disease Signs and Symptoms Screening Offsite**
Chills
Fever :  No
Chills :  No
Fatigue :  No
Night Sweats :  No

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

MUNDY, STANLEY
5/28/1958

Case 2:23-cv-00061-WBS-AC   Document 11   Filed 10/18/23   Page 103 of 177

BN2899

00003411491363BN2899
* Auth (Verified) *

8.2

History and Physical                                                ZZZMUNDY, STANLEY - 2520335854(MHB)
* Preliminary Report *

**Report :** US Vasc Dplx Ven Low Ext Rt
Name:  STANLEY ZZZMUNDY DOB: 5/28/1958 Age: 63 Sex: M
ACCT:  66006467527 LOCATION:  ERDP Status:
MRN:  2520335854 Exam Date/Time: 12/02/2021 at 13:07
Referring Physician:
PETER K. ELLIS

PROCEDURE: US VASC DPLX VEN LOW EXT RT
COMPARISON: None.
INDICATIONS: poss dvt

FINDINGS: (Includes CFV, proximal, mid and distal SFV, and popliteal
veins.)
THROMBI: None visible.
COMPRESSION: Normal.
COLOR/DUPLEX: Normal color Doppler signal and augmentation.
OTHER: Negative.

CONCLUSION:

No deep venous thrombosis of the right lower extremity.


**Assessment/Plan**
#Right leg cellulitis
-Start on empiric antibiotics with vancomycin and Zosyn
-Follow-up blood cultures
-CT scan of right lower extremity to rule out any underlying abscess/fasciitis

#Right lower extremity swelling
-2/2 to infection with lyphadenopathy
-Lower extremity ultrasound negative for DVT

#Multiple scabbed excoriations
--Suspicion for skin picking/delivery trauma although patient denies it

#Hypertension
-Resume lisinopril 10 mg

#Leukocytosis secondary to underlying infection
-Continue to monitor

Plan:
Admit to MedSurg
Start empiric antibiotics with vancomycin and Zosyn
Norco 5/3/2025 every 4 hours for pain control
Resume home medication
Follow blood cultures
CT scan of lower extremities
CODE STATUS--full
Daily labs in a.m.
Orders:
  Tylenol oral TABLET, 650 mg, PO, Tab, q4hr Priority: Routine PRN Temperature,
  Temp greater than 38 C, Start: 12/02/21 14:53:00 PST


Printed by: Singh, Manpreet RN
Printed on: 12/06/2021 13:56 PST

Page 3  of 4

MUNDY, STANLEY
5/28/1958

Case 2:23-cv-0006 WBS-AC    Document 11    Filed 10/18/23    Page 104 of 177

BN2899
BN2899
1069 003411491363

*Auth (Verified) *

&.3

Patient: ZZZMUNDY, STANLEY  DOB: 5/28/1958

*(several lines of faded, illegible text)*

| Sending Facility Information | Patient Information |
|---|---|
| **Name:** Mercy Hospitals of Bakersfield | **Name:** ZZZMUNDY, STANLEY |
| **Address:** 2215 Truxtun Ave | **DOB:** 5/28/1958 |
| Bakersfield, CA | **Sex:** M |
| 93301 | **SSN:** |
| **Phone:** (661) 632-5000 | **Phone:** (559)935-4900 |
| | **MRN:** 2520335854 |

**Document: ED Physician Notes**                                    Status:  F

**Observation Date Time:**  12/2/2021 12:53:16

**Dictating Physician:**  ELLIS, PETER S

**Ordering Physician:**

**CC Physician:**

---

```
  Patient:  ZZZMUNDY, STANLEY     MRN:  2520335854     FIN:  66006467527
  Age:  63 years      Sex:  M     DOB:  05/28/1958     Active Insurance:  CORRECTCARE
INTEGRATED 8405-84510
  Admitting MD:        Location:  MHB DED: :      PCP:  PCP, Unknown
  Author:  Ellis, Peter S MD
Date/Time
    Admit Date:    12/02/21 12:27
Provider Contact Time:
  12/02/2021 12:51
Chief Complaint
 No results found.
 No results found.
History of Present Illness
    This patient is a 63-year-old individual who resides at a prison.  He has no history
of diabetes.  Patient does have a history of inflammatory bowel disease.  Patient states
the subjective formation of multiple cutaneous abscesses and now has a very painful
abscess involving his right leg.  The patient has been on oral antibiotics at the prison
and did receive an IM shot of an unknown medication prior to transfer.  Patient states
that he had some heart palpitations last night but no chest pain and has also complained
of some mild shortness of breath and tenderness and pain in the leg.  Patient currently
is resting comfortably is otherwise in no distress
Review of Systems
    All 10 systems are reviewed and are negative except as described in history of
present illness
Physical Exam
    HEENT: normocephalic, atraumatic, pupils PERRLA, EOMI, nl fundi, discs sharp and flat,
no papilledema
   Pharynx: No induration no erythema normal tonsils clear patent airway
   EARS: TMs normal, no effusion no external auditory canal abnormalities
   NEURO: GCS 15, awake ,alert and oriented x 3, CN normal, sensory, motor, cerebellar
exams normal, nonfocal nonlocalizing exam
   NECK: Supple no meningismus, no thyromegaly no lymphadenopathy no masses normal jugular
venous pressure
   LUNGS: Clear to auscultation without rales rhonchi or wheezing good respiratory effort
clear patent airway
   HEART: Regular rate and rhythm without murmur rub gallop or click normal PMI
   ABDOMEN: Nontender soft, Bowel sounds are present and active there is no organomegaly
mass or pulsatile masses present
   EXTREMITY: There is diffuse generalized edema to the right lower extremity with out
evidence of fluctuance there is a local area of soft tissue swelling over the right
lateral knee area there is also a small abscess developing on the left lateral knee.
There is ipsilateral adenopathy on the right and lymphangitic streaking present pulses
are 2+ and symmetric throughout, distal neurovascular exam is normal
  GU: Normal genitalia for sex and age
   musculoskeletal: Normal motor function, no evidence of injury or deformity
  Vascular: Normal pulses throughout with no deficits
```

PVSP

**PVSP - Pleasant Valley State Prison**

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /   Male           CDCR: BN2899

---

### Admit/Transfer/Discharge Information

---

#### Visit Information

| Recorded Date | 1/4/2022 | 12/31/2021 | | | |
|---|---|---|---|---|---|
| Recorded Time | 08:54 PST | 08:15 PST | | | |
| Recorded By | Casillas,Maria MA | Hoggard,Ryan RN | | | |
| Procedure | | | | Units | Reference Range |
| Chief Complaint | See Below T11 | - | | | |
| Last Tetanus | - | Unknown | | | |
| Pregnancy Status | - | N/A | | | |

Textual Results
T11:    1/4/2022 08:54 PST (Chief Complaint)
Reason for Visit : assess chronic knee pain and internal hemorroids

| Recorded Date | 12/16/2021 | 12/9/2021 | 12/7/2021 | | |
|---|---|---|---|---|---|
| Recorded Time | 13:30 PST | 09:46 PST | 09:09 PST | | |
| Recorded By | Gomez Pimentel,Karla P&S | Casillas,Maria MA | Sinclair,Joy RN | | |
| Procedure | | | | Units | Reference Range |
| Chief Complaint | **follow up R leg cellulitis** c3 | See Below T12 | See Below T13 f6 | | |

Textual Results
T12:    12/9/2021 09:46 PST (Chief Complaint)
Reason for Visit : R knee cellulitis
T13:    12/7/2021 09:09 PST (Chief Complaint)
was discharged back to GP arrived 12/6/2021.  Orders are in place for Bactrim DS 800 mg bid / Keflex 500 q 8 hours X 10 days N/A.  He will also require daily wound dressing changes X 5 days cleanse NS, pat dry, apply skin prep, apply silver alginate cover

Corrected Results
c3:    Chief Complaint
Date and time corrected from 12/16/2021 08:06 PST on 12/16/2021 13:30 PST by Gomez Pimentel, Karla P&S
Corrected from Can't walk very far shortness of breath. on 12/16/2021 13:30 PST by Gomez Pimentel, Karla P&S
Date and time corrected from 12/16/2021 08:35 PST on 12/16/2021 08:43 PST by Long, Sokha RN

Result Comments
f6:    Chief Complaint
covered w half a stack of 4X4 gauze and secured w/ kerlix and tape daily / orders in place.  Discharge summary and records attached.

**Mundy, Stanley** BN2899 a 63 year old from A yard was sent out code 1 state car to Mercy Bakersfield for right knee cellulitis on 12/2/2021. Ultrasound ordered to r/o DVT - negative. Admitted to MS floor for further work up and IV Abx.  CBC - WBC 7.4 down from 17.3 on admission/ Blood negative / afebrile. CT scan lower extremity showed subcutaneous edema indicative of cellulitis / negative for abscess. Current

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

85

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
**CDCR 7362 (Rev. 03/19)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION



**PART I: TO BE COMPLETED BY THE PATIENT**

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BN2899 | C14 148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 4/28/22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) FOR OVER A YEAR I ~~[illegible]~~ HAVE BEEN HAVING BOILS OVER MY BODY, IN NOVEMBER 2 WERE REPORTED TO PVSP MEDICAL STAFF, TREATMENT WAS REFUSED DATE NOVEMBER ONE BECAME VERY BAD, RESULTING IN HOSPITALIZATION, MERCY HOSPITAL BELIEVED THE DELAYED TREATMENT CAUSED THE INFECTION TO GO INTO MY TISSUES AND BONES MY RIGHT KNEE IS STILL DISCOLORED, BLACK RED AND SWOLLEN THE PAIN CAUSES ME TO NOT SLEEP AND NOW WALK WITH A LIMP. I NEED THIS TO BE MRI OR SEEN BY A SPECIALIST THAN YOU.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

11

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| SHAIN MUNDY | GN2B99 | C 14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| SMmdly | 4/29/22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I NEED TO HAVE AN MRI OF MY RT KNEE AND SHIN. I WAS RELEASED FROM THE HOSPITAL 12-6-21 MY KNEE AND SHIN IS STILL SWOLLEN BLACK AND RED, MY KNEE CLICKS WHEN I WALK. I AM OUT OF TYLENOL ALTHOUGH IT DOES NOT HELP, THIS PAIN WAKES ME UP AND KEEPS ME FROM SLEEPING IF I CAN FALL ASLEEP. I DONT KNOW WHICH PAIN IS WORSE, MY LEG, COLON STOMACH. I JUST WANT TO SLEEP AND HAVE A DAY WITHOUT SUCH PAIN. PLEASE.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*URGENT   (COMPLETED AT WINDOW)*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME *Mundy* | CDCR NUMBER *BN-899* | HOUSING *C14 :48* |
|---|---|---|

| PATIENT SIGNATURE *M* | DATE *5-4-2022* |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE SUCH SEVERE PAIN IN MY RT LEG (SHIN ) KNEE WITH SWELLING IT IS BLACK, BLUE RED AND NOT GETTING BETTER. THIS HAS PERSISTED SINCE 11-15-21 OVER 6 MONTH I NEED IMMEDIATE HELP*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

17

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| *MUNDY* | *BN2899* | *C14-148* |

| PATIENT SIGNATURE | DATE |
|---|---|
| *Mundy* | *5-12-2022* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE HAD SEVERE LEG PAIN AND SWELLING IN MY RT KNEE, SHIN AND LEG SINCE FEB-UARY 2022, FROM A SEVERE INFECTIONS, IN WHICH I WAS HOSPITALIZED, MERCY HOSPITAL BAKERS-FIELD WANTED ME TO RETURN FOR MRI'S TO SEE IF THE INFECTION WENT INTO MY BONES & LIGAMENTS ISSUES, MY LEG STILL IS SWOLLEN, EXTREMELY PAINFUL I WAS SUPPOSED TO BEE RE SEEN, MON, DAY THE 9th I WASN'T I NEEDED IMMEDIATE ATTENTION, PAIN RELIEF PLEASE THE PAIN SWELLING CONTINUE*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

*13*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | |
|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☒     DENTAL ☐     MEDICATION REFILL ☐

| NAME  MUNDY | CDCR NUMBER  BN2899 | HOUSING  C14.148 |
|---|---|---|
| PATIENT SIGNATURE | | DATE  5-24-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) DRMILA RECOMMENDED I SEE YOU. I AM HAVING SEVERE TROUBLE SLEEPING BECAUSE OF THE LEG PAIN CAUSE BY THE INFECTION I HAD 6 MONTHS AGO, I AM HAVING CONFUSION, DIZZINESS AN CONCENTRATION ISSUES I DONT KNOW IF THIS IS JUST THE LEG PAIN OR MY SEVERE INTERNAL RECTAL BLEEDING THAT HAS CONTINUED FOR 4-7 YEARS. THIS IS EFFECTING MY HEALTH MENTAL STATE EFFECTING MY ABILITY TO DO NORMAL EVERYDAY THINGS, WHY HAS TREATMENT BEEN DECLINED CAN YOU HELP ME

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

14

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN1899 | C-14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 6-17-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

I NEED MY LEG LOOKED AT IMMEDIATELY, I NEED A KNEE BRACE, WRA, IT HAS BEEN 7 MONTH SINCE MY LEG INFECTION, THE TYLENOL AND OTHER MEDICATIONS DONT WORK I CANT SLEEP WELL, MY RIGHT LEG IS SWOLLEN, DISCOLORED AND WITH BLACK AND BLUE SPOTS ALSO THE MOLE ON MY RIGHT SHOULDER THE AREA AROUND IT BECAME, DISCOLOR AND DOUBLED IN

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

n/a

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:       5/28/1958   /   65 years    /   Male        CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

---

Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

Document Type:                              Progress Note-LVN
Document Subject:
Service Date/Time:                          6/28/2022 18:29 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Aliferka,Alena LVN (6/28/2022 18:40 PDT)
Sign Information:                           Aliferka,Alena LVN (6/28/2022 18:40 PDT)
Authentication Information:                 Aliferka,Alena LVN (6/28/2022 18:40 PDT)

I/p reported to C clinic at 1815 with c/o swollen right leg . Inmate stated that he noticed swelling and tenderness about 3-4 days ago.  VS 133/75, HR 69, O2  98, temp 98.2. Measurements  of lower extremities are following: right ankle 23 cm, right mid cuff 32 cm, right upper cuff 37.5 cm and right knee 41cm. Left ankle 23cm, left mid cuff 31cm, upper cuff 38cm and left knee is 38 cm. TTA RN was notified. I/P was advised to use KOP lidocaine and tylenol, turn in another 7219. I/p was advised to notify medical if worsening in symptoms occurs. Inmate will be seen by  RN tomorrow on 6/29/22. Inmate verbalized understanding , and returned to his housing at 18.30.

---

Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

Document Type:                              Progress Note-LVN
Document Subject:                           clinic visit
Service Date/Time:                          6/3/2022 10:16 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Ansari,Neelofar LVN (6/3/2022 10:18 PDT)
Sign Information:                           Ansari,Neelofar LVN (6/3/2022 10:18 PDT)
Authentication Information:                 Ansari,Neelofar LVN (6/3/2022 10:18 PDT)

Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter
I/P came to C - clinic ambulatory alert and oriented complaining of pain to right knee at 0945 hours, vital sign taken and recorded. RN HERNANDEZ in c yard notified

---

Document Type:                              Progress Note-Medical Assistant
Document Subject:                           EKG Completed
Service Date/Time:                          3/14/2023 12:01 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Robinson,Nicole MA (3/14/2023 12:01 PDT)
Sign Information:                           Robinson,Nicole MA (3/14/2023 12:01 PDT)
Authentication Information:                 Robinson,Nicole MA (3/14/2023 12:01 PDT)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                      Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

18.12

STANLEY MUNDY
BN2899

**Unit:** MCSP C 014 1 - **Room:** 148 - **Bed:** 148001LentInfo

**YOUR LAB TEST RESULTS  DONE ON 7/6/2022 HAVE BEEN EVALUATED AND
THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat
indicating your appointment time.

Hla, Nyo P&S

Sincerely,

California Correctional Health Care Services

n/a

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /   65 years       /   Male          CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

IP reported to clinic for a EKG. EKG was completed, results elevated to PCP for review. IP able to leave and left in stable condition and was advised to submit a 7362 for further concerns.

Electronically Signed on 09/14/2022 01:46 PM PDT

---

Robinson, Nicole MA, MA

---

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

TTA Progress Note
TTA transfer
7/8/2022 11:18 PDT
Auth (Verified)
Snook,Brian P&S (7/8/2022 11:21 PDT)
Snook,Brian P&S (7/8/2022 11:21 PDT)
Snook,Brian P&S (7/8/2022 11:21 PDT)

TTA transfer of care note
Patient presents to TTA under direction of Dr. Hla who is recommending the patient be sent out Urgent for septic knee rule out
Currently the patient admits to knee pain right

Objective

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| **Heart Rate Peripheral** | 61 bpm  (JUL 08 10:06) |
| **Resp Rate** | 14 br/min  (JUL 08 10:06) |
| **SBP** | 127 mmHg  (JUL 08 10:06) |
| **DBP** | 85 mmHg  (JUL 08 10:06) |
| **SpO2** | 97 %  (JUL 08 10:06) |
| **Weight** | 89.81 kg  (JUL 08 09:48) |
| **Height** | 176 cm  (JUL 08 10:06) |
| **BMI** | 0  (JUL 08 10:06) |

Gen: well dev well nourished in NAD
HEART: RRR no murmurs
Lungs: clear to auscultation bilaterally
LE: Rknee mild moderate effusion
Neuro: CN II-XII grossly intact

Assessment and Plan
Recent knee arthrocentesis showing synovial fluid 1500, culture pending, MRI showing meniscal tear
Patient transported Urgent state car for further management and workup
The patient remained stable clinically with no significant worsening of symptoms or evidence of hemodynamic instability until transport
—

Patient informed of plan of care, all questions answered, patient repeated plan of care in his own words. ATIENT NAME: STANLEY MUNDY
MRN: 11491363
DOB: 05/28/1958
ACCOUNT: 10000002711491363BN2899

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                    Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

n/a

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /  65 years    /  Male       CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

ORDERING PHYSICIAN: N. Hla
Service Date: 07/06/2022

EXAMINATION: MRI KNEE RIGHT W/O CONTRAST

CLINICAL HISTORY: Suspected meniscal tear, right knee pain and knee locking
weekly, limited ROM, daily joint catching

COMPARISON: None

TECHNIQUE: The following pulse sequences were acquired of the knee: fat
saturated fast spin echo proton density sagittal, spin echo T1 coronal, fat
saturated fast spin echo proton density coronal, and fat saturated fast spin
echo proton density axial.

FINDINGS:

Menisci: Posterior horn medial meniscal tear with inferior surface extension.
Small radial tear, lateral meniscus, body segment.

Ligaments: The anterior and posterior cruciate ligaments are intact. The medial
and lateral collateral ligaments are intact.

Extensor mechanism: Intact quadriceps and patellar tendon. Partial-thickness
tear of medial patellofemoral ligament associated with subjacent edema.

Osseous structures/articular structures: The bone marrow signal intensities are
within normal limits. Small partial-thickness cartilage defect, medial patellar
facet.

Fluid: Large joint effusion. Small intra-articular body within anterior
intercondylar notch space. 8mm body in suprapatellar joint space. Suprapatellar
synovial hypertrophy.

IMPRESSION:

1. MEDIAL AND LATERAL MENISCAL TEARS.
2. MEDIAL PATELLOFEMORAL LIGAMENT TEAR/INJURY.
3. LARGE JOINT EFFUSION WITH INTRA-ARTICULAR BODIES AND SYNOVIAL HYPERTROPHY

Electronically Signed by: CSchultz, MD  [1]

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility:
MCSP,Encounter Type: Institutional Encounter

[1] MRI KNEE RIGHT W/O CONTRAST; 07/06/2022 11:53 PDT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  74545709                                    Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

n/a

Patient:                      **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  65 years  /  Male        CDCR: BN2899; BN2899; BN2899

---

### *Progress Notes*

---

Osseous structures/articular structures: The bone marrow signal intensities are within normal limits. Small partial-thickness cartilage defect, medial patellar facet.

Fluid: Large joint effusion. Small intra-articular body within anterior intercondylar notch space. 8mm body in suprapatellar joint space. Suprapatellar synovial hypertrophy.

IMPRESSION:

1. MEDIAL AND LATERAL MENISCAL TEARS.
2. MEDIAL PATELLOFEMORAL LIGAMENT TEAR/INJURY.
3. LARGE JOINT EFFUSION WITH INTRA-ARTICULAR BODIES AND SYNOVIAL HYPERTROPHY
  [2]
PATIENT NAME:  STANLEY MUNDY
MRN:  11491363
DOB:  05/28/1958
ACCOUNT:  10000002711491363BN2899
ORDERING PHYSICIAN:  N. Hla
Service Date:  06/01/2022

CLINICAL INDICATION: Low back pain with PMH of Fracture .
COMPARISON: None
TECHNIQUE: 2 lateral flexion/extension views of the lumbar spine.

FINDINGS:

No abnormal subluxation.
Vertebral body heights and disc spaces appear preserved.
Small clip overlying the posterior paraspinous soft tissues at the T12-L1 level.

IMPRESSION:

NO ABNORMAL SUBLUXATION

Electronically Signed by: BBrown, MD

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   74545709                                  Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

n/a    8.16.

Patient:                **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  65 years   /  Male          CDCR: BN2899; BN2899; BN2899

---

### Progress Notes

FINDINGS:

Menisci: Posterior horn medial meniscal tear
with inferior surface extension.
Small radial tear, lateral meniscus, body
segment.

Ligaments: The anterior and posterior cruciate
ligaments are intact. The medial
and lateral collateral ligaments are intact.

Extensor mechanism: Intact quadriceps and
patellar tendon. Partial-thickness
tear of medial patellofemoral ligament
associated with subjacent edema.

Osseous structures/articular structures: The
bone marrow signal intensities are
within normal limits. Small partial-thickness
cartilage defect, medial patellar
facet.

Fluid: Large joint effusion. Small intra-articular
body within anterior
intercondylar notch space. 8mm body in
suprapatellar joint space. Suprapatellar
synovial hypertrophy.

IMPRESSION:

1. MEDIAL AND LATERAL MENISCAL TEARS.
2. MEDIAL PATELLOFEMORAL LIGAMENT
TEAR/INJURY.
3. LARGE JOINT EFFUSION WITH
INTRA-ARTICULAR BODIES AND SYNOVIAL
HYPERTROPHY
   [1]

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 1000002711491363BN2899,Facility:
MCSP,Encounter Type: Institutional Encounter

[1] MRI KNEE RIGHT W/O CONTRAST; 07/06/2022 11:53 PDT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                          Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

n/a

Patient:                           **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  65 years    /   Male          CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

Document Type:                              Progress Note-Nurse
Document Subject:                           Emergency Response/TTA RN Summary
Service Date/Time:                          7/8/2022 11:52 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Chase,Mary RN (7/8/2022 11:58 PDT)
Sign Information:                           Chase,Mary RN (7/8/2022 11:58 PDT)
Authentication Information:                 Chase,Mary RN (7/8/2022 11:58 PDT)

### Reason for Visit/Chief Complaint
Fr-chief complaint: Other: R knee pain and swelling (07/08/22 10:06:00)
Mechanism of Injury: Other: Reports has had pain ans swelling in R knee. (07/08/22 10:06:00)

I/P sent from C clinic by clinic PCP.  I/P to transfer to SJGH Code 1 State Car for clinical workup to r/o septic joint.
TTA MD has received report from Dr Hla.  R knee with inflammation and measured to be larger than L knee.
Initially with pain 3/10 but at transfer and escort to state vehicle I/P with no c/o and no evidence of pain. VSS.

### Prior to Arrival at TTA
No qualifying data available.

### Vital Signs
**Last Recorded Vital Signs:**

| Event Name | Event Result | Date/Time |
|---|---|---|
| Temperature Temporal Artery | 36.4 DegC | 11:24 |
| Temperature Temporal Artery | 36.5 DegC | 09:48 |
| Temperature Infrared IR | 36.4 DegC | 10:06 |
| Peripheral Pulse Rate | 74 bpm | 11:24 |
| Peripheral Pulse Rate | 61 bpm | 10:06 |
| Peripheral Pulse Rate | 60 bpm | 09:48 |
| Respiratory Rate | 14 br/min | 11:24 |
| Respiratory Rate | 14 br/min | 10:06 |
| Respiratory Rate | 18 br/min | 09:48 |
| Systolic Blood Pressure | 124 mmHg | 11:24 |
| Systolic Blood Pressure | 127 mmHg | 10:06 |
| Systolic Blood Pressure | 119 mmHg | 09:48 |
| Diastolic Blood Pressure | 74 mmHg | 11:24 |
| Diastolic Blood Pressure | 85 mmHg | 10:06 |
| Diastolic Blood Pressure | 68 mmHg | 09:48 |
| Mean Arterial Pressure, Cuff | 99 mmHg | 10:06 |
| Mean Arterial Pressure, Cuff | 85 mmHg | 09:48 |
| SpO2 | 98 % | 11:24 |
| SpO2 | 97 % | 10:06 |
| SpO2 | 99 % | 09:48 |

### Incident Timeline
TTA-Arrival Time of Patient: 07/08/22 10:06:00
Mode of Arrival on Unit: Ambulatory
Other Provider #1 Called: Snook, Brian P&S
Other Provider #1 Called Time: 07/08/22 10:09:00
Other Provider #1 Arrive Time: 07/08/22 11:12:00
Provider Notification Reason: Other: sent from C clinic for transfer to SJGH
Provider Notification Details: I/P presented to TTA from C clinic.  Clinic physician has transferred I/P to TTA for Code 1 transfer to SJGH. I/P has suspected septic joint R knee.  I/P reports he has had difficulty with his right knee since Nov. or Dec. 2021 when he had a 'blood
Supervisor Called Time: 07/08/22 10:50:00
Watch Commander Called: Mendez
Watch Commander Called Time: 07/08/22 10:20:00
**EMS Times:**
No qualifying data available.

### Problem List/Past Medical History
Ongoing
CAD (coronary atherosclerotic disease)
Cellulitis of right leg
Chronic foot pain
HTN (hypertension)
Internal hemorrhoids
Neuropathy
Right knee meniscal tear
S/P coronary artery stent placement
Unspecified depressive disorder
Historical
No qualifying data

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                                    Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| *Munoy* | *BN2899* | *C-14-148* |

| PATIENT SIGNATURE | DATE |
|---|---|
| *signature* | *7-11-22* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *On 7-8-22 you sent me to San Joaquin Emergency Room, doctor told me the infection has compartmentalized in my knee, that a allergic prolonged reaction can cause immune problems, deterioration of tissues in the locations of reactions, that my primary doctor should send me to an immune or other specialist, orthopedic sore beds and seriously consider a diet change. I would like to talk to you as soon as possible about that.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

25

8119

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BNR899 | C-14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Smjy | 7-25-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) MY LEG STARTED RE-SWELLING OVER 2 MONTHS AGO DOCTOR SAGOL DRAWN FLUID FROM MY KNEE AND DR. HLA TOLD ME THE FLUID SHOWED INFECTION THIS WAS OVER 2WEEKS AGO. I WAS SENT TO SAN JAUCIME HOSPITAL NO INFECTION WAS IN MY BLOOD BUT THEY ASKED WHY I WAS NOT ON ANTIBIODICS. MY KNEE IS HOT EVEN DAY, I NEED TO BE SEEN THIS IS VERY PAINFULL I CANT SLEEP.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

26

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

| PART I: TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | GYM - 15 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 9-10-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I HAVE BEEN IN QUARENTINE OVER 10 DAYS BOTH ON A YARD BLDG 2 AND THE GYM AND AM NOT HAVING ANY SYMTOMS OF COVID AND WOULD LIKE TO RETURN TO MY NORMAL PROGRAM AND BLDG 11 THANK YOU FOR HELPIN THIS MATTER RESPECTFULLY STAN MUNDY_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM
ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

Mundy

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | GYM - 15 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 9-12-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) TO HEALTH NURSE SIERRA I HAVE BEEN HERE AND BLDG 2 OVER 14 DAYS I HAVE NO SYMPTOMS AND NEED TO BE RELEASED PLEASE I HAVE AN ACTIVE LEGAL CASE THANK YOU

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Muxxy | BN2899 | C 11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
|  | 9/14/22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) — I NEED TO FIND OUT APPROXIMATELY HOW SOON I WILL BE TAKEN BACK TO THE SEE THE SURGEON ABOUT MY RIGHT LEG AND KNEE AND IF YOU HAVE PROVIDE HIM WITH BOTH MRI'S OF MY LEG AND KNEE THANK YOU

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

28

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*URGENT PLEASE-*

## PART I: TO BE COMPLETED BY THE PATIENT

| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |
|---|

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Munoy | BN2899 | C11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 9-27-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _THE PAIN RELIEF YOU HAVE GIVEN ME IS NOT WORKING FOR MY KNEE AND RIGHT SHIM, THE TYLENOL AND LIDOCAINE NEITHER IS THE ANTI INFLAMITORY IT HAS BEEN OVER 10 MONTHS SINCE THE INFECTION. AND THE DAMAGE IT CAUSED TO MY MINISCUS. WHY HAS THE SURGEON NOT BEEN PROVIDED MY MRI'S AND WHY HAS IT BEEN OVER A MONTH SINCE I WENT TO THE SURGEON WITHOUT MRIS SO HE AND I COULD AUTHERIZE SURGERY. WHY THE DELAY_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    _I CAN'T SLEEP FROM THE PAIN IN MY KNEE & SHIN YOU WILL ESHID PLEASE GIT ME RELIEF SO I CAN EXERCISE FOR MY HEART._

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 11-7-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) ON 11-7-2022 I WAS AGAIN TALL FOR A SURGICAL CONSULTATION ONCE AGAIN THE DOCTOR WAS NOT PROVIDED THE MRI FILM. THE DOCTOR STATED ALMOST 3 MONTH AGO THE REPORT SHOWED I NEED SURGERY, YET NOT PROVIDING THE FILMS IS DELAYING MY SURGERY. I HAVE EXTENSIVE PAIN IN MY SHIN KNEE RADIATING INTO MY FOOT AND GOING UP INTO MY HIP. MY KNEE FEELS UNSTABLE AND FEELS LIKE IT WILL BUCKLE. PLEASE THE SURGEON MAY GET MEET. I AM ASSURED THIS HAD HAPPEN YET DID.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

8.25

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME *Mundy* | CDCR NUMBER *BN2899* | HOUSING *C-11-127* |
|---|---|---|
| PATIENT SIGNATURE | | DATE *1/25/2023* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I was told over a month ago I was put on priority 2 to have to be surgery which has been delayed due to multiple states failures? that this surgery would be performed no later than January 16, 2023 it is already well past this date for this surgery to have been conducted caused by CDCR, this delay is causing further damage complications to my health on my life*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

*get this surgery then to avoid further suffering*

EXHIBIT  9, 1-17.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /  Male        CDCR: BN2899

## Request for Service

ENCTR Information :   Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN:
10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Sinclair, Joy RN - 2/23/2022 13:11 PST

**Primary_UM RN Review**
Cancelled :   No

Conanan, Marlyn CP&S - 2/23/2022 13:18 PST

UM Nurse Review :   Criteria Met
UM Tracking Number :   PVSP-19/20-1775113
EPRD. :   Expected Parole Release Date (EPRD)
EPRD: 04/27/2084 (07/14/21)
UM RN Comments :   to be seen by a cardiologist within 2/4 weeks from discharge that was 2/22/2022.  I/P s/p stent
placement 2/18/2022
Appointment Type :   Offsite

Sinclair, Joy RN - 2/23/2022 13:11 PST

**2nd/3rd Level Review**
Physician Manager :   Approved
RFS Order Details :   Requested Services for Cardiology:Cardiology Evaluation

Primary Diagnosis:Chest pain (R07.9)
Secondary Diagnosis:CAD (coronary atherosclerotic disease) (I25.10)
Tertiary Diagnosis:S/P coronary artery stent placement (Z95.5)
Ordering Provider:Ana De La Sierra
Requested Start Date and Time:02/23/22 0:01:00 PST
Priority:Routine Priority (46-90 days)
Specialist Name and Instructions:CAD; s/p stent placement
Reason For Request:CAD; s/p stent placement
Requested End Date/Time:05/24/22 23:59:00 PDT

Conanan, Marlyn CP&S - 2/23/2022 13:18 PS⌐

**Problem_List**
Problem List Reviewed :   Yes
Problem :   Adjustment disorders, With mixed anxiety and depressed mood: 309.28 Adjustment disorders, With mixed anxiety
and depressed mood
Cellulitis of right leg
Chronic foot pain
HTN (hypertension)
Internal hemorrhoids
Neuropathy

Conanan, Marlyn CP&S - 2/23/2022 13:18 PS

**Offsite/Consultant Note**
Include Note for Offsite/Consultation Provider :   Yes
Thank you for providing care to our patient. :   In the interest of patient continuity, could you please provide preliminary
instructions for future care while your final consultation/report is being generated?
Any Medication Changes :   X_____,
X_____,

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   52904217                                      Print Date/Time:   3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

MUNDY, STANLEY
5/28/1958
Case 2:23-cv-0006 BWBS-AC   Document 11   Filed 10/18/23   Page 129 of 177
* Auth (Verified) *
BN2899
17000003411491363BN2899

9.2

Physician Note                                          ZZZMUNDY, STANLEY - 2520335854(BMH)
* Final Report *

MPV: 8.3                        eGFR Non-African Am: 75
Neuts: 62.9                     eGFR Afr/Amer: 87
Lymphs: 24.3                    Calcium: 9.0
Monos.:10.3 (H)
Eos.: 1.9
Baso.: 0.6
ABS Neut: 4.6
ABS Lymph: 1.8
ABS Mono:0.6 (H)
ABS Eos: 0.10
ABS Baso: 0.00
CBC Scan: Auto Diff

**Additional**
No qualifying data available.

Diagnostic Results
**Radiology - Full Interpretation, This Encounter**
**Name:** ZZZMUNDY, STANLEY
**Account:** 68006220567
**MRN:** 1000127653
**DOB:** 05/28/1958

==========================

**Result Date:**
**Verified By:** at

:
++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Assessment/Plan**
HTN (hypertension) I10
  Stable

Unstable angina I20.0
 S/p DES to mid and distal RCA x 2 on 2/18
ASA 81mg PO daily
Plavix 75mg PO daily
Atorvastatin 80mg PO daily
Losartan 25mg PO Daily
D/c metoprolol due to bradycardia

Dispo: discussed with on call CDC physician Dr. Konanan on 2/19. She is requesting that the patient stay until Tuesday (Monday
is a holiday) so that CDC case management and on-call physician can discuss possible infirmary placement vs d/c back to general
population at that time.  Since patient had PCI on 2/18, d/c back to general population.
Orders:
  Core Measure Review
  Discharge
  Discharge Activity
  Discharge Diet
  Video Education: Hospital Discharge

**Signature Line**

Pleasant Valley State Prison

FEB 23 2022

Medical Records Dept

Printed by: Zamora, Jessica
Printed on: 02/22/2022 11:28 PST                                      Page 2  of 3

**PVSP - Pleasant Valley State Prison**

Patient:          **MUNDY, STANLEY**

DOB/Age/Birth Gender:   5/28/1958  /  63 years    /   Male          CDCR: BN2899

| *Admit/Transfer/Discharge Information* |
|---|

## Visit Information

Textual Results

T8:   2/18/2022 11:19 PST (Chief Complaint)
a 63 year old from A yard went offsite on 2/16/2022 for hemorrhoidectomy @ Mercy Bakersfield with Dr. Singh. While I/P was being prepped for surgery he complained of chest pain and was having bradycardia upper 40's.  Surgery cancelled and I/P was sent to

Result Comments

f3:   Chief Complaint
ED for work up. Troponin negative. Stress test showed reversible perfusion defect likely circumflex artery / underwent stent placement on 2/18/2022.  Mundy has been accepted by Dr. Conanan to return to GP. I/p to f/u with cardiologist within 1 month (new RFS will need to be placed by PCP).  Plavix and Atorvastatin ordered. Follow up with PCP order in place.

f4:   Chief Complaint
ED for work up. Troponin negative. Stress test showed reversible perfusion defect likely circumflex artery **plan:** to transfer to Bakersfield Memorial for stent placement 2/18/2022 @ 1100. Chase team has been arranged with the watch.

| Recorded Date | 2/17/2022 | 2/4/2022 | 1/20/2022 | | |
|---|---|---|---|---|---|
| Recorded Time | 11:17 PST | 10:40 PST | 13:22 PST | | |
| Recorded By | Sinclair,Joy RN | Castillo,Anitra RN | Gomez Pimentel,Karla P&S | | |
| Procedure | | | | Units | Reference Range |
| Chief Complaint | See Below T9 f5 | - | See Below T10 c2 | | |
| Pregnancy Status | - | N/A | - | | |

Textual Results

T9:   2/17/2022 11:17 PST (Chief Complaint)
a 63 year old from A yard went offsite on 2/16/2022 for hemorrhoidectomy @ Mercy Bakersfield with Dr. Singh.  While I/P was being prepped for surgery he complained of chest pain and was having bradycardia upper 40's.  Surgery cancelled and I/P was sent to

T10:   1/20/2022 13:22 PST (Chief Complaint)
persistent cellulitis + chronic rectal bleeding

Corrected Results

c2:   Chief Complaint
Date and time corrected from 1/20/2022 09:51 PST on 1/20/2022 13:22 PST by Gomez Pimentel, Karla P&S Corrected from hx right leg cellulitis on 1/20/2022 13:22 PST by Gomez Pimentel, Karla P&S

Result Comments

f5:   Chief Complaint
ED for work up. Troponin negative. Stress test being done today. Plan if stress negative make I/P NPO tonight for surgery in the am with Dr. Singh.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 52904217                          Print Date/Time: 3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

* Auth (Verified) *

*9.4*

History and Physical                                    ZZZMUNDY, STANLEY - 2520335854(BMH)
* Final Report *

Result type:        History and Physical
Result Date:        February 18, 2022 21:00 PST
Result status:      Auth (Verified)
Result Title:       Admission H & P
Source Of Report:   Thomas, Katherine C MD on February 22, 2022 9:07 PST
Verified By:        Thomas, Katherine C MD on February 22, 2022 9:07 PST
Encounter info:     68006220567, BMH, Inpatient, 02/18/2022 -

## * Final Report *

Patient: **ZZZMUNDY, STANLEY**  MRN: **2520335854**  FIN:
**68006220567**
Age: **63 years**  Sex: **M**  DOB: **05/28/1958**  Active Insurance:
**CORRECTCARE INTEGRATED 8405-84510**
Admitting MD: **Thompson MD, Caleb**  Location: **BMH 4W: 466: 01**  PCP:
**PCP, No**
Author: **Thomas, Katherine C MD**

### Chief Complaint
Chest pain

### History of Present Illness
This is a 63-year-old gentleman admitted to Mercy Truxton from 2/16 until 2/18 for
chest pain and will be transferred to BMH for cardiac cath with Dr. Thompson on
2/18. Past medical history includes hypertension, hemorrhoids. Patient was
brought to hospital for elective hemorrhoidectomy but complained of chest
pressure prior to surgery and was sent to ED for evaluation. He described
pressure-like chest pain over the left chest that intermittently radiated to his left
arm. Pain is worse during exercise and relieved with rest and nitro. Initial EKG
showed sinus bradycardia, troponin less than 0.01. Given typical nature of patient's
chest pain, he underwent Lexiscan that showed a perfusion defect in the inferior
wall. Dr. Thompson evaluated the patient recommended cardiac catheterization.
He will be transferred to Bakersfield Memorial Hospital to undergo cardiac
catheterization with Dr. Thompson. [1]

### Review of Systems
Constitutional: No fevers, chills, sweats
Eye: No recent visual problems
ENMT: No ear pain, nasal congestion, sore throat
Respiratory: No shortness of breath, cough
Cardiovascular: positive for Chest pain, palpitations, syncope
Gastrointestinal: No nausea, vomiting, diarrhea
Genitourinary: No hematuria
Hema/Lymph: Negative for bruising tendency, swollen lymph glands
Endocrine: Negative for excessive thirst, excessive hunger
Musculoskeletal: No back pain, neck pain, joint pain, muscle pain, decreased range
of motion
Integumentary: No rash, pruritus, abrasions
Neurologic: Alert & oriented X 4
Psychiatric: No anxiety, depression

### Objective
Vitals & Measurements
**T:** 36.7 °C (Oral) **TMIN:** 36.4 °C (Oral) **TMAX:** 36.8 °C (Oral) **HR:** 55
**RR:** 18 **BP:** 129/80 **SpO2:** 98% **Oxygen Method:** Room air

Printed by: Zamora, Jessica
Printed on: 02/22/2022 11:27 PST

### Problem List/Past Medical History
Ongoing
    Anxiety associated with depression
    Cellulitis and abscess of right leg
    HTN (hypertension)
Historical
    No qualifying data

### Procedure/Surgical History
• LEXI SCAN STRESS TEST (02/17/2022)
• Back fusion
• SHOULDER
• Tonsillectomy

### Home Medications
Aceta-Gesic 325 mg-12.5 mg oral
  tablet,  **Not taking**
Anusol-HC 2.5% rectal cream with
  applicator, 1 Appl, PR, BID
aspirin 81 mg oral tablet, chewable, 81
  mg= 1 Tab, PO, Daily
calcium–vitamin D 500 mg-5 mcg (200
  unit) oral tablet
docusate sodium 100 mg oral capsule,
  100 mg= 1 Cap, PO, qDay, PRN
Lasix 20 mg oral tablet, 20 mg= 1 Tab,
  PO, qDay,  **Not taking**
Lipitor 40 mg oral tablet, 40 mg= 1
  Tab, PO, qHS
lisinopril 10 mg oral tablet, 10 mg= 1
  Tab, PO, Daily
Motrin 400 mg oral tablet,  **Not taking**
mupirocin topical 2% ointment, 1 Appl,
  TOP, TID
nitroglycerin (NTG) 0.4 mg sublingual
  tab, 0.4 mg= 1 Tab, SL, q5min, PRN
polycarbophil 625 mg oral tablet, 1250
  mg= 2 Tab, PO, QID
Protonix 40 mg oral delayed release
  tablet, 40 mg= 1 Tab, PO, qDay
Tylenol 325 mg oral tablet, 650 mg= 2
  Tab, PO, q4hr, PRN

### Allergies
Pleasant Valley State Prison

FEB 20 2022

Medical Records Dept

Page 1 of 3

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mandy | BN2899 | C14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *signature* | 6-6-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I WAS PRESCRIBED IMDUR, MONOKET (150 SORBIDE MONITRATE) BY THE TELEMED CARDIOLOGIST AND I NEED THE PRESCRIPTION FILLED ALSO. ORIGINALLY I WAS PRESCRIBED FURO SEMIDE 20 MG BY MY ORIGINAL CARDIOLOGIST. FOR MY HEART AS WELL AND A TRUE CARDIOLOGIST HEART DIET. I WOULD LIKE THESE PRESCRIBED MEDICATIONS AND DIETS GIVEN TO ME AS SOON AS POSSIBLE FOR MY HEALTH. THANK YOU

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    I AM HAVING SEVERE FATIGUE, HEART PAIN STILL

75

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | JN2899 | C 11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Stanly | 12-13-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) THE LAST 2 NIGHTS, I HAVE HAD VERY BAD HEART PAINS I HAVE WOKEN UP WITH THESE PAINS AND A FAST HEART RATE HAD TO TAKE NITRO, BLOOD PRESSURE MEDICINE AND ASPRIN TO CALM MYSELF, CAN YOU SCHEDULE AN APPOINTMENT WITH MY CARDIOLOGIST PLEASE, THIS IS BECOMING MORE OFTEN

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Stan Mundy | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *(signature)* | 1/24/2023 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I have been having significant heart pains. I need to see my cardiologist and my dietician about going the prescribed "coronary artery" diet and to address the continuing, worsening pain, fatigue, exhaustion. Also I would like the dietician to return me to the kosher supplements*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Munoy | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 1-3-2023 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe your health problem and how long you have had the problem) *I NEED TO SEE MY CARDIOLOGIST. I HAVE BEEN HAVING SEVERE HEART PAINS THAT LAST 7-8 DAYS STOP FOR A COUPLE OF DAYS AND THEN RETURN THE PAIN LEVEL VARY ABOUT 6-7 AND ARE CONSTANT. SOME TIMES THE NITRO HELPS OTHER TIMES IT DOES NOT, BUT IT IS CONCERNING DUE TO THE DAMAGE DONE TO MY HEART A YEAR AGO. THANK YOU.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME *Stan Mundy* | CDCR NUMBER *BN2899* | HOUSING *C11-127* |
|---|---|---|
| PATIENT SIGNATURE | | DATE *1/31/2023* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  *I really need to see my cardiologist and the dietician. I was put on an artificial coronary heart diet back in 9/2022. I am having continuous heart pain again in the same area of my heart and artery where the damage was previously. I am suffering facile weakness pain similar to the surgery before. I cannot eat most of what I am given but am forced to. I need this diet asap.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | C-11-127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 2/18/2023 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I FIRST NEED TO HAVE MY ENSURE RE-INSTATED. I AM AGAIN RECEIVING ONLY ENSURE CLEAR. I ALSO WISH TO SEE MY CARDIOLOGIST. I HAVE BEEN STILL HAVING CONSIDERABLE HEART PAIN AND I NEED MY NITRO REFILLED. LASTLY I SAW THE OPTOMETRIST ABOUT MY WORSENING EYE PROBLEMS AND HE PRESCRIBED A STRONGER ADDITIONAL MULTI VITAMIN) TO PROTECT MY VISION DAMAGE CAN YOU SEE THESE BASIC NEEDS ARE MEET THANK YOU_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

"EMERGENY REQUEST"

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| MUNDY | BN2899 | C-14-148 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 2-23-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) THIS MORNING I WENT TO PILL CALL AND I WAS TOLD MY PLAVIX AND LOSARTAN MEDICATION RAN OUT. THIS IS MEDICATION I NEED FOR THE REST OF MY LIFE, PRESCRIBED BY CARDIOLOGIST CALEB HAMILTON AND CONFIRMED BY MSCP DOCTOR HLA. THIS IS THE 3RD TIME THIS MEDICATION HAS BEEN STOPPED OR NOT PRESCRIBED, AND DR. AT FRESNO HOSPITAL SAID IS RE-BLOCKING MY STENTS.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

8

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2049 | C·11·127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 4-1·2023 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  I Have Severe Heart Pain That Has Caused me To Be Light Headed Dizzy, Shortness of Breath That I Fe I Have Passed Out, Causing Confusion And That my Heart Slows on Skips a Beat

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:          MEDICAL ☒          MENTAL HEALTH ☐          DENTAL ☐          MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Munoy | BN2899 | C 11 127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Tom Mahy | 4/7/23 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I AM HAVING SERIOUS HEART PROBLEM HIGH, VERY LOW, HEART RATES BLOOD PRESSURE IN FEB 2022 CARDIOLOGIST CALEB HAMILTON PRESCRIBED ME TO RETURN FOR FURTHER DIAGNOSIS OF POSSIBLE DAMAGE TO THE INTERIOR WALL OF MY HEART HE ALSO PRESCRIBED THE CARDIAC DASH & CARDIAC HEART HEALTY DIET AND RECOMMEND YOU PLACE ME ON A NON SDY DIET. LASI MONTH YOUR OWN CARDIOLOGIST RE-PRESCRIBED ALL 3 OF THESE MEDICAL DIETS WHICH THIS PRISON

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM CAN PRESCRIBE AND I WAS SENT TO TO GET THIS CARE PLEASE I AM HAVING DIZZINE AND OTHE SYMPTOMS DIZZINESS PAIN IN MY CHEST RT ARM WONT LIE BEFORE MY HEART GO BEATS

n/a

9.14

Patient:                        **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958   /   65 years     /   Male          CDCR: BN2899; BN2899; BN2899

| *Progress Notes* |
|---|

understood the plan of care by repeating the care back to me in their own words. I also discussed that if his current symptoms worsened or changed in any meaningful way that he should return sooner than otherwise scheduled for follow up care.
If new medications were provided today, possible side effects were discussed.

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000002711491363BN2899,Facility: MCSP,Encounter Type: Institutional Encounter

Document Type:                              Phone Message/Call
Document Subject:                           MOD Note
Service Date/Time:                          7/30/2023 11:11 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Aung,Sandar P&S (7/30/2023 11:27 PDT)
Sign Information:                           Aung,Sandar P&S (7/30/2023 11:27 PDT)
Authentication Information:                 Aung,Sandar P&S (7/30/2023 11:27 PDT)

MOD note

Received a call from TTA RN Hilton @ 10:37 on 07/30/23.

I did not see this patient in person.

65 y/o M with elevated PSA, hepatic cyst, h/o of CAD and s/p stent in february 2022. He reports to TTA stating that he has had chest pain 2 days ago while he was exercising. He has stent put in one and half year ago, and has been having intermittent chest pain since stent put in. Seems to be completed with plavix, currently on only aspirin for antiplatelet , BB , statin, ACEI and as needed nitro.
He had completed cardiac work up again 4 months ago and he is well compliance on medical optimization with tx.
Echo done on 5/11/23 : Normal apart from mild PR.

Today EKG performed which showed  sinus brady cardia  with 46 HR. He is also an atheletes, working out every day.
**Active Problems** (12)
**CAD (coronary atherosclerotic disease)**
**Cellulitis of right leg**
**Chronic foot pain**
**Elevated PSA**
**Hepatic cyst**
**HTN (hypertension)**
**Internal hemorrhoids**
**Neuropathy**
**S/P coronary artery stent placement**
**Unintended weight loss**
**Unspecified anxiety disorder**
**Unspecified depressive disorder**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   74545709                              Print Date/Time:   9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME
*Murry*

CDCR NUMBER
*BN2899*

HOUSING
*C 11 - 127*

PATIENT SIGNATURE
*[signature]*

DATE
*6/24/23*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe your health problem and how long you have had the problem)

*I NEED TO HAVE THE BIOPSY OF MY PROSTATE AND I WANT TO KNOW THE RESULTS OF THE MRI AND I WANT TO KNOW WHY IT WAS DONE, AGAIN I AM STILL HAVING SEVERE HEART PAINS AND I WANT TO SEE MY CARDIOLOGIST IMMEDIATELY.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |

NAME
*Murphy*

CDCR NUMBER
*BN2899*

HOUSING
*C-11-127*

PATIENT SIGNATURE

DATE
*7-27-23*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE BEEN HAVING INCREASED HEART PAIN ON LEFT UPPER SIDE OF MY CHEST, WITH NUMBNESS IN MY LEFT ARM SOMETIMES LASTING FOR HOURS, I HAVE BEEN TRYING TO EXCERSIZE MILDLY TO STRENGTHEN MY HEART BUT I AM INCREASINGLY FATIGUED AND FORGETFUL,*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

n/a   9,17

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  65 years  /  Male        CDCR: BN2899; BN2899; BN2899

---

## *Progress Notes*

Document Type:                        Outpatient Progress Note
Document Subject:                     OTM cardiology f/uOffice Visit Note
Service Date/Time:                    8/14/2023 10:46 PDT
Result Status:                        Auth (Verified)
Perform Information:                  Min,Alex P&S (8/14/2023 11:04 PDT)
Sign Information:                     Min,Alex P&S (8/14/2023 11:04 PDT)
Authentication Information:           Min,Alex P&S (8/14/2023 11:04 PDT)

### Chief Complaint
Off site medical appointment: Cardiology: s/p coronary artery stent placement. IP has nitro.

### History of Present Illness
65 years old male IP with past medical history of CAD s/p stent in 2022, hypertension came
in today for follow-up OTM cardiology.  He had cardiology follow-up on 8/10/23 and
recommended to have nuclear stress test, Holter monitoring and low-salt cardiac prudent
diet and follow-up with cardiology in 3 to 4 months.  He is feeling fine today and has no
complaints.  Cardiology recommendation was discussed with IP and orders were entered.
IP requesting to see dietitian for cardiac diet and it was also entered.  PCP is not available
today and I am just covering for today.

### Review of Systems
Review of systems:
General: Denies fever, chills, Weight loss, Night sweat.
Heart: Denies chest pain, shortness of breath, palpitation, orthopnea, PND, leg swelling.
Lung: Denies cough, hemoptysis, increased shortness of breath, wheezing,
nocturnal shortness of breath.
GI:  Denies abdominal pain, nausea, vomting, diarrhea, constipation
GU: Denies dysuria, nocturia, frequency, slow urinary flow, urinary incontinence.
Musculoskeletal:  Denies bony bone or muscular pain
Neurology: Denies headache, diplopia, nausea, weakness, numbness.
Spine: Denies extremities weakness, numbness. Denies urinary or bowel incontience or
symptoms. Denies saddle paresthesia. Denies any muscular atrophy.

### Physical Exam

Vitals & Measurements
**T:** 36.5 ºC (Temporal Artery) **HR:** 67 (Peripheral) **RR:** 16  **BP:** 139/80 **SpO2:** 100%
**WT:** 87.1 kg
General exam
GENERAL: Alert and oriented x3.  In no acute distress.
HEENT: atraumatic.  anicteric sclerae,  PERRLA, EOMI.  Nares patent.  Pharynx benign.
NECK: Supple. no cervical adenopathy.
LUNGS: Clear to auscultation bilaterally.
HEART: Regular rate and rhythm, S1, S2.
ABDOMEN: Soft, nontender, and nondistended.  No rebound or guarding.  no CVA
tenderness
Mskel: no joint swelling , normal gait.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGICAL: Grossly intact. MS 5/5 BUE, BLE, neg SLR B.

### Problem List/Past Medical History
Ongoing
   CAD (coronary atherosclerotic disease)
   Cellulitis of right leg
   Chronic foot pain
   Elevated PSA
   Hepatic cyst
   HTN (hypertension)
   Internal hemorrhoids
   Neuropathy
   S/P coronary artery stent placement
   Unintended weight loss
   Unspecified anxiety disorder
   Unspecified depressive disorder
Historical
   Right knee meniscal tear

### Procedure/Surgical History
   • Right rotator cuff repair (2017)
   • T-7 fusion (1993)

### Medications
 **Active Medications:**
1-acetaminophen 325 mg Tab (Tylenol)  650
mg 2 tab Oral BID-KOP KOP PRN: pain
aspirin  81 mg 1 tab Oral Daily-KOP KOP
atorvastatin  80 mg 1 tab Oral qPM-KOP KOP
1-calcium carbonate-D3 500 mg-200 unit
Tab (calcium-vitamin D 500 mg-200 unit (5
mcg))  1 tab Oral BID-KOP KOP
1-docusate 100 mg Cap (Colace)  200 mg 2
cap Oral BID-KOP KOP PRN: constipation
1-isosorbide mononitrate ER 30 mg Tab-ER
(Imdur)  30 mg 1 tab Oral qAM-KOP KOP
losartan  25 mg 1 tab Oral Daily-KOP KOP
1-metoprolol succinate ER 25 mg Tab-ER
(metoprolol succinate (Non-Formulary
Strengths))  12.5 mg 0.5 tab Oral Daily-KOP
KOP
Antioxidant MVI w/Minerals Tab (Systane

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  74545709                          Print Date/Time:  9/19/2023 14:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

# EXHIBIT 10.1-32.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| STANLEY W MUNDY | BN 2899 | B5 32 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Stan Mndy | 4-1-2021 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I SUFFERED A BRAIN INJURY AND CONCUSSION SYNDROME FROM 2 ACCIDENTS BACK IN OCTOBER AND NOVEMBER 2013 SINCE THEN I HAVE SUFFER FROM PASSING OUT. I AM ALSO BOARDERLINE DIABETIC AND HAVE FOOD ALEGRIES TO SOY AND WHITE CARBOHDRATES. NOW I AM GETTING RASHES AND SKIN LESSIONS AND DIAREAH FROM THE FOOD. TYPE II MY SUGAR LEVEL WILL DROP LOW AND CAUSE ME TO PASS OUT. CAN SOMETHING BE

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    DONE FOR MY DIET. THANK YOU,

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/12)

Case 1:23-cv-00061-JWS-AC    Document 11    Filed 10/18/23    Page 147 of 177

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| PVSP | 1047450 71957 | PVSP Inmate Appeals Received MAR 1 6 2022 |

***********TALK TO STAFF IF YOU HAVE AN EMERGENCY***********

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| PLEASANT VALLEY STATE PRISON | BN2899 | | D5-108 |

**INSTRUCTIONS:**

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

THINK CLEARLY, WRITING, COMMUNICATING CLEARLY AND NOW I AM HAVING HEART PROBLEMS, CAUSING DIZZYNESS, NASEA. I ALSO HAVE HAD BAD INFECTION CAUSING DAMAGE TO MY RIGHT KNEE AND LEG. AND I HAVE PROBLEMS CLIMBING STAIRS AND GETTING IN BED, SEVERE PAIN.

**WHY CAN'T YOU DO IT?**

FIRST I HAVE DYSLEXIA, AND SOMETIMES WRITE OR SAY THINGS BACKWARDS THE HEART PROBLEM CAUSES DIZZYNESS, TIREDNESS, CONFUSION. THE DAMAGE TO MY RIGHT LEG AND KNEE IS IN THE BONE AND MY KNEE TRANSLOCATES AND IS SEVERELY PAINFULL CAUSING MUSCLE CRAMPS THAT WAKE ME AT NIGHT

**WHAT DO YOU NEED?**

I NEED HELP OR A COMPUTER TO DO MY LEGAL WORK. I NEED THE PROPER DIETS (NON SOY DIET, HEART HEALTHY DIET) TO KEEP ME FROM HAVING FURTHER HEART AND INTERNAL DAMAGE AND STOP FURTHER INFECTIONS. I NEED TO SEE SOMEONE REGARDING THE SURGURIES I NEED. SEE A SPECIALIST REGARDING THE INFECTIONS AND LEG DAMAGE. I NEED A LOWER TIER, LOWER BUNK CHRONO AGAIN.

*(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☒ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:

I HAVE ASKED FOR MY MEDICAL FILE I HAVE HOSPITAL RECORDS SHOWING PAST BRAIN DAMAGE AND SERIOUS KNEE AND BACK INJURY BUT I WANT TO MAKE COPIES BEFORE I GIVE THEM AGAIN. THEY WERE LOST LAST TIME.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved

**INMATE'S SIGNATURE** _(signature)_     **DATE SIGNED** 3/14/2022

Assistance in completing this form was provided by:

| _(signature)_ | _(signature)_ | |
|---|---|---|
| Last Name | First Name | Signature |

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/17)

*10.3*

MCSP

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use only) | DATE RECEIVED BY STAFF |
|---|---|---|
| *MULE CREEK STATE PRISON* | *165159691162* | MAY 0 3 2022 |

\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\*

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

OOG

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| *STANLEY MUNDY* | *BN2899* | | *C14-148* |

INSTRUCTIONS:

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

① *WRITE NEATLY FOR MORE THAN A PAGE AT A TIME*

② *UNDERSTAND COMPLEX LEGAL ISSUES TO FILE HABEAS CORPUS/LEGAL PAPERWORK/602.*

**WHY CAN'T YOU DO IT?**

① *I HAVE DOCUMENTED NERVE DAMAGE IN MY WRITING HAND, FROM SEVERE NECK INJURY AND SHOULDER SURGERY - MY HAND GOES NUMB.*

② *I HAVE A PREVIOUS BRAIN INJURY TO LEFT LENTIN OF BRAIN, FROM WEAKNESS FROM SPINE 304 ALLERGY AND HEART PROBLEM, AND COMPLICATIONS WITH MILD DYSLEXIA.*

**WHAT DO YOU NEED?**

① *I NEED CASE LAW PRINTED OUT FOR ME SO I CAN NOT HAVE TO COPY IT, OR HAVE SOMEONE COPY THE CASES AND ISSUES FOR ME, WHICH THERE ARE NO RESOURCES FOR THIS. BY PRINTING OUT LAW, I CAN READ & REREAD TO UNDERSTAND AND THEN TRANSPOSE IT. WEONLY GET 4 HRS A WEEK IN LAW LIBRARY.*

② *I ALSO NEED USE OF COMPUTER TO CORRECT GRAMMER ERRORS AND AID ME IN CORRECTING ISSUE TO MAKE IT COMPREHENDABLE FOR COURT. THERE ARE NO SCRIBE PEOPLE AVAILABLE TO DO THIS IN THE LAW LIBRARY* (Use the back of this form if more space is needed)

---

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☐

List and attach documents, if available:

*YES I HAVE MEDICAL MRI, YOU HAVE THEM IN MY MEDICAL RECORDS, DIETITIAN AND DOCTORS STATEMENTS, AND DYSLEXIA DETERMINED BY SUNNYVILLE 1998, DOCTORS AND TEACHERS, I HAVE 2 ACTIVE CASE AND IVE HAD TO FILE EXTENSIONS OF TIME FOR THESE REASONS.*

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

INMATE'S SIGNATURE                    DATE SIGNED *5-2-2022*

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|
| | | |

 **Sutter Health**

## AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS
## TO ACCOMPANY COPIES OF RECORDS

As Required by Evidence Code Section 1561
    Re: Patient: Stanley Mundy
        Date of Birth: 5/28/1958

Deposition Officer/Copy Service:
Requester name:  SUPERIOR COURT OF CALIFORNIA,SACRAMENTO
Reference Number: 17FE010289

Name of business or facility: Sutter Roseville Medical Center
I, Watson, Cindy, declare that:

a.    I am the duly-authorized custodian of the medical records or other qualified witness
     of the above named business and have the authority to certify said records;

b.    The copy of the medical records attached to this affidavit is a true copy of all the
     records described in the subpoena duces tecum or patient authorization, to the
     extent that the business has such records;

c.    The original records were prepared in the ordinary course of business at or near
     the time of the act, condition or event recorded therein;

d.    The records enclosed are (identify the records):
     o  Stanley Mundy  DOB 5/28/58

e.    The records were prepared in the following manner (describe mode of
     preparation-e.g., photocopy, computer generation, etc.)
     o  Records printed from chart as events take place during normal healthcare
       operations

As appropriate:
(f.   The records described in the subpoena duces tecum were delivered to the attorney
     or his or her representative for copying at the custodian's or witness' place of
     business, pursuant to Evidence Code Section 1560(e).)

CERTIFICATION OF NO RECORDS
☐  A thorough search of our records carried out under my direction and control revealed
that this business or facility does not have the records described in the subpoena duces
tecum or patient authorization.

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

/0 25

Executed on: 10/29/18
Executed at:

Sutter Roseville Medical Center
1 Medical Plaza
Roseville, CA 95661
Attn: Medical Records Dept
Phone: (916) 781-1552
Fax: (916) 781-1553

Signature of Affiant: *Cindy Watson*

Affiant's Name:        Watson, Cindy

(Affiant)              Health Information Department

NOTE: If the care center has none of the records described or only a part of the records, the custodian must so state in the affidavit and deliver the affidavit and such records as are available in the manner described above.

*10.6*

- deformity of the medial wall of the right maxillary sinus. There
- is wall thickening and sclerosis involving the walls of the right
- maxillary sinus. Mild mucosal thickening is seen in the sphenoid
- sinus. The remaining visualized paranasal sinuses and mastoid air
- cells are clear.

- ORBITS and SOFT TISSUES: The orbits are within normal limits.
- There is mild soft tissue swelling involving the posterior scalp.
- A 15 x 5 mm subgaleal lipoma is seen in the left occipital scalp.

- BONES: The calvarium and skull base are intact. No focal lesions
- are identified.

- IMPRESSION:

- 1.  No evidence of acute intracranial hemorrhage.
- 2.  Ill-defined mild hypoattenuation in the left lentiform nucleus
- is nonspecific and may represent an age-indeterminate infarct or
- other intraparenchymal lesion. Recommend correlation with
- clinical evaluation and consider contrast enhanced brain MRI for
- further evaluation.
- 3. Complete opacification of the visualized right maxillary sinus
- with wall thickening and sclerosis of the walls of right
- maxillary sinus are suggestive of chronic sinusitis. Deformity of
- the medial wall of the right maxillary sinus may also be
- secondary chronic sinusitis or right maxillary mucocele, however
- age-indeterminate fracture cannot be excluded. Consider sinus CT
- for further evaluation.
- 4. Mild posterior scalp soft tissue swelling.
- 5. 15 x 5 mm subgaleal lipoma in the left occipital scalp.

- Findings and recommendations discussed with Dr. LANCE W ROSSI by
- Dr. Austin on 11/14/2013 12:56 PM.

- Total exam Dose Length Product: 1033.75 mGy-cm
- Total exam CT Dose Index: 58.55 mGy

- Electronically Signed by Matthew Austin, MD, Sutter Medical Group

- 11/14/2013 1:00 PM

------------------------------------------------------------------
- MR#:      0275646   ACCT:  48067128        ROOM: RV Emergency
- PATIENT:  MUNDY,STANLEY                DOB: 05/28/1958
- ORDER#:   RVC13030801
- ORDERING PHYSICIAN:   ROSSI, LANCE W
- ATTENDING PHYSICIAN:  KOVACIK, DAVID

XR SHOULDER 2 OR MORE VIEWS:   (COLL: 11/14/2013 13:06)        (
MsgRcvd 11/14/2013 13:16) Final results

**Exam**

- SUTTER HEALTH CENTRAL                 DOCUMENT STATUS:Final
- SUTTER ROSEVILLE MEDICAL CENTER

- DIAGNOSTIC IMAGING REPORT

- PATIENT:  STANLEY MUNDY          MRN: 000000000275646:RV
- AGE: 55 years        DOB: 5/28/1958          GENDER: Male

- PROCEDURE: XR SHOULDER 2 OR MORE VIEWS - RIGHT, 11/14/2013 1:06
- PM
- ACCESSION NUMBER(S): RVR13065126
- LOCATION:  ERD

*10.7*

- COMPARISON: None

- CLINICAL INDICATION:     MECH FALL ED LOBBY.

- TECHNIQUE: 3 views of the right   shoulder.

- FINDINGS:

- Bones: There is no apparent fracture. No osseous lesions are
- identified.

- Joints: Osseous alignment is maintained. There is no evidence for
- dislocation. There is mild degenerative osseous spurring of the
- acromioclavicular joint.

- Soft tissues: The soft tissues are grossly unremarkable.

- Chest: Visualized ribs appear intact. Visualized lung is
- unremarkable.

- IMPRESSION:

- Mild degenerative disease at the acromioclavicular joint. No
- acute osseous injury seen.

- Electronically Signed by Patricia Niemeyer, MD, Sutter Medical
- Group
- 11/14/2Q13 1:16 PM

_____
- MR#:     0275646   ACCT:   48067128         ROOM: RV Emergency
- PATIENT:  MUNDY,STANLEY                     DOB: 05/28/1958
- ORDER#:  RVR13065126
- ORDERING PHYSICIAN:   ROSSI, LANCE W
- ATTENDING PHYSICIAN:  KOVACIK, DAVID

## PROGRESS AND PROCEDURES
· **Course of Care:** MRI shows no cord compression.  No acute injury..

**Disposition:** Discharged home in good condition.

## CLINICAL IMPRESSION
Concussion with loss of consciousness.
. Acute cervical strain.

## INSTRUCTIONS
Apply ice intermittently (15-20 minutes at a time 4-6 times daily).  Do not work for
three days.
(MRI does not show spinal cord injury or unstable bony spine condition.).

## Prescription Medications:
Norco 10 mg tablets: take 1 orally every 6 hours as needed for pain. Dispense twenty

*10,8*

**Neck:** Non-tender.
**CVS:** Heart sounds normal.
**Respiratory:** Breath sounds normal.  Chest nontender.
**Abdomen:** Soft and nontender.
**Back:** No tenderness.
**Skin:** Skin warm and dry.
**Extremities:** Extremities atraumatic.
**Neuro:** Oriented X 3.  The patient has had weakness (Slight weakness right grip).

## LABS, X-RAYS, AND EKG

**Laboratory Tests:** CT CERVICAL SPINE WO CONTRAST:     (COLL: 11/14/2013
12:26)        ( MsgRcvd 11/14/2013 13:11) Final results


**Exam**

- SUTTER HEALTH CENTRAL                    DOCUMENT STATUS:Final
- SUTTER ROSEVILLE MEDICAL CENTER

- DIAGNOSTIC IMAGING REPORT

- PATIENT:  STANLEY MUNDY          MRN: 000000000275646:RV
- AGE: 55 years        DOB: 5/28/1958       GENDER: Male

- PROCEDURE: CT CERVICAL SPINE WO CONTRAST - , 11/14/2013 12:26 PM
- ACCESSION NUMBER(S): RVC13030802
- LOCATION:   ERD

- COMPARISON: None

- CLINICAL INDICATION:     Status post fall.

- TECHNIQUE: Helical non-contrast CT images were obtained through
- the cervical spine with 2 mm sagittal and coronal reformats.

- FINDINGS:

- Bones: The craniocervical junction is intact. The lateral masses
- of C1 are well aligned with C2. The dens is intact. Mild
- degenerative changes are seen at the atlantoaxial joint. There is
- straightening of the normal cervical lordosis. The
- cervicothoracic junction is intact. The visualized vertebral
- bodies demonstrate normal height.  There is no evidence of acute
- fracture or dislocation. The intervertebral disc spaces are
- preserved. Mild facet arthropathy seen at C7-T1. Large bridging
- osteophytes are seen between C4 and T1, most prominent at the
- right anterolateral aspect of C6-C7. Posterior disc osteophyte
- complexes are seen at C3-C4, C5-C6, and C6-C7. The disc
- osteophyte complex at C6-C7 measures approximately 8 mm and
- causes moderate to severe spinal canal narrowing (series 400,
- image 29; series 5, image 59). Ossification of the posterior
- longitudinal ligament is seen posterior to the C4 and C5
- vertebra.

- Soft tissues: The prevertebral soft tissues are within normal
- limits.  The paravertebral soft tissues are grossly unremarkable.
- Ossification of the nuchal ligament is seen.

- Lung apices: The visualized lung apices are unremarkable.

- IMPRESSION:

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**

**RAP Meeting Date:** 5/24/2022   **Date IAC Received 1824:** 5/10/2022   **1824 Log Number:** 165218859063
**Inmate Name: MUNDY**   **CDCR #: BN2899**   **Housing:** C14-148-1L

**RAP Staff Present:** T. Miranda, **ADA-AW;** M. Ullery, **P&S; A. Cooper, ADA-CCI;** H. Cribari, **HCCA;** C. Pap, **SP&S-MH;** M. Slusher, **CCII-IGO;** J. Andres, **DDP Sgt.;** S. Peterson, **SAI;** S. Strazdins, **HCGC**

**Summary of Inmate's 1824 Request:** Grievance Log # 251882, Claim # 001 (only), was redirected by the Centralized Screening Team as a CDCR 1824 to address making sure you have the supportive needs to access the library.  You state in grievance (Claim #1) you have ongoing ADA issues, have and active court case and you need assistance in the library.

---

**Interim Accommodation:**

☒ No interim accommodation required: Your issues are not found to cause personal injury or other serious harm while processing of this 1824.

☐ Interim accommodation provided:

☐ RAP rescinding interim accommodation:

---

**RAP is unable to process the following request(s):**

☐ Paroled/discharged/transferred.   ☐   Refused to cooperate.   ☐ Other:
☐ **Duplicate request. See CDCR 1824 log #:  165159691162**

**Final Response:**  After an initial review of your CDCR 1824 was conducted on 5/17/22, the Reasonable Accommodation Panel (RAP) members determined additional information was needed prior to rendering a decision.  Your request was revisited and reviewed on 5/24/22 by the RAP.  This encompassed a review of your recent health care information, evaluations and SOMS file.  The RAP has determined your issues are substantially duplicative of the issues raised in CDCR 1824 log # 165159691162.

The RAP has determined that no accommodation is required at this time for you to access programs, services, or activities.

**Direction If Dissatisfied:** If you disagree with the medical evaluations/final, you can file a CDCR 602 Healthcare Grievance (blue) form. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

If you disagree with the decision made by the RAP you may address your disagreement by attaching the CDCR 1824 package along with this RAP response to a newly completed CDCR 602 Inmate Grievance (green) form.

**Effective Communication:**  You have been identified as requiring effective communication (EC), therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decision.

_____           _____           5/31/22
        T. Miranda                                              Signature                     Date sent to inmate
**ADA Coordinator/Designee**

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 5/24/2022      **Date IAC Received 1824:** 5/3/2022      **1824 Log Number:** 165159691162

**Inmate Name:** MUNDY          **CDCR #:** BN2899          **Housing:** C14-148-1L

**RAP Staff Present:** T. Miranda, ADA-AW; M. Ullery, P&S; A. Cooper, ADA-CCI; H. Cribari, HCCA; C. Pap, SP&S-MH; M. Slusher, CCII-IGO; J. Andres, DDP Sgt.; S. Peterson, SAI(A); S. Strazdins, HCGO

**Summary of Inmate's 1824 Request:** You state you can't write neatly for more than a page at a time due to documented nerve damage in your writing hand from severe neck injury and shoulder surgery. In addition, you state you can't understand complex legal issues to file a habeas corpus, legal paperwork or CDCR 602s due to previous brain injury and complications with mild dyslexia. You request case law printed out for you so you can read and reread the material to understand and then transpose it. In addition, you request use of a computer to correct grammar errors and aid you in correcting issues to make it more comprehendible for court as there are no people available to do this in the law library.

---

### Interim Accommodation:

☒ No interim accommodation required: Your issues are not found to cause personal injury or other serious harm while processing of this 1824.

☐ Interim accommodation provided:

☐ RAP rescinding interim accommodation:

---

### RAP is unable to process the following request(s):

☐ Paroled/discharged/transferred.          ☐ Duplicate request. See CDCR 1824 log #:

☐ Refused to cooperate.                    ☐ Other:

**Final Response:** After an initial review of your CDCR 1824 was conducted on 5/10/22, the Reasonable Accommodation Panel (RAP) members determined additional information was needed prior to rendering a decision. Your request was revisited and reviewed on 5/24/22 by the RAP. This encompassed a review of your recent health care information, evaluations and SOMS file. A Disability Placement Program Accommodation Summary has identified your Disability Codes as DLT and you are a participant in the Mental Health Services Delivery System at the CCCMS level of care. A recent Disability Verification Process (DVP) Worksheet completed by Healthcare staff notes, you were seen by your PCP for evaluation on 5/24/22 and physical exam findings by PCP notes normal findings. In addition, the Healthcare DVP notes you do not have significant nerve damage that would prevent you from being able to write. A recent DVP Worksheet completed by Education staff notes, you are currently not a Priority Legal User (PLU) and as such receive two hours of library access per week. A review of C Facility library access logs indicate, library staff have frequently accommodated you with extra time and will continue to do so, when possible, so that you can read and reread the material.   ADA workers are available to assist with reading and writing as needed. You are advised to speak with staff who can arrange the assistance of an ADA worker if one is not readily available to you.

Ultimately, the Education DVP notes, library computers have research functionality only and do not have word processing functionality. During the COVID outbreak phase, paging services will be available to access the Law Library.



*10.11*

**Direction If Dissatisfied:** If you disagree with the medical evaluations/final, you can file a CDCR 602 Healthcare Grievance (blue) form. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

If you disagree with the decision made by the RAP you may address your disagreement by attaching the CDCR 1824 package along with this RAP response to a newly completed CDCR 602 Inmate Grievance (green) form.

**Effective Communication:** You have been identified as requiring effective communication (EC), therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decision.

| T. Miranda | | 6-2-22 |
|---|---|---|
| **ADA Coordinator/Designee** | **Signature** | **Date sent to inmate** |

*62*

*10.12*

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** MUNDY, STANLEY                                 **Date:** 06/09/2022
**CDC#:** BN2899
**Current Location:** MCSP-Facility C                            **Current Area/Bed:** C 014 1 - 148001L

**Log #:** 000000251882

---

## Claim #: 001

**Received at Institution/Parole Region:**       Mule Creek State Prison
**Submitted to Facility/Parole District:**       Mule Creek State Prison
**Housing Area/Parole Unit:**          C 014 1
**Category:**   Offender Services                    **Sub-Category:**   Reasonable Accommodation/Disability Discrimination

The California Department of Corrections and Rehabilitation received your grievance on 05/03/2022 which you submitted on 05/02/2022. Your request was redirected to the Americans with Disabilities Act (ADA) Coordinator in accordance with the California Code of Regulations, title 15.

The ADA Coordinator will respond separately to your request.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**

---

## Claim #: 002

**Received at Institution/Parole Region:**       Mule Creek State Prison
**Submitted to Facility/Parole District:**       Mule Creek State Prison
**Housing Area/Parole Unit:**          C 014 1
**Category:**   Offender Resources                    **Sub-Category:**   Legal Copies or Supplies

### I. CLAIM

Claimant alleges that he is being denied access to the court by not having enough physical access to his facility's law library and he is not being accommodated with legal materials or assistance, such as a computer to type up his legal work.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15 3123(c-d) - Access to Law Libraries
DOM 14010.20 - Staff Assistance to Inmates
DOM 101120.10. - Inmate Access to Law Libraries
DOM Supplement 101120.15 - Legal Supplies

**B. DOCUMENTS CONSIDERED**

Inmate CDCR 602-1

## III. REASONING AND DECISION

In regards to the Claimant's statement of being denied access to the court, per Title 15 3123: "GLU inmates will receive two (2) hours of time per calendar week as resources are available. PLU inmates will receive four (4) hours of time per calendar week as resources are available."

Per the C Library access log, during the weeks of:

April 11 - 15, Claimant received 2 hours and 5 minutes
April 18 - 22, Claimant received 5 hours and 15 minutes
April 25 - 29, Claimant received 4 hours and 25 minutes
May 2 - 6, Claimant received 6 hours and 55 minutes
May 9 - 13, Claimant received 6 hours and 30 minutes

So, the claimant had access to the library in excess of the guidelines. Also, since the library was open for physical access, paging was not taking place. Case law is only printed out during the paging program.

The library does not provide supplies like manila envelopes. These are available for purchase at the canteen, or can be requested from the mailroom if an inmate is indigent per DOM Supplement 101120.15.

Claimant's request for library staff to provide legal advice or aid is denied. Per DOM 14010.20, "employees shall not give any form of legal advice."

The Claimant's request for access to a computer to type his legal paperwork is denied. Nothing in DOM or Title 15 states that an inmate is entitled to use a library computer to type and print legal work in the law library. The computers at C Facility Library have access to LexisNexis and ARCAID; they are used for research, and do not have word processing capabilities.

## IV. Comments


**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
| --- | --- | --- |
| B. Stacy [STBR017] | CDW | 06/08/2022 |

| STAFF USE ONLY | OGT Log No: 251882 | Date Received: MAY 03 2022 |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | OOG |

Claimant Name: __STANLEY MUNDY__      CDCR #: __BN2899__

Institution/Parole Region: __MCSP__      Current Housing/Parole Unit: __C14 148__

**STAFF USE ONLY**

*Use this form to file a complaint with the Department.*

**In order for the Department to understand your complaint, please answer all of the following questions:**

1 • What is the nature of your complaint?
2 • When and where did the complaint occur?
3 • Who was involved?
4 • Which specific people can support your complaint?
5 • Did you try to informally resolve the complaint?
6 • What rule or policy are you relying on to make your complaint?,
7• What specific action would resolve your complaint?

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

(1) I HAVE BEEN DENIED ACCESS TO THE COURTS BY NOT ACCOMIDATING ME WITH, LEGAL MATERIALS AND HELP DUE TO PAST DISABILITIES AND DISABILITIES CDCR DOCTORS AT PVSP CREATED.

(2) MARCH 17 2021 TILL THE PRESENT ON GOING

(3) LAW LIBRARIES, ADA PANELS, AW (A) CCME AND DOCTORS AT PVSP AND NOW DELAY IN HELPING ME AT MCSP.

(4) MEDICAL RECORDS, 2 LEGAL COURT CASES, PAST CELLMATE AFFADAVITS, PAST DENIALS OF HELP AT PSVP WHICH IS NOW ACTIVE EASE YOUR OWN CDCR MEDICAL RECORDS AND NOW MED.CCOM.TEE.

(5) YES, AT PVSP STARLEADTS WERE GOING TO GET ME ACCESS TO COMPUTER AT MY WORK AND 2 HAD PERMISSON FROM LIBRARY TO PRINT OUT LEGAL DOCUMENTS, BUT LIBRARY WERE ONLY THEY WENT DO THIS. I NEED HELP ASAP. FOR MY CASES.

(6) RIGHT TO ACCESS OF COURTS (ADA COMPLIANCE)

(7) MY LEGAL PROPERTY RELEASED, PRINT OUTS OF CASE LAW FROM LAW LIBRARY TO FILE LEGAL WORK, AND USE OF COMPUTER TO WRITE OUT MY 2 ACTIVE CASES AND FILINGS. AND LEGAL ENVELOPES TO CONTACT COURT.

/0./5

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** MUNDY, STANLEY                    **Date:** 07/29/2022
**CDC#:** BN2899
**Current Location:** MCSP-Facility C               **Current Area/Bed:** C 014 1 - 148001L

Log #: 000000266489

---

**Claim #: 001**

**Received at Institution/Parole Region:**   Mule Creek State Prison
**Submitted to Facility/Parole District:**   Mule Creek State Prison
**Housing Area/Parole Unit:**
**Category:** Offender Resources                    **Sub-Category:**   Legal Copies or Supplies

The California Department of Corrections and Rehabilitation received your grievance on 06/13/2022 which you submitted on 06/10/2022. This claim has not been assigned for review or response because it is being handled as specified below.

Claim # 001:
Your claim concerning Offender Resources;Legal Copies or Supplies is rejected for the reason or reasons indicated below:

This claim is substantially duplicative of a prior claim you already submitted, which is either pending an answer or has already been answered.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Rejected**

---

**Claim #: 002**

**Received at Institution/Parole Region:**   Mule Creek State Prison
**Submitted to Facility/Parole District:**   Mule Creek State Prison
**Housing Area/Parole Unit:**
**Category:** Offender Services                     **Sub-Category:**   CCHCS

The California Department of Corrections and Rehabilitation received your grievance on 06/13/2022 which you submitted on 06/10/2022. This claim has not been assigned for review or response because it is being handled as specified below.

Claim # 002:
Your claim concerning Offender Services;CCHCS is rejected for the reason or reasons indicated below:

This claim is substantially duplicative of a prior claim you already submitted, which is either pending an answer or has already been answered.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Rejected**    *10.16*

---

**Claim #:  003**

**Received at Institution/Parole Region:**    Mule Creek State Prison
**Submitted to Facility/Parole District:**    Mule Creek State Prison
**Housing Area/Parole Unit:**
**Category:**    Offender Services                          **Sub-Category:**    Dispute with RAP/DD Decision

### I. CLAIM

Claimant disagrees with the Reasonable Accommodation Panel (RAP) decision for RAP Log #165159691162.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations (CCR), Title 15, Subsection 3001 Subject to Regulations. CCR, Title 15, Subsection 3481 Claimant's Ability to Grieve and Appeal. CCR, Title 15, Subsection 3483 Grievance Review.

#### B. DOCUMENTS CONSIDERED

CDCR 602, Grievance Log #266489
RAP Response #165159691162

### III. REASONING AND DECISION

The California Department of Corrections and Rehabilitation (CDCR), Office of Grievances at Mule Creek State Prison (MCSP) received your Form 602 on June 13, 2022. Your correspondence relates to your disagreement with RAP Response for Log #165159691162.

Review of supporting documentation, current policies and regulations, revealed CDCR appropriately followed all policies and procedures. Your request was reviewed by the Reasonable Accommodation Panel (RAP) Members on May 24, 2022. You were identified as a participant in the Mental Health Services Delivery System at the CCCMS level of care with a Disability Code of DLT. It was recently noted on a Disability Verification Process (DVP) Worksheet that you were seen on May 24, 2022 by your PCP for evaluation and physical exam findings were noted as normal. Additionally, the DVP noted you do not have significant nerve damage preventing you from being able to write. DVP worksheet completed by Education staff noted you are not currently a Priority Legal User and accordingly receive two hours of library access per week. Review of the Facility C Library access logs indicated library staff frequently accommodated you with extra time and, when possible, will continue to do so to allow you to read and reread material. You were notified that ADA workers are also available to assist with reading and writing as needed. You were also advised to speak with staff to arrange the assistance of an ADA worker should one not be readily available.

As noted in the RAP response dated June 2, 2022, if you disagree with the medical evaluations/final decisions that have been made, you may address your disagreement by attaching the CDCR 1824 package along with the RAP response to a newly completed CDCR 602 Healthcare Grievance (blue) form and placing it in a secure appeal collection box.

### IV. Comments

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| B. Stacy [STBR017] | CDW | 07/28/2022 |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

MCSP

Page 1 of 2

10.18

| | |
|---|---|
| **OGT Log No:** 266489 | **Date Received:** JUN 1 3 2022 |
| **Decision Due Date:** | |
| **Categories:** | |

OOG

**Claimant Name:** STAN MUNDY                    **CDCR #:** BN2899

**Institution/Parole Region:** MCSP.          **Current Housing/Parole Unit:** C-14-148 L

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

1. • What is the nature of your complaint?
2. • When and where did the complaint occur?
3. • Who was involved?
4. • Which specific people can support your complaint?
5. • Did you try to informally resolve the complaint?
   • What rule or policy are you relying on to make your complaint?
   • What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

① NOT GETTING PROPER DIET, HEALTH CARE AND HELP IN FILING MEDICAL PAPER-WORK.
② PROBLEM IS ONGOING OVER 5 YRS NOW, 5
③ SAC. COUNTY, CDCR STAFF NKSP, PVSP, MULE CREEK.
④ MEDICAL RECORDS ⑤ YES MULT TIME.
⑥ ADA DISABILITY RIGHTS / TITLE 15 SECTION 3271 / SMITH V DOE ADS 490 US 817 99 Sd 1491 52 LEd 2d 12
21 USC° 2285(2)(A)(H)(V)(VI) AND 21 USC° 2282 (C)(II) AND V(II) : USCO CONT AMEND 15Y EQ20
AND DIETARY MATERS PART "A V DELONEY 875 F3d TTC 3015 FAILURE TO ACT REASONABLY TO MITIGATE
RISK OF SERIOUS MEDICAL NEEDS / FAILURE TO CONNECT MUNDY V OHIO DEPT OF REHABILITATION & CORRECTION
⑦ YOU SAY I AM RATE DTI AND AM PARTICIPATING IN MENTAL HEALTH PROGRAM (MY MENTAL HEALTH
PROBLEMS STEM FROM THE YEARS OF PHYSICAL MENTAL PROBLEMS DUE TO MY LACK OF DIET HEALTH CARE, DIM-
INISHING HEALTH THAT CAN EASILY BE FIXED BY GIVING ME PROPER DIETS / HEALTH CARE / HELP IN LEGAL WORK.
⑧ FIRST YOU DONT LOOK AT MY PAST MEDICAL RECORDS AND ALLERGY NEEDS IF YOU DID YOU WOULD
SEE I WAS DISABLED NEED HELP OR ACCOMODATIONS
⑨ IF YOU LOOK AT MY MEDICAL RECORDS YOU WOULD GIVE ME THE PROPER NON ALLERGIC DIET
AND A TRUE HEART HEALTHY DIET, BUT YOU ENDANGER MY HEALTH BY NOT PROVIDING EITHER
SO GIVE ME A PROPER DIET YOU CAN DO THIS AT THIS INSTITUTION AS WELL AS OTHERS YOU GIVE RELIGIOUS

10:19

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Tracking #: | 266 489 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): **MUNDY, STANLEY W.**   CDCR Number: **BN2899**   Unit/Cell Number: **C14-148**

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

EXHi

EXHIBIT A IS THE FIRST 106 NUMBER RAP RETINED ON 5-24-22 106 # 1652/835 9063, IN WHICH YOU DOCUMENT THAT I HAVE BEEN IDENTIFIED AS REQUIRING NEED FOR EFFECTIVE COMMUNICATIONS BUT DENY MY ACCOMMODATION REQUEST, SO YOU DO KNOW I HAVE DISABILITIES AND NEED HELP, IN FACT YOU KNOW I AM DISABLED YET DENIE ME HELP VIOLATING FEDERAL ADA LAWS. IF YOU LOOK AT YOUR MEDICAL RECORDS FROM SUTTER HOSPITAL OCT/NOV 2013, THE MRI SHOWS A BRAIN INJURY OF A ILL FORMED LEASSION (DAMAGE TO THE LEFT LENTIFORM OF MY BRAIN, OTHER REPORTS SHOW I HAVE CONCUSSION SYNDROME, OTHER MRI'S FROM SAME REPORT SHOW SEVERE CERVICAL DISC DAMAGE, NERVE IMPINGEMENT INTO MY ARMS & SPINAL COLUMBS AND NERVE PAIN REQUIRING SURGERY ALSO NERVE DAMAGE FROM PT SHOULDER AREA & IN ANOTHER DOCTORS SENATE REPORT, IN 2014-2017 I WAS PROMINENTLY DISABLED DUE TO THESES IN-JURIES DOCUMENTED YET OFFICER WAST REFUSED TO RECOGNIZE, IN FACT IN 2016-2017 THE SAC/OIN DEPT OF REHABILITATION DEEMED ME DISABLE AND ACCOMIDATED THIS DISABILITY BY GIVING ME A COMPUTER AND DRAGON SOFTWARE. SO YOU KNOW I AM DISABLED AND DENY ME ACCOMIDATIONS ON AT LEAST OTHER INST DID SO, DISREGARDING THESE FACTS

GROUND (2), MEDICAL AND CORRECTIONS STAFF KNOW I HAVE A SEVERE FOOD ALLERGY AND THIS CONDITION HAS CAUSED ME SEVERE MEDICAL COMPLICATION, EXHIBIT B, AND THAT ONE CAUSE IS MENTAL CONFUSSION, PHYSICAL FATIUE, WHICH OTHER INSTITUTIONS HAVE CAUSED AND NOW YOU REFUSE TO ACCOMIDATE, AS WELL IS THIS PATIERN THE POLICY OF CDCR, SECTION 3271 STATES THE RESPONSABILITY OF EVERY EMPLOYEE REGARDLESS OF HIS OR HER ASSIGNMENT IS RESPONSABLE FOR THE SAFE CUSTODY OF INMATES CONFINED IN HIS INSTITUTION OR DEPARTMENT (CONTINUED SEC C)

Grievant Signature: _____   Date Submitted: 6-3-22   OTHER SIDE

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title:   Signature:   Date:

**STAFF USE ONLY**

10,20

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE ATTACHMENT**
Page 2 of 2
CDCR 602 HC A (10/18)

Tracking #:

| SECTION C: | Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response): |
|---|---|

YET YOU KNOW I HAVE A FOOD ALLERGY, DISABILITIES THAT PRECLUDE ME FROM PROTECTING MYSELF VIOLATIONS YOU HAVE CAUSED AND DENY ME ANY HELP IN PROTECTING MYSELF THIS VIOLATES MY ACCESS TO THE COURT SEE SMITH V BOUNDS, 430 U.S. 817 92 S ct 1491 52 Led 2d 72 (1972) YOU AND CDCR STAFF KNOW I HAVE COGNIZABLE ISSUES RECOGNIZED BY A JUDGE AND NEED TO FILE PAPERWORK AS SOON AS POSSIBLE; YOU KNOW THAT I WAS FOUND INNOCENT OF THE SAME CLAIMS I AM NOW CONVICTED IN 2020 THAT I WAS ACQUITTED IN 2017. YES, MY 2020 ATTORNEY NEVER USED FABULOUS TRIAL TRANSCRIPTS THAT MY WIFE ADMITTED SHE AND MY STEPDAUGHTER ADMITTED MAKING A FALSE CLAIM AND DESTROYING EVIDENCE TO COVER THIS UP. EXHIBIT C IS MY WIFE STATEMENT THAT SHE AND HER DAUGHTER WERE SUPPOSED TO GO INTO THE POLICE STATION ON THE NIGHT THEY STAGED THESE FALSE CLAIMS BECAUSE SHE WOULD GET INTROUBLE FOR MAKING THOSE ACCUSATIONS THAT NIGHT. I GIVE YOU THIS TESTIMONY MY ATTORNEY SUPPRESSED. TO SHOW THAT MY NEED IS EXCEPTIONAL AND MERITORIOUS. HOPING THAT YOU SEE I AM NOT WASTING YOUR TIME, I ALSO GIVE Y EXHIBIT D. PUSP REFUSAL TO HELP ME. NOW WILL YOU CONTINUE TO DENY ME HELP, JUSTICE WILL YOU STAND BY AND CONTINUE NOT TO GIVE ME A PROPER DIET, HELP TO OVERTURN MY CONVICTION, AND RESTORE THE REPUTATION THAT I FOUGHT SO LONG & BUILD AND TO GIVE MY CHILDREN THE LIFE I NEVER HAD, I KNOW YOU OR MAYBE ONE OF YOU OR SOMEONE YOU KNOW HAS BEEN ACCUSED OF SOMETHING THEY DIDNT DO, I KNOW YOU WOULD WANT THEM OR YOUR-SELVES TO BE DEFENDED PLEASE REVISIT MY REQUESTS THANK YOU RESPECTFULLY

Grievant Signature: _____   Date Submitted: 6/3/22

| SECTION D: | Staff Use Only. Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (If necessary at HQ Level). |
|---|---|

Name and Title: _____   Signature: _____   Date: _____

**STAFF USE ONLY**

Distribution: Original - Returned to grievant after completed, Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

10,20

STATE OF CALIFORNIA          10.21
**GRIEVANCE**                      **CONTINUATION PAGE**          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-1 (Rev. 01/22)

Page 2 of 2

DIETS THAT WOULD BRING SWEET CERIAL MORE ACCOMIDATION LIKE YOU H2OE FOR OTHER INMATE AND COMPLY WITH THE LAW.

ALSO I WANT TO SEE MY CA-RD DOCOR 1ST BY FELEMED, AND THE DOCTORS AT BOTH MERCY HOSIP RTZ THAT HAVE SEEN THE DAMAGE TO MY LEE (BONE AND TISSUE) CAUSED BY THE LONG DELAYS IN TREATING THOSE INFECTIONS THAT HAVE TOLL RED MY LEE BLACK IN PLACES AND IS STILL SWOLLEN AND EXTREMELY PAINFUL.

SO YOU KNOW FROM MEDICAL RECORDS IN MY FILE I HAVE A BRAIN INJ, LEASSION OR THE LEFT CENTRIFORM OF MY BRAIN, SEVERE NERVE DAMAGE IN MY NECK BOONE TO MY ARM, CHISELE DUE TO WRITE MESSY AFTER 3/4 PAGE. YOU KNOW THE DEPT OF REHOB IN 13(TH) IN 2016/2017 GAVE ME A COMPUTER WITH DRAGON SOFTWEAR FOR MY DYSLEXIA INABILITIES DISABILITIES AND AFTER CDCR READS AS DOCUMENTED MY DYSEXIA AND I WAS DECLARED PERIMINARLLY DISABLE IN 2014/2015 YET AS LAST. HAS LOOK AT THESE RECORDS. YOU KNOW FROM MEDICAL RECORDS I HAVE A SWORE BY ALLERGY THAT CAUSES CONFUSSION, WEAKNESS FATIGUE A CONDITTION YOU CAUSED AND WONT REMEDY. THIS HURTING MY ABILITY TO FILE LEGAL WORK (I NEED TO HAVE HELP UNDERSTANDING PROCEDURES TO FILE MY HABEAS CORPAS AND MEDICAL HELP) I NEED TO HAVE CAST (LAN) PRINTED FOR ME AND ACCESS TO A COMPUTER WITH SPELL CHECK/GRAMMER CORRECTIONS. I HAVE FLU'D MULT, REQUESTS AND PUSP WAS GOING TO ACCOMIDATE THIS NEED TILL I WAS TRANSFERRED INSTEAD OF GIVING A LS PROPER DIET/MEDICAL CARE. (SEE EXHIBIT A, B, C.)

I AM INNOCENT AND WAS PROVED INNOCENT ON THIS CASE IN 2013/2014 IT WAS PROVED THAT I WAS ACCUSSED OF A FALSE CHARGE BY MY WIFE AND STEP DAUGHTER THEY ACCUSSED ME OF RAPE, CHANGED THIER CLAIM, DESTROYED MY CLOTHES AND A NOTEBOOK THAT PROVED THAT CLAIM FALSE, HELD ME AT GUNPOINT PREVENTING ME FROM REPORTING THAT CLAIM THEN, WERE SUPPOSED TO GO TO POLICE AFTER THEY ADMITTED THAT CLAIM WAS FALSE AND REFUSED THAT NIGHT AND OTHERS TO GO TO THE POLICE BECAUSE THEY WOULD GET INTROUBLE FOR LYING ABOUT THOSE CLAIMS. I WAS ACQUIITED YET MY ATTORNEY IN 2020 REFUSED TO USE THIS TESTIMONY OR ANY EVIDENCE IN MY DEFENSE. I KNOW YOU OR SOME YOU KNOW WORKING HERE HAS BEEN ACCUSSED OF SOMETHING IMAGINE PROVING YOUR INNOCENCE, IMMAGINE THOSE CHARGES BROUGHT BACK UP THAT THOSE TRIALS TEST IMONY EVIDENCE HIDDEN FROM THE COURT, JURY AND THE APPELATE PROCESS I JUST WANT MY DAY IN COURT, AND TO BE ABSLUTELY ENOUGH TO DO SO THINK YOU RESPECTFULLY. JUST SO YOU KNOW THIS WAS RE-WRITTEN 5 TIMES AND TOOK ME 2½ DAYS TO WRITE. I ALSO NEED AN LEGAL WORK FROM MY PROPERTY

**Claimant Signature:** _[signature]_          **Date Signed:** 6/7/2022

ADA Accessible

| Disability Verification Process (DVP) Worksheet<br>SIDE 1<br>DRAFT | INMATE'S NAME (Print)<br>MUNDY | CDCR 1824 LOG NUMBER<br>NKSP-D-21-00192 |
|---|---|---|
| | CDCR NUMBER<br>BN2899 | |

## INSTRUCTIONS

- A SME Shall COMPLETE SECTION 1 prior to or during the INITIAL RAP.
- When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).

**SECTION 1 – SME FINDINGS**

Person completing worksheet: Colette McPherson          Title: Health Care Grievance Coordinator

Type of Review: ☐ Health care review   ☐ Mental Health review   ☐ Education / learning disability review

☑ Other review: Health Care Grievance Review

☐ File Review conducted. Documents obtained:

☐ CDCR 1845   dated: ___/___/___        ☐ CDCR 7410 dated: ___/___/___        ☐ CDCR 128-C2: dated: ___/___/___
☐ CDCR 7536   dated: ___/___/___        ☐ CDC 7221-DME dated: ___/___/         ☐
☐ CDCR 128-C3: dated: ___/___/___       ☐ CDCR 7386: dated: ___/___/___        ☐ CDCR 7388:  dated: ___/___/___
☐ Other: _____ dated: ___/___/___   ☐ Other: _____ dated: ___/___/___

☐ Recently evaluated for this issue.        Date seen: ___/___/___

☐ Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

Disability indicated: ☐ Yes   ☐ No   ☐ Unable to Determine

I/P has no duplicate CDCR 602 HC Grievances filed at NKSP.

Summary of findings: _____

_____

Summary of limitations: _____

_____

Comments: _____

_____

_____

Signature of Subject Matter Expert

Date Signed: 5/27/21

DVP Worksheet – Assignment - rev 8-17-17

Court of Appeal, Third Appellate District
Andrea K. Wallin–Rohmann, Clerk
Electronically FILED on 9/7/2022 by L. Gutman, Deputy Clerk

# IN THE
# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

In re STANLEY MUNDY on Habeas Corpus.

Case No. C095314

BY THE COURT:

Petitioner's "Motion Declaring Extraordinary Circumstances to Hear Writ and Motion Immediately to 'Stop Irreparable Harm and Unconstitution [sic] Deprivation of Civil Rights" is denied as moot.

Although the petition raises claims that would appear cognizable in a petition for writ of habeas corpus, such as claims of ineffective assistance of trial counsel, the petition is not supported by adequate documentation. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474 ["The petition should … include copies of reasonably available documentary evidence supporting the claim."].) Petitioner will have access to the appellate record in connection with his current appeal. Once available, petitioner may pursue relief in habeas, independently of the appeal, on any claims that would be cognizable in a habeas petition. Accordingly, the petition for writ of habeas corpus is denied without prejudice to refiling in the superior court, accompanied by adequate supporting documentation.

ROBIE, Acting P.J.

-----------------------------------

cc: See Mailing List

*10,26*

| STATE OF CALIFORNIA<br>California Court of Appeal,<br>Third Appellate District | ***E-NOTICE***<br><br>**STATE OF CALIFORNIA**<br>California Court of Appeal, Third Appellate District |
|---|---|

Case Name: | **In re STANLEY MUNDY on Habeas**
**Corpus**
Case Number: **C095314**
Lower Court Case Number:

My email address used to e-notify: **truefilingadmin@truefiling.com**

I notified by email a copy of the following document indicated below:

Title of papers e-notified:   **C095314 - Order - ORDER DENYING PETITION FILED.**
**- 1/7/2022**

| PERSON SERVED | EMAIL ADDRESS | DATE / TIME |
|---|---|---|
| Office of the State Attorney General, | SacAWTTruefiling@doj.ca.gov | 01-07-2022<br>11:04:44 AM |
| Service Tracking Id: a2fcea9723d84b1b97da4f3b5c4ef9b0 | | |
| L. Outman,<br>Court of Appeal, Third Appellate<br>District | truefilingadmin@truefiling.com | 01-07-2022<br>11:04:44 AM |
| Service Tracking Id: c1cdc050bc374dbf9348369edf01805a | | |

This eNotice was automatically created, submitted and signed on my behalf through my agreements with
TrueFiling and its contents are true to the best of my information, knowledge, and belief.

01-07-2022

Date

Andrea K. Wallin-Rohmann, Clerk

Clerk/Executive Officer

L. Outman

Deputy Clerk

Court of Appeal, Third Appellate District

Court

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #: | | Date Received: |
|---|---|---|---|
| | Date Due: | | |
| | Categories: | | |
| | Grievance #: 202965 | | |

Claimant Name: **STAN MUNDY**                    CDCR #: **BN2899**

Current Housing/Parole Unit: **B5-124**          Institution/Facility/Parole Region: **PLEASANT VALLEY**
**QUARENTINED FROM SURGERY)**                    **STATE PRISON**

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

**REC BY OOA**

Claim #s:

_202965_

**MAR 0 4 2022**

_This is the process to appeal the decision made regarding a claim that is not listed above._

Claim #: _202965_

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

I am dissatisfied with the response I was given because BOTH PACKAGES WERE SEALED PROPERLY AND SIGNED FOR BY C/O IN THE PROPER FORMATE. LABEL PROPERLY AND SEALED WITH PACKING TAPE TO INSURE THEY WOULD NOT OPEN. PACKAGES WERE GRAND NEW FROM THE LAW LIBRARY; THE SECOND PACKAGE WAS DOUBLE PACKED WITH 2 LG MANILA ENVELOPES TO INSURE PACKAGES COULD NOT COME OPEN AS TWICE BEFORE IT IS CLEAR TO SEE THAT THEY WERE OPENED IN THE SAME MANNER, WITH MUCH FORCE. PACKAGES LEFT A YARD BUILDING 1 IN PERFECT CONDITION; UNOPENED UNDAMAGED.
PARAGRAPH 2: I HAVE SHOWN THESE PACKAGES TO STAFF AND WILL SHOW THEM TO ANY SARGEANT/CAPTAIN, LIETENANT OR STAFF AS PROOF OF MY CLAIM. I UNDERSTAND THAT NO ITEMS SHOULD BE SENT OUT DAMAGED. THE QUESTION IS WHY TWICE IN THE SAME FASHION IS MY LEGAL "CONFIDENTIAL-MAIL" BEING TORN OPEN TO DELAY THE FILING.
ever.

Are there documents that would be helpful to support your position? Attach copies of those documents. If you don't have the documents, identify them as best you can below:
I HAVE THE TWO PACKAGES THAT WERE TORN OPEN AND THE NOTES FROM THE MAIL ROOM. I HAVE SHOWN THEM TO STAFF WHO VERIFIED THEY LOOKED TO HAVE BE PURPOSEFULLY TORN OPEN IN THE SAME EXACT MANNER. I DO NOT WISH AND CANNOT SEND THEM THROUGH THE GRIEVANCE SYSTEM BUT I HAVE AND WILL SHOW THEM TO ANY STAFF SARGENT OR CAPTAIN TO END THIS PROBLEM.

DISTRIBUTION      Original: Offender's File      Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

Page 2 of 2

Claim #: _202965_

Explain the reason for your appeal. Be as specific as you can. *Cont. PG 1*

I am dissatisfied with the response I was given because AND ACCESS TO THE COURTS: I CAN UNDER-
STAND AN ACCIDENT HAPPENING ONCE, BUT THESE PACKAGES WERE BOTH TORN
OPEN IN THE SAME MANNER, THE SECOND DOUBLE PACKED. BUT THIS IS THE
3RD LEGAL PACKAGE AND DOCUMENTS THAT HAVE BEEN OPENED, LOST, TURNED
UP MISSING, TOSSED OPEN & RETURNED AND DELAYED THE FILLING OF MY CASE
EXHIBITS, TRANSCRIPTS VITAL TO PROVING MY INNOCENSE LAST, YOU TELL ME TO
GIVE TRACKING #'S TO FIND ONE PACKAGE. I DO THEN YOU REFUSE TO LOOK FOR IT
YOU TURN BACK MY LEGAL MAIL WHEN I TRY TO FILE MY LEGAL PAPERWORK. I FILE
GRIEVANCES JUST SO I CAN HAVE ACCESS TO THE COURTS: NOW THESE TWO PACKAGES
ARE TORN OPEN. AND EVEN THOUGH I HAVE AND WILL SHOW THEM TO ANY STAFF YOU
USE, THAT EXCUSE TO DENY MY GRIEVANCE, I AM IN QUARENTINE AND HAVE NO TITLE
15 TO DISPUTE YOUR CONTROLLING AUTHORITY AS FAR AS YOUR CLAIMS OF TO BARRICKS
DURING THIS TIME AND BEFORE I TOTALLY DISPUTE THAT STATEMENT AND MANY OF
GRIEVANCES FROM MULTIPLE INMATES FORE MAIL IS DELAYED UPTO A MONTH, IF YOU
WISH TO CHECK THE PACKAGES AND INVESTIGATE (WHO OR WHY THEY WERE DAMAGE DURING

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

I HAVE THE TORN OPENED PACKAGES AND COPIES OF THE GRIEVANCES
AND EXHIBITS OF THE OTHER TWO LOST AND OR MISSING LEGAL
MAIL. BUT IT IS TOO BULKY TO SEND AND I HAVE NO WAY TO MAKE
COPIES FOR MY RECORDS. BUT LOOK FORWARD TO DISCUSSING THIS FURTHER
IF A MEANWILE FULL INVESTIGATION HAPPENS

**REC BY OOA**

MAR 0 4 2022

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Stan Mandy_         Date Signed: _2-24-2022_

DISTRIBUTION    Original: Offender's File    Copies: OAI, OAPO, and Offender

10.29



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** MUNDY, STANLEY          **Date:** 02/15/2022
**CDC#:** BN2899

**Current Location:** PVSP-Facility A          **Current Area/Bed:** A 004 1 - 128001L

**Log #:** 000000202965

## Claim #: 001

**Received at Institution/Parole Region:** Pleasant Valley State Prison
**Submitted to Facility/Parole District:** Pleasant Valley State Prison
**Housing Area/Parole Unit:**
**Category:** Offender Resources          **Sub-Category:** Mail

### I. CLAIM

Claimant contends PVSP staff damaged his outgoing legal mail packaging on 12/1/2021 and 12/21/2021.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15 Section 3142 Processing of Outgoing Confidential Mail
Title 15 Section 3134 General Mail Regulations
Title 15, Section 3193 (b) Liability

#### B. DOCUMENTS CONSIDERED

Grievance

### III. REASONING AND DECISION

In the grievance, Claimant states he sent outgoing legal mail on 12/1/2021 and the package was not returned to him until 12/9/2021, completely ripped open. Claimant also states he sent outgoing legal mail on 12/21/2021, but was returned to him damaged and intentionally torn open.

Claimant did not provide any proof of outgoing mail being tampered with. When PVSP Mailroom receives any ripped, torn or damaged outgoing packages/mail, the items are immediately returned to the inmate for proper packaging. No items will be sent out in damaged condition as the United States Postal Service (USPS) will not accept damaged packages.

USPS website states under Mailer Guidelines; Mailers must package mail pieces to withstand normal transit and handling without breakage or deterioration of content, package breakage, injury to USPS employees, or damage to other mail.

PVSP legal desk diligently processes incoming and outgoing legal mail and there is no intentional or malicious interfere with any mail. It should also be noted all incoming and outgoing legal mail is being processed within policy, and there is currently no backlog.

As such, is no indication PVSP staff has mishandled, misplaced, or inappropriately processed the claimants' mail items and are in compliance with mailroom regulations. Therefore, this grievance is being disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| M. Faulkner [FAMA006] | CDW | 02/14/2022 |

STATE OF CALIFORNIA **GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Grievance #: 2029165 | Date Received: |
|---|---|---|
| | Date Due: | |
| | Categories: | |

*This is the process to ask for help with a complaint.*

Claimant Name: STANLEY MUNOY    CDCR #: BN2899    Current Housing/Parole Unit: A1-119

Institution/Facility/Parole Region: PLEASANT VALLEY STATE PRISON

In order for the Department to understand your complaint, make sure you have answered the following questions:

1. What is the nature of your complaint?
2. When and where did the complaint occur?
3. Who was involved?
4. Which specific people can support your complaint?
5. Did you try to informally resolve the complaint?
6. What rule or policy are you relying on to make your complaint?
7. Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
   - What specific action would resolve your complaint?

1. HARRASSMENT, RETALIATION, DENIAL OF ACCESS TO THE COURTS, PURPOSEFUL DESTRUCTION OF EVIDENCE, TAMPERING WITH LEGAL MAIL & HABEAS CORPUS PENA OPPSATIVE.

2. THIS SECOND SET OF DAMAGE ON TWO OF LEGAL MAIL & STARTED 12-1-21 AND 12-21-21 AT PLEASANT VALLEY STATE PRISON A YARD.

3. THE FIRST HABEAS CORPUS WAS GIVEN TO MY COUNSELOR IN OLDS I WHO SIGNED LEGAL MAIL AND TURNED IT IN THAT DAY TO THE MAIL ROOM FOR PROCESSING SAME DAY, SOMEHOW THAT LEGAL MAIL WAS COMPLETELY RIPPED OPEN AND NOT RETURNED TO ME TIL 12-9-21 I HAD TO REPACKAGE, RE PAY LEGAL MAIL & RE SEND OUT. THE COURT ASKED FOR MORE DOCUMENTATION OF MY HABEAS, ON 12-21-21 I PROCESSED THE DOCUMENTS AND SUBMIT TO 3RD WATCH IN A DOUBLE PACKED PACKAGE AND ASKED 3RD WATCH C/O TO SECURE WITH PACKING TAPE TO PREVENT DAMAGE AS BEFORE. YET AGAIN THIS DOUBLE PACKED LEGAL "CONFIDENTIAL" MAIL WAS THEN COMPLETELY OPEN, BOTH DOUBLE PACKED ENVEL-OPED PACKAGES, WHICH WOULD HAVE TO HAVE BEEN HAD I RE OPEN, I FEEL THIS IS RETALIATION TO A PREVIOUS 602 OF 2 PREVIOUS LOST AND DAMAGED LEGAL MAIL AND EXHIBITS. I HAD SHOWN THE 12-1-21 PACKAGE TO I.A.C. CHAIRMAN AND SARGEANT CLARK WHO TOLD ME TO DOUBLE PACKAGE ALL LEGAL MAIL WHICH I DID. HE WITNESSED THE PACKAGE AND SAW IT WAS PURPOSEFULLY OPENED HE WAS VERY CURIOUS AND MADE SURE I GOT FREE REPLACEMENT PAPER AND ALL LEGAL MANILA ENVELOPES. BUT IT SEEMS THE FILES STAFF IN THIS MAIL ROOM ARE PURPOSEFULLY DESTROYING MY LEGAL MAIL BECAUSE THE COST MY PREVIOUS

DISTRIBUTION   Original: Claimant's File   Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

MAIL AND REFUSED TO LOOK FOR THE TRACKING INFORMATION I REQUESTED. LEGAL MAIL AND ALL MAIL IS PROTECTED BY GOVERNMENT STATUES AND STATE LAW. I HAVE A RIGHT TO ACCESS TO THE COURTS. I REQUEST TO FIND OUT WHY MY LEGAL MAIL OR ANYONES IS TAMPERED WITH OR THE MAIL ROOM IS UNDERSTAFFED OR UNTRAINED IN HOW TO PROTECT LEGAL MAIL. THE ACTIONS SHOULD BE TAKEN IF PACKING TAPE NEEDS TO BE REPAIRED AROUND PACKAGES SO THEY CANT BE OPENED THEN THIS ACTION SHOULD BE MANDATED. I CANT BELIEVE I AM THE ONLY ONE TO HAVE THIS DAMAGE AND LOSS OF LEGAL MAIL TO HAPPEN. SO FAR OF THE 4 LEGAL MAIL MAILERS CONTAINS PACKAGES I HAVE THIS SENT TO ME OUT OF PLEASANT VALLEY AND DELANO ALL 4 TIMES EITHER ONE ON ALL HAVE BEEN LOST, DESTROYED OR DAMAGED THIS IS UNEXCEPTABLE
4. MY COUNSELOR DUE I, MY CELLMATE ROBBY BRADMAN, THE LAW LIBRARIAN SARGEANT MANE, IAC CHAIRMAN BEN SIMMISON AND VICE CHAIRMEN AVAP LAIN LONE, BOB AND ROBIN SLAKEY,
5. YES I SHOWED THE FIRST DAMAGE PACKAGE TO THIS IAC CHAIRMAN, THE SARGEANT MANE, CHAPLAIN LONE, AND RESUBMITTED THE 1ST DAMAGE PACKAGE AND ASKED THEM TO FIND OUT WHY THIS DAMAGE KEPT OCCURRING, WHO TOOK EXTRA STEPS TO MAKE SURE THIS COULD NOT HAPPEN AGAIN.
6. ITS REGULATION REGARDING PROPER HANDELING OF LEGAL "CONFIDENTIAL MAIL." I MADE SURE CONFIDENTIAL MAIL WAS PROPERLY MAILED, SIGNED FOR AND ASKED FOR PACKING TAPE TO BE SECURED COMPLETELY AROUND PACKAGE TO PREVENT LOSS, EVERYTHING ELSE WAS OUT OF MY HANDS. I HAVE NO AUTHORITY ON ANY OTHER WAY TO ENSURE MY LEGAL MAIL IS PROPERLY HANDLED.
7. I HAVE THE PREVIOUS EXPERIENCES OF LOSS OR OTHER LEGAL MAIL AND THE I PACKAGES DAMAGED AND NOTES FROM THE MAIL ROOM AND PROOF OTHER LEGAL MAIL WAS DELIVERED AND LOST BY THE PRISON MAIL SYSTEM.
8. I WOULD LIKE STEPS TAKEN TO ENSURE THIS STAYS. I ASK FOR THE STAFF TO HELP SUBMIT SUBPEONAS TO REPLACE LOST EXHIBITS. I WOULD LIKE THE COPY COST OF THE PREVIOUS LEGAL MAIL REPLACED AND THE LEGAL MAIL DAMAGED BE RESENT OUT IMMEDIATELY RESPECTFULLY STAN MUNROE

Reminder: Please attach all documents in your possession that support your claim(s).
Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Stan Munroe_          Date Signed: _12-26-21_

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** MUNDY, STANLEY

**CDC#:** BN2899

**Current Location:** MCSP-Facility C

**Date:** 05/04/2022

**Current Area/Bed:** C  014 1 - 148001L

**Log #:** 000000202965

## Claim #  001

**Received at Institution/Parole Region:**   Pleasant Valley State Prison

**Submitted to Facility/Parole District:**   Pleasant Valley State Prison

**Housing Area/Parole Unit:**

**Category:**  Offender Resources                **Sub-Category:** Mail

### I. ISSUE ON APPEAL

You contend that on December 1, 2021, and December 21, 2021, staff intentionally tore open your outgoing confidential mail.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3142.

#### B. DOCUMENTS CONSIDERED

CDCR Form 602-1 and 602-2.

### III. REASONING AND DECISION

The institution contends that when the Pleasant Valley State Prison (PVSP) mailroom receives any ripped, torn, or damaged outgoing mail, the items are immediately returned to the inmate for proper packaging. No items can be mailed out in a damaged condition, as the United States Postal Service will not accept damaged packages.

Furthermore, the institution contends that there is no indication that PVSP staff mishandled or damaged the mail in question, as all incoming and outgoing legal mail is being processed in accordance with policy. Based upon the preponderance of evidence reviewed, there is sufficient evidence to conclude that staff followed policy concerning this matter. Therefore, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

### Decision: Denied

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.


| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 05/04/2022 |