UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK CAVELLO, et al.,<br><br>   Defendants. | No.  2:23-cv-0061 WBS AC P<br><br><br>ORDER |

By order filed August 7, 2024, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only.  ECF No. 15.  Plaintiff has now notified the court that he would like to amend the complaint (ECF No. 17) and has requested sixty days to file his second amended complaint (ECF No. 16).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion (ECF No. 16) is GRANTED and plaintiff will be provided sixty days to file a second amended complaint.

2.  Plaintiff shall have sixty days from the service of this order to file a second amended complaint as outlined in the August 7, 2024 screening order.  If plaintiff fails to file a second amended complaint, the case will proceed on the first amended complaint, as screened, and it will be recommended that all claims and defendants except the Eighth Amendment claims against defendants Hla, Hernandez, Gaynor, Ullery, and Gates be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: August 19, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE