UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY M. MUNDY, | No. 2:23-cv-0061 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK CAVELLO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 5, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 28. On June 2, 2025, plaintiff filed a motion for an extension of time to file objections to the magistrate judge's findings and recommendations. ECF No. 33. The motion was granted and plaintiff was provided until July 7, 2025, to file objections. ECF No. 34. Despite the extension of time, plaintiff did not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

    1. The findings and recommendations (ECF No. 28) are adopted in full; and

    2. All claims against defendants Covello, Macomber, Davidson, Gates, Stacy, Ullery, Cribari, Miranda, MCSP, CDCR, CALPIA, and CCHCS and all claims against Hla, Hernandez, and Gaynor, except for the Eighth Amendment claims, are DISMISSED without leave to amend.

Dated: August 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE