ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
GARRETT L. SEUELL, State Bar No. 323175
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6144
  Fax: (916) 324-5205
  E-mail:  Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants S. Hernandez,
N. Hla, M.D. and T. Gaynor*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STANLEY MUNDY,**<br><br>                  Plaintiff,<br><br>v.<br><br>**COVELLO, et al.,**<br><br>                  Defendants. | 2:23-cv-0061 WBS AC<br><br>[PROPOSED] ORDER |

Defendants request the Court to vacate its order staying the case and referring the matter to the Post-Screening Alternative Dispute Resolution (ADR) Project. (ECF No. 36.) After reviewing Defendants' request, and good cause appearing, Defendants' request is GRANTED.

**IT IS SO ORDERED**.

Dated: August 19, 2025

                                              /s/ Allison Claire
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE