UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY MUNDY,

Plaintiff,

v.

CAVELLO, et al.,

Defendants.

No. 2:23-cv-0061 WBS AC P

ORDER

On September 24, 2026, the undersigned issued an order denying plaintiff's September 8, 2026 motion for sanctions. ECF No. 75. Specifically, the court found that plaintiff failed to establish any conduct by the named defendants N. Hla, S. Hernandez, or T. Gaynor tantamount to bad faith or misconduct during this litigation. Id. at 3.

On October 15, 2026, plaintiff filed a request for reconsideration of the undersigned's order denying his motion for sanctions as part of his objections to pending Findings and Recommendations. ECF No. 79. Local Rule 303(b) states that "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the undersigned's September 24, 2026 order is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that, to the extent plaintiff requests reconsideration of the court's September 24, 2026 order denying his motion for sanctions, plaintiff's motion (ECF No. 79) is DENIED. The assigned United States District Judge will

consider any additional arguments raised in plaintiff's objections (ECF No. 79) relating to the pending Findings and Recommendations (ECF No. 76) via separate order.

DATED: October 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE